IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SUSAN JOHNSON, for herself and on behalf of minor child X.H., FNU HAYES, and THE ESTATE OF GREGORY HAYES,<br><br>Plaintiffs,<br><br>v.<br><br>DAVIS COUNTY and TODD RICHARDSON,<br><br>Defendants. | **ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT (ECF NO. 25)**<br><br>Case No. 1:18-cv-00080-DB-EJF<br><br>District Judge Dee Benson<br><br>Magistrate Judge Evelyn J. Furse |

Before the Court[1] is Plaintiffs Susan Johnson, FNU Hayes, and the Estate of Gregory Hayes's (collectively the "Johnson Plaintiffs") Motion for Leave to File Amended Complaint (ECF No. 25). Defendants Davis County and Todd Richardson did not file an opposition to the Motion. Therefore, pursuant to Fed. R. Civ. P. 15 (a)(2), which provides that leave to amend should be "freely give[n] . . . when justice so requires," the Court GRANTS the Johnson Plaintiffs' Unopposed Motion for Leave to File Amended Complaint. The Court ORDERS the Johnson Plaintiffs to file their proposed Amended Complaint at ECF No. 25-1 by March 25, 2019. Once filed on the docket, the Amended Complaint will be the operative pleading in this case.

---

[1] On October 15, 2018, the District Judge referred this case to the undersigned Magistrate Judge under 28 U.S.C. § 636(b)(1)(A). (ECF No. 19.)

1

DATED this 18th day of March, 2019.

BY THE COURT:

_____
Honorable Evelyn J. Furse
United States Magistrate Judge