

Re: Opinion and anticipated testimony concerning the death of Gregory Hayes in the case of Susan Johnson  v.  Davis County.
From: Glen R. Hanson, Ph.D., D.D.S
Date: January 27, 2020


To whom it may concern,

I, Glen R. Hanson, Ph.D., D.D.S., have been asked to opine and describe the content of my anticipated testimony concerning the contribution of drugs being used by Mr. Gregory Hayes, some of which were found in body fluid samples at the time of death when discovered deceased 12/14/2017 at approximately 05:00- 06:00.

I am a tenured professor of Pharmacology and Toxicology and Vice Dean at the University of Utah, School of Dentistry. I hold a D.D.S. degree from the University of California Los Angeles and a Ph.D. in pharmacology/toxicology from the University of Utah. In addition, I was a postdoctoral fellow in neurochemistry from the National Institutes of Health (NIH), Bethesda, Maryland. I have held numerous positions and honors relative to my academic career including; (i) the Director of the Division of Neuroscience and Behavioral Research for the National Institute on Drug Abuse (NIDA, NIH); (ii) Acting Director of NIDA; (iii) Associate Senior Director of NIDA; (iv) Senior Advisor of NIDA; (v) Director and Founder of the Utah Addiction Center at the University of Utah; (vi) Interim Dean and Associate/Vice Dean of the School of Dentistry.

I have received numerous awards and honors from several highly esteemed organizations such as a member of several grant review committees for NIH, associate editor and reviewer for more than 25 of the leading scientific journals in the field of pharmacology, drug abuse and neurobiology and a Senior Scientist award from NIH.

Finally, I have lectured, researched, and published on topics related to the pharmacological effects of sedative drugs such as ethanol, opioids, benzodiazepines, antipsychotics and antidepressants, anticholinergics, and diphenhydramine . My particular area of research relates to the neurochemistry, neurobiology and toxicology of all types of psychoactive drugs of abuse and psychotherapeutics and their effects on the neurotransmitters systems of the brain and other vital physiological systems of the body and their impact, particularly as it relates to CNS functions and toxicity, on drug consumers.

My published research and analyses (in ~240 peer-reviewed scientific papers, 50 chapters in scientific textbooks, and literally hundreds of presentations in scientific meetings) have been confirmed and validated many times over the years and have been approved and accepted by scientists and professionals in the pharmacological and neuroscience communities throughout the world. I am also the senior author on a highly regarded drug abuse-related textbook, in its



13ᵗʰ edition, entitled *Drugs and Society.* This work is currently used as the principal textbook for drug-abuse related courses in hundreds of colleges in the USA and includes chapters on Opioid, Benzodiazepine, Antipsychotic, and Anticholinergic agents that are used for both therapeutic and recreational purposes.

Potentially relevant to the case of Mr. Hayes, my work and the research and scholarly works of other pharmacological experts in the field, I have concluded that combinations of sedating drugs such as opioid analgesics, benzodiazepines (and other anxiolytics), some antipsychotics with sedating anticholinergic action (moderate amount associated with olanzapine) and diphenhydramine (a sedating antihistamine used in OTC medications to induce sleep such as in Tylenol PM) will likely severely depress CNS functions including respiratory systems. These respiratory depressive actions of such sedative drug combinations appear to be more serious during some stages of sleep and on occasions result in death due to respiratory failure.

For this case, I have reviewed legal documents provided by Mr. Michael Homer of Suitter Axland, PLCC, including:

- 'The Office of the Medical Examiner's Report' on the death of Gregory Hayes, signed by Dr. Lindsey Thomas, Assistant Medical Examiner.
- Opinion of expert witness Dr. Kennon Tubbs, retained by Suitter Axland, PLLC
- Opinion of expert witness Tom Green, retained by Plaintiffs.
- Deposition of Daniel Layton, registered nurse, employed by Davis County Jail at time of Gregory Hayes' death.


Based on the above information and testimonies of witnesses and provided reports, it is my opinion according to a reasonable degree of medical certainty that:

- Conclusions opined by Drs. Lindsey Thomas and Kennon Tubbs that Mr. Hayes died from a mixed-prescription drug sedative toxicity consisting of buprenorphine (a commonly prescribed opioid analgesic used to treat both pain or opioid use disorder), clonazepine (an anxiolytic benzodiazepine known as Klonopin) and olanzapine (a second generation antipsychotic with sedating anticholinergic activity also known as Zyprexa) accurately identify the most likely primary cause for Mr. Hayes death.
- In addition, other factors likely contributing to the fatal respiratory failure include (i) the sedating effects of the diphenhydramine (a sedating antihistamine) in the Tylenol PM; (ii) increased sensitivity to the sedative properties of those prescription drugs that had been discontinued several weeks before the fatal overdose event at the jail; (iii) enhancement of drug CNS depressant effects by the normal physiological sedation that accompanies deep-sleep periods (such as early in the morning); and (iii) a history of breathing difficulties including sleep apnea and airway obstruction.



# UNIVERSITY OF UTAH
# SCHOOL OF DENTISTRY

In summary, I opine that even though the measured levels of the combination of sedating drugs at the time of death, as determined by the Office of the Medical Examiner, were individually within therapeutic ranges, the combination of these CNS depressants, under the circumstances as described by witnesses and retained experts, would have been sufficient to cause a fatal respiratory failure

This pharmacological/toxicological opinion is within a reasonable medical degree of certainty, as based upon the information and testimonies available at the time of its writing.

If there are questions concerning my opinions, please do not hesitate to contact me.

Best Regards,

Glen R. Hanson, Ph.D., D.D.S.

Professor of Pharmacology
Vice Dean
School of Dentistry
University of Utah

**Glen R. Hanson, Ph.D., D.D.S.**

**CV**

***Updated on February 27, 2019***

# INDEX

| <u>HEADING</u> | <u>PAGE</u> |
|---|---|
| **Personal Information** | 3 |
| **Education** | 3 |
| **Professional Experience** | 3,4 |
| **Honors and Special National Appointments** | 4-6 |
| **Major Consulting** | 6-7 |
| **Society Memberships** | 7 |
| **Scientific Journal Publications** | 7-26 |
| **Book Chapters** | 27-29 |
| **Abstracts** | 29-54 |
| **Books (Principal Authorship)** | 54-55 |
| **Areas of Research Interest and Experience** | 55 |
| **Symposia Organized** | 55-56 |
| **Invited Presentations** | 56-72 |
| **Research Support** | |
|   -Grants | 73-77 |
|   -Contracts | 78 |
| **Collaborations** | 78-79 |
| **Teaching Experience** | 79-80 |
| **Institutional Committee Service** | 81 |
|   -College | |
|   -Department | |
|   -University | |
| **Mentoring** | 82-84 |
|   -Postdoctoral Fellows | |
|   -Doctoral Dissertation Advisor | |
|   -Graduate Student Research Rotation | |
|   -Doctoral Thesis Committee Member | |
|   -Undergraduate Research Advisor | |
| **Summary of Activities as NIDA Acting Director** | 85-88 |
| **Summary of Activities related to the creation and governance** | |
|   **Of the University of Utah School of Dentistry (including** | |
|    **Legislative actions)** | 88-89 |

## Personal Information

Birth date: October 20, 1945

Birthplace: Idaho Falls, Idaho

Family Status: Married

## Education:

Undergraduate Studies:
-Brigham Young University, Provo, UT/1964-1969

Graduate Studies:
-University of California at Los Angeles, College of Dentistry, Los Angeles, CA/1969-1973

-University of Utah, Department of Pharmacology, College of Medicine, Salt Lake City, UT/1975-1978

Postdoctoral Studies:
-National Institute of Health (National Heart, Lung and Blood Institute), PRAT Fellow/1978-1980

Degrees earned:
-Doctor of Dental Surgery (D.D.S.) from University of California at Los Angeles (1973)

-Ph.D. in Pharmacology from the University of Utah (1978)

## Professional Experience:

| | |
|---|---|
| 2015-present | Director and Legislative liaison for the Adult Medicaid Dental Program. Medicaid funding approved by State Legislature in SB 39 bill of 2017. This program provides ongoing funding for providing oral health care to the adult Blind/Disabled Medicaid population (~34,000 patients in the State of Utah) |
| 2016-present | Associate/vice Dean U of U School of Dentistry |
| 2014-2016 | Interim Dean, University of Utah School of Dentistry |
| 2012-2014 | Senior Associate Dean for Faculty and Research, School of Dentistry, University of Utah |
| 2011-2014 | One of the Founders for the New U of U School of Dentistry working with Dr. Lynn Powell |
| 2012-present | Tenured Professor, School of Dentistry, University of Utah |
| 2004-2007 | ACNP Liaison Committee |
| 2003-2009 | Member of ACNP Task Force on Medication Development |
| 2003-2017 | Director of the Utah Addiction Center |
| 2004-2014 | Senior Advisor, NIDA, NIH |
| 2003-2004 | Associate Director for Neuroscience and Translation, NIDA, NIH |
| 2001-2003 | Acting Director of the National Institute on Drug Abuse, NIH (directed~$1 billion annual budget, ~500 member staff and helped to create and implement trans-NIH programs). |

| | |
|---|---|
| 2000-2010 | IPA appointment (intergovernmental program act for NIH advisors) |
| 2000-2001 | Director of the Division of Neuroscience and Behavioral Research for the National Institute on Drug Abuse, NIH (~$240 million annual budget, ~50 member staff) |
| 1998-1999 | Member NIH Study Section: Integrative, Functional and Cognitive Neuroscience I committee |
| 1995-1998 | Member NIH Study Section: Drug Abuse Biomedical Research Review Committee Pharmacology II Research Subcommittee (NIDA/C) |
| 2003-present | Ad hoc member of several NIMH, NIDA and Pharmacology (cardiovascular) Special Review Committees (SRC) for grant reviews. Chairman for two of these SRCs |
| 1992 - 2018 | Professor, tenured, Department of Pharmacology and Toxicology, College of Pharmacy, University of Utah. |
| 1987 - 1992 | Associate Professor, Department of Pharmacology and Toxicology in College of Pharmacy, University of Utah. |
| 1985 - 1989 | Member of NIH Study Section: Biological and Neurosciences Subcommittee of the Mental Health Small Grant Review Committee. (ADAMHA/NIH organization) |
| 1986 - 1987 | Research Associate Professor, Department of Pharmacology and Toxicology in College of Pharmacy, University of Utah. |
| 1981 - 1986 | Research Assistant Professor, Department of Pharmacology in College of Pharmacy, University of Utah. |
| 1985 - present | Faculty member for Neuroscience Program, University of Utah |
| 1982 - present | Adjunct appointment in School of Medicine |
| 1982 - 1988 | Practice dentistry part time, Hill Air Force Hospital Dental Clinic (rank of a Major in Utah Army National Guard) |
| 1980 - 1981 | Research Associate, Department of Pharmacology in College of Medicine, University of Utah. |
| 1978 - 1980 | Staff Fellow in Pharmacology Research Associate Training Program, NIGMS, Bethesda, MD (Project: Biochemical studies of substance P function in rat CNS). |
| 1978 - 1980 | Practiced dentistry, part time, Public Health Service Dental Clinic, Bethesda, MD. |
| 1973 - 1975 | Private dental practice. |

## Honors and Special National Appointments:

University of California Regent Scholar, September 1969 to June 1973.
Recipient of a USPHS National Research Service Award from NIDR, Sept. 1975 to June 1978.
Appointment as staff fellow in Pharmacology Research Associate Training (PRAT) Program sponsored by NIGMS, July 1978 to June 1980 (with Dr. Walter Lovenberg).
Scientific Consultant (grant reviewer) to the North Carolina Alcoholism Research Authority, (1985-1994) and the Veteran's Administration (1990-1998).
Ad Hoc Reviewer for: the *Journal of Pharmacology and Experimental Therapeutics*, (1986-present); *J. Neuroscience* (2000-present); *J. Neurochemistry* (1990-present); *Regulatory Peptides* (1990, 1995); *Peptides* (1991, 1992); *Neuropeptides* (1990, 1991, 2004); *Neuroscience* (1991); *Brain Research* (1992-present); *Eur. J. Pharmacol.* (1991-present); *American Journal of Physiology: Heart and Circulatory Physiology* (1994); *Neurotoxicology and Teratology* (1994); *Journal of Pharmaceutical Care in Pain & Symptom Care* (1992); *Neuropsychopharmacology* (1992, 1997); *Biological Psychiatry* (1995); *J. Neuroscience* (1996-present); *European Journal of Neuroscience* (1998); *Pharmacology Biochemistry and Behavior* (1996); *Amino Acids* (1998); *Journal Neuroscience Res.* (2000); *Proceedings of the National Academy of Science* (2001).
Reviewer for Goodman and Gilman Pharmacology Text, 11th edition on Neuropharmacology Chapters.
Member, ASPET Committee on Drug Abuse: 1989-1992.

Appointment to Special Review Committee, ADAMHA Small Instrumentation Program, 1989 and 1990.

Appointment as Reserve grant reviewer for ADAMHA, 1989 - 1995

Appointment to Special Review Committee for NIDA Contracts, 1990 & 1992.

Appointment to the Public Advisory Committee to National Institute on Drug Abuse, 1992 - 1995.

Ad Hoc Reviewer for grants from Veterans Administration, 1989 - 1995.

College of Pharmacy Distinguished Teaching Award for 1991.

Appointment to the Editorial Advisory Board for Journal of Pharmacology and Experimental Therapeutics, 1993-1996.

Appointment as Specific Field Editor for the Journal of Pharmacology and Experimental Therapeutics, 1995 - 1998.

Appointment as member of ASPET's Subcommittee on Preprofessional Education, 1996 - 1999. Chairman of the Committee 1997-present.

Appointment as member of ASPET's Committee on Education, 1998-2001

Appointment as member of ACNP's Liaison Committee, 2003-2005

Appointment as member of ACNP's Medication Development Committee, 2003-2005

Chair, NIMH Search Committee for Director of the Division of Neuroscience and Basic Behavioral Science

Appointment as member of Governor's Methamphetamine Task Force, 2006-2007.

Appointment as a committer member of the Program Advisory Committee for University of Hawaii SNRP (P.I., Dr. Linda Chang). 2007-2013

Recipient of International Association for Dental Research (IADR) Distinguished Scientist Award for Pharmacology/Therapeutics/Toxicology Research (2016 in Seoul S. Korea- $3500 monetary award)

Elected to Omicron, Kappa, Upsilon Honor Dental Society as Faculty Member, 2017

Recipient of the Outstanding Mentor Award from the inaugural Class of 2017-awarded at Graduation

Recipient of the Extraordinary Faculty Achievements award for 2017 from University of Utah Vice President for Research and J. Willard Marriot Library on April 4, 2018.


NIH Ad Hoc Reviewer

1). Drug Abuse Biomedical Research Review Pharmacology II Subcommittee (DABR3) - NIH, June, 1995.

2). NIDA Special Emphasis Panel (review applications for center and program project grants), 1998, Feb. and Nov. 1999.

3). CSR for Special Review Committee, Dec. 1999.

4). Pharmacology Study Section, Cardiovascular Sciences Initial Review Group, CSR, Nov. 1999

5). NIMH, Conference Review, Dec. 1999, Chair of the Special Emphasis Panel.

6). CSR IFCN-2, April 5, 2000, Chair of the Special Emphasis Panel.

7). CSR IFCN-1, Mar. 30, 2000, member Special Emphasis Panel.

8). CSR, NMB- February, 2012

9) CSR, Special Review- July 2013

10) CSR, NMB- February, 2014

11) CSR, Special Review- Feb, 2014

12) CSR, Special Review- Mar, 2016

Senior Scientist Award (K05; DA00378), 1998-2013 (temporarily suspended during my appointments as DNBR director and acting Institute Director at NIDA, NIH, but renewed in 2003 upon completion of my detail to NIDA).

The Phoenix Award, August, 2006 from Organizers of Drug Endangered Children.

CASA (National Center on Addiction and Substance Abuse at Columbia University) Commission on Colleges and Universities, Substance Abuse. Member 2002-2007.

NIH Director's Award for extraordinary scientific leadership of the Molecular Libraries and Imaging Initiative on the Roadmap Program. June, 2007.

Member of the State of Utah Controlled Substances Advisory Committee, Division of Occupational and Professional Licensing. Appointed by Governor Herbert for 2010-present.

Member of the Utah State Marijuana Advisory Board; 2017-present

Office of Vice President for Research, University of Utah, Commendation for Extraordinary Faculty Achievements in Research. April 3, 2019.


**Major Consulting**:

1) Medeva Pharmaceutical: as an expert for methylphenidate litigation (2003)
2). Medeva Pharmaceuticals: as an expert for phentermine on Fen/Phen litigation (1997-2000)
3). Smith Kline and Beecham: as an expert on Serotonin Selective Uptake Inhibitors for potential litigation against Paxil or paroxetine (2000)
4). Expert witness for criminal cases concerning psychotropic medications and/or abuse (1992-2008)
5). Expert witness and consultant for King & Spalding LLP in litigations against Purdue Pharmaceuticals relative to OxyContin (2004-2008)
6). Expert witness for U.S. Attorney General's Office in lawsuit against the National Park Service.(2008)
7) Expert witness for U.S. Attorney General's Office in Federal Court assessment of penalties for Ecstasy (MDMA) (2010)
8) Expert witness for Richard, Brandt, Miller & Nelson in Fowers vs. Metamorphis (2009-2012)
9) Expert witness for manufacturers of phentermine on fen/phen cases related to patient deaths (~2003-2006).
10) Regular expert witness for Salt Lake Public Defenders Office (2008-present)
11) Expert witness for Purdue Pharmaceutical on cases related to OxyContin ~2005-2010
12) State vs. Danny Logue, Provo Utah (May 2014 for Scott Williams); testified in Court
13) U.S. vs. John McGuire, Tampa Bay Florida (November 17-18, 2014); testified for the U.S. Attoney's Office in Federal Court on toxicity of MDMA.
14) Utah State vs. Danny Logue (Feb. 4, 2015), Provo, Utah: testified for defendant in State Court on the short- and Long-term effects of methamphetamine.
15) Utah State vs. Wyatt Outzen (Mar. 17, 2015), Provo, UT: testified for the State on metabolism of THC and the effects of its metabolites.

16) Expert witness in Aurora vs. Dufrense, for Renaud Cook Drury Mesaros, PA law offices: testifying in case involving a suicide by a patient on methadone in a treatment center (~2013-2015).
17) Expert witness on ~3-5 criminal case per year
18) State v. Anthony Lee Cheever. Testified on behalf of the defendant regarding marijuana use and effects on July 29, 2016
19) State v. Alexander Vasquez. Submitted a letter of conclusion concerning the effects of methamphetamine on August 16, 2016.
20) Opined in case of Best v. Drew as to the effects of drugs in the death of Ashleigh Best, September 2016.
21) Testified in behalf of Roger Bilek in State v. Bilek, October 25, 2016.
22) Prepared to testify in a murder case in behalf of Abby Dizon-Maughan. Case settled April 3, 2017.
23) Expert consultant for Utah State v. Jeffery Sheppard concerning the effect of methamphetamine. Submitted a letter of opinion on behalf of Mr. Sheppard Nov. 2017.
24) Expert witness in case of Carbon County v. Seth Peterson. Testified in trial Dec. 14, 2017 concerning the effects of methamphetamine.
25) Expert witness in case of State v. Nicholas Johnson. Testified on effects of alcohol June 22, 2017
26) Expert witness in case of State v. Carl Johnson concerning effects of alcohol during a murder. Case settled. November 7, 2018

**Society Membership:**

Society of Neuroscience
ASPET (American Society of Pharmacology and Experimental Therapeutics);
CPDD (College on Problems of Drug Dependence)
ACNP (American College of Neuropsychopharmacology)
IDARS (International Drug Abuse Research Society)

**Scientific Journal Publications**

**Publications in press**
Hanson, G., McMillen, S., Mower, K., Bruett, C., Duarte, L., Koduri, S., Pinzon, L. Warthen, M., Smith, K., Meeks, H. and Trump, B. "Comprehensive Oral Care Improves Treatment Outcomes in Male and Female High-Severity and Chronic Substance Use Disorder Patients (SUDPs). Journal of the American Dental Association

**Publications published (243)**

Curtin, K., Fleckenstein, A.E., Keeshin, B. Yurgelun-Todd, D., Renshaw, P., Smith K, and Hanson, G.R. "Increased risk of diseases of the basal ganglia and cerebellum in patients with a history of attention-deficit/hyperactivity disorder." Neuropsychopharmacology 43 (13) (2018) 2548-2555.

Barak LS, Bai Y, Peterson S, Evron T, Urs NM, Peddibhotla S, Hedrick MP, Hershberger P, Maloney PR, Chung TD, Rodriguiz RM, Wetsel WC, Thomas JB, **Hanson GR**, Pinkerton AB, Caron MG. "

ML314: A biased neurotensin receptor ligand for methamphetamine abuse." ACS Chemical Biology 11 (2016) 1880-1890.

Pittenger ST, Swalve N, Chou S, Smith MD, Hoonakker AJ, Pudiak CM, Fleckenstein AE, Hanson GR, Bevins RA. Sex differences in neurotensin and substance P following nicotine self-administration in rats. Synapse 70 (2016) 336-346.

Fricks-Gleason AN, German CL, Hoonakker AJ, Friend DM, Ganesh KK, Carver AS, **Hanson GR**, Fleckenstein AE, Keefe KA. An acute, epitope-specific modification in the dopamine transporter associated with methamphetamine-induced neurotoxicity. Synapse 11 (2016) 1880-1890.

Baladi MG, Nielsen SM, McIntosh JM, Hanson GR, Fleckenstein AE. Prior nicotine self-administration attenuates subsequent dopaminergic deficits of methamphetamine in rats: role of nicotinic acetylcholine receptors. Behav Pharmacol. 2016 Feb 11

Vieira-Brock PL, McFadden LM, Nielsen SM, Ellis JD, Walters ET, Stout KA, McIntosh JM, Wilkins DG, Hanson GR, Fleckenstein AE. Chronic Nicotine Exposure Attenuates Methamphetamine-Induced Dopaminergic Deficits. J Pharmacol Exp Ther. 355 (2015) 463-472.

Vieira-Brock PL, McFadden LM, Nielsen SM, Smith MD, Hanson GR, Fleckenstein AE. Nicotine Administration Attenuates Methamphetamine-Induced Novel Object Recognition Deficits. Int J Neuropsychopharmacol. 18 (2015) 18

Alburges ME, Frankel PS, Hoonakker AJ, Hanson GR. Responses of limbic and extrapyramidal substance P systems to nicotine treatment. Psychopharmacology (Berl). 2009 Jan;2015(4):517-27

German, C.L., Baladi, M., McFadden, L.M., Hanson, G.R., and Fleckenstein, A.E. Regulation of the dopamine and vesicular monoamine transporters: Pharmacological targets and implications for disease. Pharmacological Review 67 (2015) 1005-1024.

Alburges, M.E., Hoonakker, A.J., Cordova, N.M., Robson, C.M., McFadden, L.M., Martin, A.L., Hanson, G.R. Effect of low doses of methamphetamine on rat limbic-related neurotensin systems. Synapse 69 (2015) 396-404.

McFadden, L.M., Vieira-Brock, P.L., Hanson, G.R., and Fleckenstein, A.E. Prior methamphetamine self-administration attenuates the dopaminergic deficits caused by a subsequent methamphetamine exposure. Neuropharmacology 93 (2015) 146-154.

Curtin, K., Fleckenstein, A.E., Robison, Reid, Crookston, M., Smith, K., and Hanson, G.R. Methamphetamine/amphetamine abuse and risk of Parkinson's disease in Utah: a population-based assessment. Journal of Drug and Alcohol Dependence 146 (2015) 30-38.

Baladi, M.G., Nielsen, S.M., Umpierre, A. Hanson, G.R., and Fleckenstein, A.E. Prior methyphenidate self-administration alters the subsequent reinforcing effects of methamphetamine in rats. Behav. Pharmacol. 25 (2014) 758-765.

Baladi, M.G., Newman, A.H., Nielsen, S.M., Hanson, G.R., and A.E. Dopamine D3 receptors contribute to methamphetamine-induced alterations in dopaminergic neuronal function: Role of hyperthermia. Eur J Pharmacol. 732 (2014) 105-110.

German, C.L., Alburges, M.E., Hoonakker, A.J., Fleckenstein, A.E., and Hanson, G.R. Mephedrone alters basal ganglia and limbic dynorphin systems. Synapse (2015) ahead of print.

German, C.L., Hoonakker, A.H., Fleckenstein, A.E., Hanson, G.R. Mephedrone alters basal ganglia and limbic neurotensin systems. J. Neurochem. 130 (2014) 402-407.

McFadden, L.M., Vieira-Brock, P.L., Hanson, G.R., and Fleckenstein, A.E. Methamphetamine self-administration attenuates hippocampal serotonergic deficits: role of brain-derived neurotophic factor. International Journal of Neuropharmacology 17 (2014) 1350-1320.

Alburges, M.E., Hoonakker, A.J., Cordova, N.M., Robson, C.M., NcFadden, L.M., Martin, A.L. and Hanson, G.R. Responses of the rat basal ganglia neurotensin systems to low doses of methamphetamine. Paychopharmacology (Berl.) 231 (2014) 2933-2940.

Peddibhotia, S., Hedrick, M., Hershberger, P., Maloney, P., Li, Y., Milewski, M., Gosalia, P., Gray, W., Mehta, A., Sugarman, E., Hood, B., Suyama, E., Mguyen, K., Heynen-Genel, Su. Vasile, S., Salaniwal, Su., Stonich, D., Su, Y., Mangravita-Novo, A., Vicchiarelli, M., Roth, G., Smith, La., Chung, T., Hanson, G.R., Thomas, J., Caron, M., Barak, L., Pinkerton, A." Discovery of ML314, A Brain Penetrant Nonpetidic Beta-Arrestin Biased Agonist of the Neurotensin NTR1 Receptor. ACS Medicinal Chemistry Letters, J. Med. Chem. 4 (2013) 846-851.

McFadden, L.M., Hanson, G.R., and Fleckenstein, A.E. The effects of methamphetamine self-administration on cortical monoaminergic deficits induced by subsequent high-dose methamphetamine administration. Synapse 67 (2013) 875-881.

German, C.L., Fleckenstein, A.E., and Hanson, G.R. Bath Salts and synthetic cathinones: An emerging designer drug phenomenon. Life Sci. (2013).

Hanson, G.R., Hoonakker, A.J., Robson, C.M., McFadden, L.M., Frankel, P.S., and Alburges, M.E. Response of Neurotensin Basal Ganglia Systems During Extinction of Methamphetamine Self Administration in Rat. J. Pharmacol. Exp. Ther. 348 (2013) 173-181.

German, C.L., Hanson, G.R., Fleckenstein, A.E. Amphetamine and Methamphetamine Reduce Striatal Dopamine Transporter Function Without Concurrent Dopamine Transporter Relocalization. J Neurochem. 123 (2012) 288-97.

Hanson, G.R., Hoonakker, A.J., Alburges, M.E., McFadden, L.M., Robson, C.M., and Frankel, P.S.: Response of limbic neurotensin systems to methamphetamine self-administration. Neuroscience 203 (2012) 99-107.

McFadden, L., Hadlock, G.C., Allen, S.C., Vieira-Brock, P.L., Stout, K.A., Ellis, J.D., Hoonakker, A.J., Anderyak, D.M., Neilson, S.M., Wilkins, D.G., Hanson, G.R., and Fleckenstein, A.E. Methamphetamine self-administration causes persistent striatal dopaminergic alterations and mitigates the deficits caused by a subsequent methamphetamine exposure. J. Pharmacol. Exp. Ther. 340 (2012) 295-303.

Hadlock GC, Webb KM, McFadden LM, Chu PW, Ellis JD, Allen SC, Andrenyak DM, Vieira-Brock PL, German CL, Conrad KM, Hoonakker AJ, Gibb JW, Wilkins DG, **Hanson GR**, Fleckenstein AE. 4-Methylmethcathinone (mephedrone): neuropharmacological effects of a designer stimulant of abuse. J. Pharmacol. Exp. Ther. 339 (2011) 530-536.

Ellis, J.D., German, C.L., Birdsall, E., Hanson, J.E., Crosby, M.A., Rowley, S.D., Sawada, N.A., West, J.N., Hanson, G.R, Fleckenstein AE. Ephedrine decreases vesicular monoamine transporter-2 function. Synapse 65(2011) 449-451.

Hadlock, G.C., Nelson, C.C., Baucum, A.J. 2nd, Hanson, G.R., Fleckenstein, A.E. Ex vivo identification of protein-protein interactions involving the dopamine transporter. J. Neurosci. Methods. 196 (2011) 303-307.

Frankel, P.S., Hoonakker, A.J., Alburges, M.E., McDougall, J., Fleckenstein, A.E., and Hanson, G.R.: Response of Basal Ganglia Neurotensin System to Methamphetamine Self-Administration. J. Pharmacol. Exp. Therapeutics. 336 (2011) 809-815.

Alburges, M.E., Hoonakker, A.J., Horner, K.A., Fleckenstein, A.E., and Hanson, G.R.: Methylphenidate alters basal ganglia neurotensin systems through dopaminergic mechanisms: a comparison with cocaine treatment. J. Neurochem. 117 (2011) 470-478.

McFadden, L.M., Hoonakker, A.J., Vieira-Brock, P.L., Stout, K.A., Sawada, N.M., Ellis, J.D., Allen, S.C., Walters, E.T., Nielsen, S.M., Gibb, J.W., Alburges, M.E., Wilkins, D.G., Hanson, G.R., Fleckenstein, A.E. Methamphetamine treatment during development attenuates the dopaminergic deficits caused by subsequent high-dose methamphetamine administration. Synapse. 65 (2011) 771-777.

Hadlock, G., Chu, P., Walters, E., Hanson, G.R., and Fleckenstein, A.E.: Methamphetamine-Induced Dopamine Transporter Complex Formation and Dopaminergic Deficits: The Role of D2 Receptor Activation. J. Pharmacol. Exp. Ther. 335 (2010) 207-212.

Chu, P., Hadlock, G., Vieira-Brock, P., Stout, K., Hanson, G.R., and Fleckenstein, A.E.: Methamphetamine Alters Vesicular Monoamine Transporter-2 Function and Potassium-Stimulated Dopamine Release. J Neurochem. 115 (2010) 325-332.

Hanson, G.R.: NIDA 35-year anniversary: Past lesson, present accomplishments and future challenges (2001-2003). Drug and Alcohol Dependence. 107 (2010) 102-105.

Hadlock, G.C., Baucum, A.J. 2nd, King, J.L., Horner, K.A., Cook, G.A., Gibb, J.W., Wilkins, D.G., Hanson, G.R., and Fleckenstein, A.E.: Mechanisms underlying methamphetamine-induced dopamine transporter complex formation. J. Pharmacol. Exp. Ther. 329 (2009) 169-74.

Hanson, J.E., Birdsall, E., Seferian, K., Crosby, M., Keefe, Dristen, Gibb, J., Hanson, G.R., and Fleckenstein, A.E.: Methamphetamine-induced dopaminergic deficits and refractoriness to subsequent treatment. Eur. J. Pharmacol. 607 (2009) 68-73.

Farnsworth, S.J., Volz, T.J., Hanson, G.R., and Fleckenstein, A.E..: Cocaine alters vesicular dopamine sequestration and Potassium-stimulated dopamine release: The role of D2 receptor activation. J. Pharmacol. Exp. Ther. 328 (2009) 1-6.

Volz, T.J., Farnsworth, S.J, Hanson, G.R, and Fleckenstein, A.E.: Method development and validation of an in vitro model of the effects of methylphenidate on membrane-associated synaptic vesicles. J Neurosci Methods. 177 (2009) 177-182.

Volz, T.J., Farnsworth, S.J., Hanson, G.R., and Fleckenstein, A.E.: Measurement of plasmalemmal dopamine transport, vesicular dopamine transport, and K(+)-stimulated dopamine release in frozen rat brain tissue. J Neurosci Methods. 2009 Jun 15;180 (2):317-20. Epub 2009 Mar 28

Alburges, M.E., Frankel, P.S., Hoonakker, A.J., Hanson, G.R.: Responses of limbic and extrapyramidal substance P systems to nicotine treatment. Psychopharmacology (Berl) 201 (2009) 517-527.

Volz, T.J., Farnsworth, S.J., Rowley, S.D., Hanson, G.R., and Fleckenstein: Age-dependent differences in dopamine transporter and vesicular monoamine transporter-2 function and their implications for methamphetamine neurotoxicity. Synapse 63 (2009) 147-51.

Fleckenstein, A.E., Volz, T.J. and Hanson, G.R.: Psychostimulant-induced alterations in vesicular monoamine transporter-2 function: neurotoxic and therapeutic implications. Neuropharmacology 56 (2009) 133-138.

Volz ,T.J., Farnsworth, S.J., Hanson, G.R., and Fleckenstein, A.E.; Methylphenidate-induced alterations in synaptic vesicle trafficking and activity. Ann. N. Y. Acad. Sci. 1139 (2008) 285-90.

Frankel, P.S., Hoonakker, A.J., and Hanson, G.R.: Differential response of neurotensin to methamphetamine self-administration. Ann. N. Y. Acad. Sci. 1139 (2008) 112-7

Volz, T.H., Farnsworth, S.J., Hanson, G.R., and Fleckenstein, A.E.: Methylphenidate-induced alterations in synaptic vesicle trafficking and activity: Functional Consequences and Therapeutic Implications. Ann. N.Y. Acad. Sci. 1139 (2008) 285-290.

Volz, T.J., Farnsworth, S.J., Rowley, S.D., Hanson, G.R. and Fleckenstein, A.E.: Methylphenidate-induced increases in vesicular dopamine sequestration and dopamine release in the striatum: The role of muscarinic and dopamine D2 Receptors. J. Pharmacol. Exp. Ther. 327 (2008) 161-167.

Frankel, P.S., Alburges, M.E., Bush, L., Hanson, G.R., and Kish, S.: Striatal and ventral pallidum dynorphin concentrations are markedly increased in human chronic cocaine users. Neuropharm. 55 (2008) 41-46.

Chu, P.W., Seferian, K.S., Birdsall, E., Truong, J.G., Riordan, J.A., Metcalf, C.S., Hanson, G.R., and Fleckenstein, A.E.: Differential regional effects of methamphetamine on dopamine transport. Eur. J. Pharmacol. 590 (2008) 105-10.

Volz, TJ, Farnsworth, SM., King, JL, Riddle, EL, Hanson, GR, and Fleckenstein, A.E.: Methylphenidate administration alters vesicular monoamine transporter-2 function in cytoplasmic and membrane-associated vesicles. J. Pharmacol. Exp. Ther. 323 (2007) 738-745.

Riddle, E.L., Hanson, G.R., Fleckenstein, A.E. Therapeutic doses of amphetamine and methylphenidate selectively redistribute the vesicular monoamine transporter-2. Eur J Pharmacol. 571 (2007) 25-8.

Alburges, M.E., Hoonakker, A.J., and Hanson, G.R.: Nicotinic and dopamine D(2) receptors mediate nicotine-induced changes in ventral tegmental area neurotensin system. Eur. J. Pharmacol. 573 (2007) 124-132.

Frankel, P.S., Alburges, M.E., Bush, L., Hanson, G.R. and Kish, S.J.: Brain levels of neuropeptides in human chronic methamphetamine users. Neuropharmacology 53 (2007) 447-454.

Volz, T., Fleckenstein, A. and Hanson, G.R.: Methamphetamine-induced alterations in monoamine transport: implications for neurotoxicity, neuroprotection and treatment. Addiction 102 (suppl. 1) (2007) 44-48.

Frankel PS, Hoonakker AJ, Danaceau JP, Hanson GR. Mechanism of an exaggerated locomotor response to a low-dose challenge of methamphetamine.. Pharmacol Biochem Behav. 86 (2007) 511-515.

Volz, T., Hanson, G.R., and Fleckenstein, A.E.: The role of plasmalemmal dopamine and vesicular monoamine transporters in methamphetamine-induced dopaminergic deficits. J. Neurochem. 101 (2007) 883-888.

Fleckenstein, A.E., Volz, T., Riddle, E., Gibb, J.W., and Hanson, G.R.: New insights into the mechanism of action of amphetamines. Ann. Rev. Pharmacol. Tox. 47 (2007) 681-698.

Rau, K, Truong, J., Wilkins, D., Fleckenstein, A.E., and Hanson, G.R.: Age-Dependent effects of methamphetamine on VMAT-2. Ann. N.Y. Acad. Sci. 1074 (2006) 154-159.

Berman JW, Carson MJ, Chang L, Cox BM, Fox HS, Gonzalez RG, Hanson GR, Hauser KF, Ho WZ, Hong JS, Major EO, Maragos WF, Masliah E, McArthur JC, Miller DB, Nath A, O'Callaghan JP, Persidsky Y, Power C, Rogers TJ, Royal W 3rd. NeuroAIDS, drug abuse, and inflammation: building collaborative research activities. J. Neuroimmune Pharmacol. 4 (2006) 351-99.

Volz, T.J., Hanson, G.R., and Fleckenstein, A.E.: Kinetic analysis of developmental changes in vesicular monoamine transporter-2 function. Synapse 60 (2006) 474-477.

Horner, K., Westwood, S., Hanson, G.R., and Keefe, K.: Multiple high doses of methamphetamine increase the number of preproneuropeptide Y mRNA-expressing neurons in the striatum of rat via a dopamine D1 receptor-dependent mechanism. J. Pharmacol. Exp. Ther. (2006).

Riddle, E., Fleckenstein, A.E., and Hanson, G.R.: Mechanisms of methamphetamine-induced dopaminergic neurotoxicity. J. American Association of Pharmaceutical Science. 8 (2006) E413-8.

Rau, K., Birdsall, E., Volz, T., Riordan, J., Baucum, A., Adair, B., Bitter R., Gibb, J.W., Hanson, G.R., and Fleckenstein, A. E.: Methamphetamine administration reduces hippocampal VMAT-2 uptake. J. Pharmacol. Exp. Ther. (May, 2006)

Volz, T.J., Hanson, G.R., and Fleckenstein, A.E.: Measurement of kinetically resolved vesicular dopamine uptake and efflux using rotating disk electrode voltammetry. J. Neurosci. Methods 155 (2006) 109-115.

Riddle, E. L., Fleckenstein, A.E., and Hanson, G.R.: Role of monoamine transporters in mediating psychostimulant effects. J. American Association of Pharmaceutical Science 7 (2005) E847-E851.

Frankel, P.S., Hoonakker, A.J., hanson, G.R., Bush, L., Keefe, K.A., and Alburges, M.E.: Differential neurotensin responses to low and high doses of methamphetamine in the terminal regions of striatal efferents. Eur. J. Pharmacol. 522 (2005) 47-54.

Rau, K.S., Birdsall, E., Janson, J.E., Johnson-Davis, K.L., Carroll, F.I., Wilkins, D.G., Gibb, J.W., Hanson, G.R., and Fleckenstein, A.E.: Bupropion increases striatal vesicular monoamine transport. Neuropharmacology, (2005) 820-830.

Truong, J.G., Wilkings, D.G., Baudys, J., Crouch, D.J., Johson-Davis, K.L., Gibb, J.W., Hanson, G.R., and Fleckenstein, A.E.: Age-dependent methamphetamine-induced alterations in vesicular monomaine transporter-2 function: Implications for neurotoxicity. J. Pharmacol. Exp. Ther. 314 (2005) 1087-1092.

Crowley, W, Ramoz, G., Keefe, K,, Torto, R., Kalra, S. and Hanson, G.R.: Differential effects of methamphetamine on expression of neuropeptide Y mRNA in hypothalamus and on serum leptin and ghrelin concentrations in ad libitum-fed and schedule-fed rats. Neurosci. 132 (2005) 167-173.

Horner, K., Adams, D. , Hanson, G.R., and Keefe, K.: Blockade of stimulant-induced preprodynorphin mRNA expression in the striatal matrix by serotonin depletion. Neurosci. 131 (2005) 67-77.

Adams, D., Hanson, G.R., and Keefe, K.A.: 3,4-Methylenedioxymethamphetamine increases neuropeptide messenger RNA expression in rat striatum. Mol. Brain Res. 133 (2005) 131-142.

Truong, J.G., Newman, A., Hanson, G.R. and Fleckenstein, A.E.: Dopamine D2 receptor activation increases vesicular dopamine uptake and redistributes vesicular monoamine transporter-2 protein. Eur. J. Pharmacol. 504 (2004) 27-32.

Hanson, G.R., Sandoval, V., Riddle, E. and Fleckenstein, A.E.: Psychostimulant and vesicle trafficking: A novel mechanism and therapeutic implications. Annals of New York Academy of Sciences 1025 (2004) 146-150.

Hanson, G.R., Rau, K.S., and Fleckenstein, A.E.: The Methamphetamine Experience: A NIDA Partnership. Neuropharmacology 47 (2004) 92-100.

Truong, J.G., Hanson, G.R. and Fleckenstein, A.E.: Apomorphine increases vesicular monoamine transporter-2 functions: Implications for neurodegeneration. Eur. J. Pharmocology 492 (2004) 143-147.

Baucum, A.J., Rau, K., Riddle, E., Hanson, G.R. and Fleckenstein, A.E.: Methamphetamine increases dopamine transporter oligomer formation via a dopamine- and hyperthermia-associated mechanism. J. Neurosci. 24 (2004) 3436-3443.

Fleckenstein, A. E. and Hanson, G.R.: Impact of psychostimulants on vesicular monoamine transporter function. Eur. J. Pharmacol. 479 (2003) 283-289.

Truong, J., Rau, K., Hanson, G.R. and Fleckenstein, A.E.: Pramipexole increases vesicular dopamine uptake: implications for treatment of Parkinson's disease. European Journal of Pharmacology 474 (2003) 223-226.

Ugarte, Y., Rau, K., Riddle, E., Hanson, G.R. and Fleckenstein, A.E.: Methamphetamine rapidly decreases mouse vesicular dopamine uptake: role of hyperthermia and dopamine D-2 receptor. Eur. J. Pharmacol. 472 (2003) 165-171.

Johnson-Davis, K., Hanson, G.R. and Keefe, K.A.: Lack of effect of kappa-opioid receptor agonism on long-term methamphetamine-induced neurotoxicity in rats. Neurotoxicity Research 5 (2003) 273-282.

Adams, D.H., Hanson, G.R. and Keefe, K.A.: Neuropeptide mRNA responses to psychostimulants. NIDA Research Monograph Series, CPDD proceedings of the 64th Annual Scientific Meeting, 183; 121.

Sandoval, V., Riddle, E.L., Hanson, G.R. and Fleckenstein, A.E. Methylphenidate alters vesicular monoamine transport and prevents methamphetamine-induced dopaminergic deficits. J. Pharmacol. Exp. Ther. 304 (2003) 1181-1187.

Hanson, G.R.: Opening the Door to Mainstream medical Treatment of Drug Addiction. NIDA Notes 17 (2003) 3,4.

Hanson, G.R. and Li, T.K.: Public Health Implications of Excessive Alcohol Consumption and Substance Abuse, JAMA 289 (2003) 1031-1032.

Riddle, E., Topham, M., Hanson, G.R. and Fleckenstein, A.E.: Ceramide-induced alterations in monamine transporter function: A comparison with methamphetamine. J. Neurochem. 458 (2003) 87-93.

Adams, D.G., Hanson, G.R. and Keefe, K.A. Distinct effects of methamphetamine and cocaine on preprodynorphin messenger RNA in rat striatal patch and matrix. J. Neurochem. 84 (2003) 87-93.

Hanson, G.R.: New Insights Into Relapse. NIDA Notes 3 (October, 2002) 3,4.

Metzger, R. Brown, J., Sandoval, V., Wang, Y., Hanson, G.R. and Fleckenstein, A.E.: Inhibitory effect of reserpine on dopamine transporter function. European J. of Pharmacology 456 (2002) 39-43.

Sandoval, V., Hanson, G.R. and Fleckenstein, A.E.: Methylphenidate redistributes vesicular monoamine transporter-2: Role of dopamine receptors. J. Neurosci. 22 (2002) 8705-8710.

Hanson, G.R., Leshner, A. I., and Tai, B.: Introduction: Putting drug abuse research to use in real-life settings. J. Substance Abuse Treat. 23 (2002) 69, 70.

Johnson-David, K.L., Hanson, G.R. and Keefe, K.A.: Differential long-term post-synaptic consequences of methamphetamine and cocaine on basal ganglia function. J. Neurochem. 82 (2002) 1472-1479.

Hanson, G.R., Keefe, K.A., Bush, L. and Alburges, M.A.: Distinct responses of basal ganglia substance P systems to low and high doses of methamphetamine. J. Neurochem. 82 (2002) 1171-1178.

Riddle, E.L., Topham, M., Haycock, J. Hanson, G. and Fleckenstein, A.: Differential trafficking of the vesicular monoamine transporter-2 by methamphetamine and cocaine. Eur. J. Pharmacol. 449 (2002) 71.

Brown, J. Riddle, E., Sandoval, V. Weston, R., Hanson, J.E., Crosby, Hanson, G.R. and Fleckentstein, A.E.: A single methamphetamine administration rapidly decreases vesicular dopamine uptake. Submitted to J. Pharmacol. Exp. Ther. 302 (2002) 497-501.

Crosby, M.J., Hanson, J.E., Fleckenstein, A.E. and Hanson, G.R.: Phencyclidine increases vesicular dopamine uptake. Eur. J. Pharmacol. 438 (2002) 75-78.

Hansen, J.P., Riddle, E.L., Sandoval, V., Brown, J.M., Gibb, J.W., Hanson, G.R. and Fleckenstein, A.E., Methylenedioxymethamphetamine decreases plasmalemmal and vesicular dopamine transport: mechanisms and implication for neurotoxicity. J. Pharmacol. Exp. Ther. 300 (2002) 1093-1100.

Riddle, E.L., Kokoshka, J.M., Wilkins, D.G., Hanson, G.R. and Fleckenstein, A.E.: A nonpharmacokinetic model of tolerance to the neurotoxic effects of methamphetamine in young rats. Eur. J. Pharmacol. 435 (2002) 181-185.

Brown, J.M., Hanson, G.R. and Fleckenstein, A.E.: Cocaine-induced increases in vesicular dopamine uptake: role of dopamine receptors. J. Pharmacol. Exp. Ther. 298 (2001) 1150-1153.

Alburges, M., Keefe, K.A. and Hanson, G.R.: Contrasting responses by limbic metenkephalin systems to low and high doses of methamphetamine. Brain Research. 905 (2001) 120-126.

Brown, J.M., Hanson, G.R. and Fleckenstein, A.E.: The vesicular monoamine transporter-2: A novel target for cocaine and other psychostimulants. J. Pharmacol. Exp. Ther. 296 (2001) 762-767.

Adams, D.H., Hanson, G.R. and Keefe, K.A.: Differential effects of cocaine and methamphetamine on neurotensin/neurmedin N and preprotachykinin mRNA expression in unique regions of the striatum. Neuroscience 102 (2001) 843-851.

Alburges, M.E., Keefe, K.A. and Hanson, G.R.: Contrasting responses by extrapyramidal metenkephalin systems to low and high doses of methamphetamine. J. Neurochem. 76 (2001) 721-729.

Sandoval, V., Riddle, E., Uguarte, Y, Hanson, G. R., and Fleckenstein, A.: Methamphetamine-induced rapid and reversible changes in dopamine transporter function; An in vitro model. J. Neuroscience 21 (2001) 1413-1419.

Chapman, D., Hanson, G.R., Kesner, R.P. and Keefe, K.A.: Long-term consequences in basal ganglia function after a neurotoxic regimen of methamphetamine. J. Pharmacol. Exp. Ther. 296 (2001) 520-527.

Sandoval, V., Hanson, G.R. and Fleckenstein, A.E.: Methamphetamine decreases mouse striatal dopamine transporter activity: Roles of hyperthermia and dopamine. Eur. J. Pharmacol. 409 (2000) 265-271.

Metzger, R.R., Hanson, G.R., Haughey, H, Wilkins, D.G., Gibb, J.W. and Fleckenstein, A.E.: Methamphetamine-induced rapid decrease in dopamine transporter function: Contribution of multiple factors. J. Pharmacol. Exp. Ther. 295 (2000) 1077-1085.

Kokoshka, J.M., Fleckenstein, A.E., Wilkins, D. and Hanson, G.R.: Age-dependent differential responses of monoaminergic systems to high doses of methamphetamine. J. Neurochem. 75 (2000) 2095-2102

Adams, D.H., Hanson, G.R. and Keefe, K.A.: Cocaine and methamphetamine differentially affect opioid peptide mRNA expression in the striatum. J. Neurochem. 75 (2000) 2061-2070.

Fleckenstein, A.E., Gibb, J.W. and Hanson, G.R.: Differential effects of psychostimulant administration on monoaminergic transporter function: pharmacological consequences and implications for neurotoxicity. Eur. J. Pharmacol. 406 (2000) 1-13.

Haughey, H.M., Fleckenstein, A.E., Metzger, R.R. and Hanson, G.R.: The effects of methamphetamine on serotonin transporter activity: Role of dopamine and hyperthermia: J. Neurochem. 75 (2000) 1608-1617.

Brown, J.M., Hanson, G.R. and Fleckenstein, A.E.: Methamphetamine rapidly decreases vesicular dopamine uptake. J. Neurochem. 74 (2000) 2221-2223.

Haughey, H.M., Brown, J.M., Wilkins, D.G., Hanson, G.R., and Fleckenstein, A.E.: Differential effects of methamphetamine on Na+/Cl- -dependent transporters. Brain Research 863 (2000) 59-65.

Alburges, M.E., Ramos, B.P., Bush, L. and Hanson, G.R.: Responses of the extrapyramidal and limbic substance P systems to ibogaine and cocaine treatments. Eur. J. Pharmacol. 390 (2000) 119-126.

Bush, L., McCabe, T.R. and Hanson, G.R.: Selective antagonism of nigral neuropeptide responses to methamphetamine by conantokin G, a naturally occurring conopeptide. Eur. J. Pharmacol. 387 (2000) 55-58.

Alburges, M.E. and Hanson, G.R.: Ibogaine pretreatment dramatically enhances the dynorphin response to cocaine. Brain Research 847 (1999) 139-142.

Fleckenstein, A.E., Haughey, H.M., Metzger, R.R., Kokoshka, J.M., Riddle, E.L., Hanson, J.E., and Hanson, G.R.: Differential effects of psychostimulants and related agents on dopaminergic and serotonergic transporter function. Eur. J. Pharmacol. 382 (1999) 45-49.

Haughey, H. M., Brown, J.M., Fleckenstein, A.E. and Hanson, G.R.: Oxygen radicals differentially affect Na+/Cl- dependent transporters. Eur. J. Pharmacol. 379 (1999) 107-110.

Hanson, G.R., Jensen, M. and White, H.S.: Distinct features of seizures induced by cocaine and amphetamine analogs. Eur. J. Pharmacol. 377 (1999) 167-173.

Hiroi, N., Fienberg, A., Haile, C., Alburges, M., Hanson, G.R., Greengard, P. and Nestler, E.J.: Neuronal and behavioral abnormalitites in striatal function in DARRP-32-mutant mice. Eur. J. Neurosci. 11 (1999) 1114-1118.

Hanson, G.R., and Keefe K.A.: Dopamine D-1 regulation of caudate neurotensin mRNA in the presence or absence of the nigrostriatal dopamine pathway. Mol. Brain Res. 66 (1999) 111-121.

Kralios, F., Anderson, F., Hanson, G.R., Kralios, A. and Cuff, N.: Postnatal development of peptidergic innervation of the canine heart. J. Mol. Cell Cardiol. 31 (1999) 215-225.

Westwood, S. and Hanson, G.R.: Effects of stimulants of abuse on extrapyramidal and limbic neuropeptide Y systems. J. Pharmacol. Exp. Ther. 288 (1999) 1160-1166.

Alburges, M.E. and Hanson, G.R.: Differential responses by neurotensin systems to ibogaine and cocaine. Brain Res. 818 (1999) 96-104.

Haughey, H.M., Fleckenstein, A.E., and Hanson, G.R.: Differential regional effects of methamphetamine on the activities of tryptophan and tyrosine hydroxylase. J. Neurochem. 72 (1999) 661-668.

Kokoshka, J.M., Wilkins, D.G., Vaughan, R.A., Hanson, G.R. and, Fleckenstein, A.E.: Nature of methamphetamine-induced rapid and reversible changes in dopamine transporters. Eur. J. Pharmacol. 361 (1998) 269-275.

Kokoshka, J.M., Metzger, R.R., Hanson, G.R., Gibb, J.W. and Fleckenstein, A.E.: Methamphetamine treatment rapidly inhibits serotonin, but not glutmate, transporters in rat brain. Brain Research, 799 (1998) 78-83.

Metzger, R., Hanson, G.R.., Gibb, J.W. and Fleckenstein, A.E.: 3,4-Methylenedioxymeth-amphetamine-induced acute changes in dopamine transporter function. Eur. J. Pharmacol. 349 (1998) 205-210.

Hanson, G.R., Wagstaff, J.D., Merchant, K., and Gibb, J.W.: Psychostimulant and neuropeptide response. Adv. Pharmacol. 42 (1998) 1014-1016.

Hanson, G.R., Gibb, J.W., Metzger, R.R., Kokoshka, J. and Fleckenstein, A.E.: Methamphetamine-induced rapid and reversible reduction in the activities of tryptophan hydroxylase and dopamine transporters: Oxidative consequences. Annals of the New York Academy of Sciences, 844 (1998) 103-107.

Gygi, M., Fleckenstein, A.E., Gibb, J.W. and Hanson, G.R.: Role of endogenous dopamine in the neurochemical deficits induced by methcathinone. J. Pharmacol. Exp. Ther., 283 (1997) 1350-1355.

Gibb. J.W., Bush, L. and Hanson, G.R.: Exacerbation of methamphetamine-induced neurochemical deficits by melatonin. J. Pharmacol. Exp. Ther., 283 (1997) 630-639.

Gibb, J.W., Johnson, M., Elayan, E., Lim, K., Matsuda, L. and Hanson, G.R.: Neurotoxicity of Amphetamines and their metabolites series, Pharmacokinetics, Metabolism, and Pharmaceutics of Drugs of Abuse. NIDA Research Monograph, 173 (1997) 128-145.

Fleckenstein, A.E., Metzger, R.R., Beyeler, M.L., Davis, K.J., Wilkins, D.G., Gibb, J.W. and Hanson, G.R.: Oxygen radicals diminish dopamine transporter function in rat striatum: implications for methamphetamine toxicity. Eur. J. Pharmacol., 334 (1997) 111-114.

Fleckenstein, A.E., Wilkins, D.G., Gibb, J.W. and Hanson, G.R.: Interaction between hyperthermia and oxygen radical formation in the 5-hydroxytryptaminergic response to a single methamphetamine administration. J. Pharmacol. & Exp. Ther., 283 (1997) 281-285.

Fleckenstein, A.E., Metzger, R.R., Wilkins, D.G, Gibb, J.W. and Hanson, G.R.: Rapid and reversible effects of methamphetamine on dopamine transporters. J. Pharmacol. Exp. Ther., 282 (1997) 834-838.

Huang, W. and Hanson, G.R.: Differential effect of haloperidol on release of neurotensin in extrapyramidal and limbic systems. Eur. J. Pharmacol., 332(1997) 15-21.

Fleckenstein, A.E., Beyeler, M.L., Jackson, J.C., Wilkins, D.G., Gibb, J.W. and Hanson, G.R.: Methamphetamine-induced decrease in tryptophan hydroxylase activity: Role of 5HT transporters. Eur. J. Pharmacol., 324 (1997) 179-186.

Wagstaff, J.D., Gibb, J.W. and Hanson, G.R.: Role of dopamine D-1 and NMDA receptors in regulating neurotensin release in the striatum and nucleus accumbens. Brain Res. 748 (1997) 241-244.

Fleckenstein, A.E., Metzger, R.R., Gibb, J.W. and Hanson, G.R.: A rapid and reversible change in dopamine transporters induced by methamphetamine. Eur. J. Pharmacol. 323 (1997) R9-R10.

Hanson, G.R., Bush, L., Taylor, V.L., Gibb, J.W., Davis, K. and Schmidt, C.J.: Comparison of neurotensin responses to MDL 100, 907, a selective 5HT 2A antagonist, with clozapine and haloperidol, Brain Res. Bull. 42 (1997) 211-219.

Gygi, M.P., Gygi, S.P., Johnson, M., Wilkins, D., Gibb, J.W. and Hanson, G.R.: Mechanisms for tolerance to methamphetamine effects. Neuropharmacol. 35 (1996) 751-757.

Kalivas, P.W., Bush, L. and Hanson, G.: High and low behavioral response to novelty is associated with differences in neurotensin and substance P content. Ann. N.Y. Acad. Sci. 780 (1996) 164-167.

Wagstaff, J.D., Gibb, J.W., and Hanson, G.R.: Microdialysis assessment of methamphetamine-induced changes in extracellular neurotensin content in the striatum and nucleus accumbens. J. Pharmacol. & Exp. Ther., 278 (1996) 547-554.

Wagstaff, J.D., Gibb, J.W. and Hanson, G.R.: Dopamine D-2 receptors regulate neurotensin release from nucleus accumbens and striatum as measured by in vivo microdialysis. Brain Res., 721 (1996) 196-203.

Gygi, M.P., Gibb, J.W. and Hanson, G.R.: Methcathinone: An initial study of its effects on monoaminergic systems. J. Pharmacol. Exp. Ther., 276 (1996) 1066-1072.

Che, S., Hanson, G.R. and Gibb, J.W.: Effect of body temperature on the acute decrease of tryptophan hydroxylase activity induced by 3,4-methylenedioxymethamphetamine. Eur. J. Pharmacol., 293 (1995) 447-453.

Kralios, F.A., Anderson, F.L., Hanson, G.R. and Kralios, A.C.: Myocardial electrophysiological effects of neuropeptide Y in dogs. American J. Physiology. 268 (Heart Circ. Physiol 37) (1995) H2195-H2201.

Hanson, G.R., Midgley, L., Bush, L. and Gibb, J.W.:  Response of extrapyramidal and limbic neurotensin systems to phencyclidine (PCP) treatment.  Eur. J. Pharmacol. 278 (1995) 167-173.

Hanson, G.R., Singh, N., Merchant, K., Johnson, M. and Gibb, J.W.:  The role of NMDA receptor systems in neuropeptide responses to stimulants of abuse.  Drug and Alcohol Dependence 37 (1995) 107-110.

Wagstaff, J.D., Bush, L., Gibb, J.W. and Hanson, G.R.:  Endogenous neurotensin antagonizes methamphetamine-enhanced dopaminergic activity.  Brain Res. 665 (1994) 237-244.

Johnson, M., Hanson, G.R., Gibb, J.W., Adair, J. and Filloux, F.:  Effect of neonatal hypoxia-ischemia on nigral-striatal dopamine receptors and on striatal neuropeptide Y, dynorphin A and substance P concentrations in rats.  Developmental Brain Res. 83 (1994) 109-118.

Midgley, L.P., Wagstaff, J.D., Singh, N.A., Bush, L.G., Gibb, J.W. and Hanson, G.R.:  Dynamic dopaminergic regulation of neuropeptide Y systems in discrete striatal and accumbens regions.  Eur. J. Pharmacol. 251 (1994) 191-199.

Gygi, S., Gibb, J.W. and Hanson, G.R.:  Differential effects of antipsychotic and psychotomimetic drugs on neurotensin systems of discrete extrapyramidal and limbic regions.  J. Pharmacol. & Exp. Ther. 270 (1994) 192-197.

Johnson, M., Sonsalla, P., Letter, A., Hanson, G.R. and Gibb, J.W.:  Role of the 5-HT$_2$ receptor in the methamphetamine-induced neurochemical alterations.  J. Pharmacol. Exp. Ther. 270 (1994) 97-103.

Anderson, F.L., Kralios, A.C., Cluff, N. and Hanson, G.R.:  Vagal-induced tachycardia: release of vasoactive intestinal peptide and peptide PHI.  American J. Physiology 267 (1994) H2019-H2024.

Merchant, K., Hanson, G.R. and Dorsa, D.:  Induction of neurotensin and c-fos mRNA in distinct subregions of rat neostriatum following acute methamphetamine: Comparison with acute haloperidol effect.  J. Pharmacol. Exp. Ther. 269 (1994) 806-812.

Midgley, L.P., Bush, L.G., Gibb, J.W. and Hanson, G.R.:  Differential regulation of neuropeptide Y systems in limbic structures of the rat.  J. Pharmacol. and Exp. Ther. 267 (1993) 707-713.

Gibb, J.W., Johnson, M., Stone, D.M. and Hanson, G.R.: Mechanisms mediating biogenic amine deficits induced by amphetamine and its congeners. NIDA Res. Monograph 136 (1993) 226-241.

Gygi, S.P., Gibb, J.W., Johnson, M., and Hanson, G.R.:  Blockade of tachykinin NK$_1$ receptors by CP-96345 enhances dopamine release and the striatal dopamine effects of methamphetamine in rats.  Eur. J. Pharmacol. 250 (1993) 177-180.

Elkins, K.W., Gibb, J.W., Hanson, G.R., Wilkins, D.G. and Johnson, M.: Effects of nimodipine on the amphetamine- and methamphetamine-induced decrease in tryptophan hydroxylase activity.  Eur. J. Pharmacol. 250 (1993) 395-402.

Dinger, B., Wang, Z.Z., Chen, J., Wang, W., Hanson, G.R., Stensaas, L. and Fidone, S.:  Immunocytochemical and neurochemical aspects of sympathetic ganglion chemosensitivity.  Adv. Exp. Med. Biol. 337 (1993) 25-30.

Anderson, F.L., Kralios, A., Reid, B. and Hanson, G.R.:  Release of vasoactive intestinal polypeptide and neuropeptide Y from canine heart.  American J. Physiol. 265 (1993) H959-965.

Johnson, M., Bush, L., Hanson, G.R. and Gibb, J.W.:  Effects of Ritanserin on the 3,4-methylenedioxymethamphetamine-induced decrease in striatal serotonin concentration and on the increase in striatal neurotensin and dynorphin A concentrations.  Biochem. Pharmacol. 46 (1993) 770-772.

Elayan, I., Gibb, J.W., Hanson, G.R., Lim, H.K., Foltz, R.L. and Johnson, M.:  Short-term effects of 2,4,5-trihydroxyamphetamine, 2,4,5-trihydroxymethamphetamine and 3,4-dihydroxymethamphetamine on central tryptophan hydroxylase activity.  J. Pharmacol. and Exp. Ther. 265 (1993) 813-818.

Anderson, F.L., Kralios, A, Reid, B., Thorpe, M. and Hanson, G.R.:  VIP and NPY in the canine heart. Distribution and effect of total and selective parasympathetic denervation.  American J. Physiol. 265 (1993) H91-H95.

Elayan, I., Gibb, J.W., Hanson, G.R., Foltz, R., Lim, H. and Johnson, M.:  Long-term alteration in the central monoaminergic systems of the rat by 2,4,5-trihydroxyamphetamine but not by 2-hydroxy-4,5-methylenedioxymethamphetamine or 2-hydroxy-4,5-methylenedioxyamphetamine.  Eur. J. Pharm. 221 (1992) 281-288.

Anderson, F.L., Port, D., Reid, B., Hanson, G.R., Kralios, A., Hershberger, R. and Bristow, M.:  Effect of therapeutic dopamine administration on myocardial catecholamine and neuropeptide Y concentrations in the failing ventricles of patients with idiopathic dilated cardiomyopathy.  J. Cardiac Pharmacology 20 (1992) 800-804.

Midgley, L.P., Bush, L.G., Gibb, J.W. and Hanson, G.R.:  Characterization of phencyclidine-induced effects on neuropeptide Y systems in the rat caudate-putamen.  Brain Research 593 (1992) 89-96.

Hanson, G.R., Bunker, C., Johnson, M., Bush, L. and Gibb, J.W.:  Response of monoaminergic and neuropeptide systems to 4-methylaminorex: a new stimulant of abuse.  Eur. J. Pharm. 218 (1992) 287-293.

Johnson, M., Elayan, I., Hanson, G.R., Foltz, R.L., Gibb, J.W. and Lim, H.K.:  Effects of 3,4-dihydroxymethamphetamine and 2,4,5-trihydroxymethamphetamine, two metabolites of 3,4-methylenedioxymethamphetamine, on central serotonergic and dopaminergic systems.  J. Pharmacol. Exp. Ther. 261 (1992) 447-453.

Johnson, M., Mitros, K., Stone, D.M., Zobrist, R., Hanson, G.R. and Gibb, J.W.:  Effect of flunarizine and nimodipine on the decrease in tryptophan hydroxylase activity induced by methamphetamine and 3,4 methylenedioxymethamphetamine.  J. Pharmacol. Exp. Ther. 261 (1992) 586-591.

Singh, N., Bush, L., Gibb, J.W. and Hanson, G.R.:  Role of N-methyl-D-aspartate receptors in D-1, but not D-2, mediated changes in striatal and accumbens neurotensin systems.  Brain Res. 571 (1992) 260-264.

Anderson, F., Kralios, A. C., Hershberger, R., Hanson, G.R., and Bristow, M.R.:  Vasoactive intestinal peptide in the canine heart: Effect of total cardiac denervation.  American Journal of Physiology. 262 (1992) H598-H602.

Alburges, M., Hanson, G.R., Gibb, J.W., Sakashita, C.O. and Rollins, D.E.:  Fentanyl receptor assay: II. Utilization of a radioreceptor assay for the analysis of fentanyl analogs in urine.  J. Analytical Tox. 16 (1992) 36-41.

Anderson, F.L., Port, D.J., Reid, B.R., Larrabee, P., Hanson, G.R. and Bristow, M.R.:  Myocardial catecholamines and neuropeptide Y depletion in the foiling ventricles of patients with idiopathic dilated cardiomyopathy correlation with ß adrenergic receptor down regulation.  Circulation. 85 (1992) 46.

Alburges, M., Hanson, G.R., Gibb, J.W., Sakashita, C.O. and Rollins, D.E.:  Fentanyl receptor assay: I. Development of a radioreceptor assay for analysis of fentanyl and fentanyl analogs in urine.  J. Analytical Tox. 15 (1991) 311-318.

Hanson, G.R. Singh, N., Bush, L. and Gibb, J.W.:  Response of extrapyramidal and limbic neuropeptides to fenfluramine administration: Comparison with methamphetamine.  J. Pharmacol. Exp. Ther. 259 (1991) 1197-1202.

Singh, N., Midgley, L., Bush, L., Gibb, J.W. and Hanson, G.R.:  N-methyl-D-aspartate receptors mediate dopamine-induced changes in extrapyramidal and limbic dynorphin systems.  Brain Research 555 (1991) 233-238.

Johnson, M., Hanson, G.R. and Gibb, J.W.:  Norepinephrine does not contribute to methamphetamine-induced changes in hippocampal serotonergic systems.  Neuropharmacol. 30 (1991) 617-622.

Johnson, M., Bush, L.G., Gibb, J.W. and Hanson, G.R.:  Blockade of the 3,4-methylene-dioxymethamphetamine-induced changes in neurotensin and dynorphin A systems.  Eur. J. Pharmacol. 193 (1991) 367-370.

Johnson, M., Bush, L., Gibb, J.W. and Hanson, G.R.:  Role of NMDA receptors in the response of extrapyramidal neurotensin and dynorphin A systems to cocaine and GBR 12909.  Biochem. Pharm. 41 (1991) 649-652.

Merchant, K.M., Bush, L.G., Gibb, J.W. and Hanson, G.R.:  Neurotensin-dopamine interactions in the substantia nigra of the rat brain.  J. Pharmacol. Exp. Ther. 255 (1990) 775-780.

Singh, N., Bush, L., Gibb, J.W. and Hanson, G.R.:  Dopamine-mediated changes in CNS neurotensin systems: A role for N-methyl-D-aspartate receptors.  Eur. J. Pharmacol. 187 (1990) 337-344.

Alburges, M., Hanson, G.R. and Gibb, J.W.:  Role of methamphetamine metabolism in the development of CNS tolerance to the drug.  Clinical Investigation (Investigación Clínica: Venezuela), 34 (4): 165-176, 1990.

Smiley, P., Johnson, M., Bush, L., Gibb, J.W. and Hanson, G.R.:  Effects of cocaine on extrapyramidal and limbic dynorphin systems.  J. Pharmacol. & Exp. Ther. 253 (1990) 938-943.

Bunker, C., Johnson, M., Gibb, J.W., Bush, L. and Hanson, G.R.: Neurochemical effects of an acute treatment with 4-methylaminorex (4-MAX): A new stimulant of abuse.  Eur. J. Pharmacol. 180 (1990) 103-111.

Hanson, G.R., Sonsalla, P., Letter, A., Merchant, K.M., Johnson, M., Bush, L. and Gibb, J.W.: Effects of amphetamine analogs on CNS neuropeptide systems. NIDA Research Monograph for Technical Review Meeting on "Pharmacology and Toxicology of Amphetamine and Related Designer Drugs", Vol. 94, 1989, pp. 259-269.

Gibb, J.W., Stone, D.M., Johnson, M. and Hanson, G.R.: Role of dopamine in the neurotoxicity induced by amphetamines and related designer drugs. NIDA Research Monograph in "A Technical Review on Pharmacology and Toxicology of Amphetamine and Related Designer Drugs", Vol. 94, 1989, pp. 161-177.

Johnson, M., Hanson, G.R. and Gibb, J.W.: Characterization of acute MDE action on central serotonergic system. Biochem. Pharm. 38 (1989) 4333-4338.

Matsuda, L.A., Hanson, G.R. and Gibb, J.W.: Neurochemical effects of amphetamine metabolites on central dopaminergic and serotonergic systems, J. Pharmacol. Exp. Ther. 251 (1989) 901-908.

Stone, D.M., Johnson, M., Hanson, G.R. and Gibb, J.W.: Acute inactivation of tryptophan hydroxylase by amphetamine analogs involves the oxidation of sulfhydryl sites. Eur. J. Pharm. 172 (1989) 93-97.

Merchant, K.M., Bush, L., Gibb, J.W. and Hanson, G.R.: Dopamine $D_2$ receptors exert tonic regulation over discrete neurotensin systems of the rat brain. Brain Research 500 (1989) 21-29.

Johnson, M., Stone, D., Bush, L., Hanson, G. and Gibb, J.: Glucocorticoids and 3,4-methylenedioxymethamphetamine (MDMA)-induced toxicity, Eur. J. Pharm. 161 (1989) 181-188.

Merchant, K.M., Gibb, J.W. and Hanson, G.R.: Role of dopamine $D_1$ and $D_2$ receptors in the regulation of neurotensin systems of the neostriatum and the nucleus accumbens, Eur. J. Pharmacol. 160 (1989) 409-412.

Hanson, G.R., Smiley, P., Johnson, M., Bush, L. and Gibb, J.W.: Response by the neurotensin systems of the basal ganglia to cocaine treatment, Eur. J. Pharmacol. 160 (1989) 23-30.

Stone, D.M., Hanson, G.R. and Gibb, J.W.: In vitro reactivation of rat cortical tryptophan hydroxylase following in vivo inactivation by methylenedioxymethamphetamine, J. Neurochem. 53 (1989) 572-581.

Johnson, M., Hanson, G.R. and Gibb, J.W.: Effect of MK-801 on the decrease in tryptophan hydroxylase induced by methamphetamine and its methylenedioxy analog. Eur. J. Pharm. 165 (1989) 315-318.

Fidone, S.J., Gonzalez, C., Dinger, B.G. and Hanson, G.R.: Mechanisms of Chemotransmission in the mammalian carotid body. Progress in Brain Research 74 (1988) 169-180.

Hanson, G.R., Merchant, K., Letter, A.A. and Gibb, J.W.: Characterization of methamphetamine effects on the striatal-nigral dynorphin system, Eur. J. Pharmacol. 155 (1988) 11-18.

Johnson, M., Hanson, G.R. and Gibb, J.W.: Effects of dopaminergic and serotonergic blockade on neurochemical changes induced by acute administration of amphetamine analogs, Neuropharmacology 27 (1988) 1089-1096.

Stone, D., Johnson, M., Hanson, G.R. and Gibb, J.W.: Role of endogenous dopamine in the central serotonergic deficits induced by 3,4-methylenedioxymethamphetamine (MDMA). J. Pharmacol. Exp. Ther. 247 (1988) 79-87.

Matsuda, L., Schmidt, C., Gibb, J.W. and Hanson, G.R.: Effects of methamphetamine on monoaminergic systems in normal and ascorbic acid-deficient guinea pigs, Biochem. Pharmacol. 37 (1988) 3477-3484.

Merchant, K., Letter, A., Gibb, J.W. and Hanson, G.R.: Changes in the limbic neurotensin systems induced by dopaminergic drugs, Eur. J. Pharm. 153 (1988) 1-9.

Johnson, M., Letter, A., Merchant, K., Hanson, G.R. and Gibb, J.: Effects of toxic doses of 3,4-methylenedioxyamphetamine (MDA) and 3,4-methylenedioxymethamphetamine (MDMA) isomers on the central serotonergic and dopaminergic systems of the rat, J. Pharmacol. Exp. Ther. 244 (1988) 977-982.

Stone, D., Merchant, K.M., Hanson, G.R. and Gibb, J.W.: Immediate and long-term effects of 3,4-methylenedioxymethamphetamine (MDMA) on serotonin pathways in rat brain, Neuropharmacol. 26 (1987) 1677-1683.

McCabe, T., Hanson, G.R., Dawson, T., Wamsley, J. and Gibb, J.W.: Methamphetamine-induced reduction in $D_1$ and $D_2$ receptors as evidenced by autoradiography: comparison with tyrosine hydroxylase activity, Neuroscience 23 (1987) 253-261.

Johnson, M., Hanson, G.R. and Gibb, J.W.: Effects of N-ethyl-3,4-methylenedioxyamphetamine (MDE) on central serotonergic and dopaminergic systems of the rat, Biochem. Pharmacol. 36 (1987) 4085-4093.

McCabe, R.T., Gibb, J.W., Wamsley, J.K. and Hanson, G.R.: Autoradiographic analysis of muscarinic cholinergic and serotonergic receptor alterations following methamphetamine treatment, Brain Res. Bulletin. 19 (1987) 551-557.

Hanson, G.R., Matsuda, L.A. and Gibb, J.W.: Neurochemical basis for cocaine and methamphetamine interactions. NIDA Research Monograph in Problems of Drug Dependence, 1987, Proceedings of the 49th Annual Scientific Meeting, Committee on Problems of Drug Dependence, 94-100.

Stone, D., Hanson, G.R. and Gibb, J.W.: Differences in the central serotonergic effects of methylenedioxymethamphetamine (MDMA) in mice and rats, Neuropharmacology. 26 (1987) 1657-1661.

Hanson, G.R., Merchant, K.M., Letter, A.A., Bush, L. and Gibb, J.W.: Methamphetamine-induced changes in the striatal-nigral dynorphin system: Role of $D_1$ and $D_2$ receptors, Eur. J. Pharmacol. 144 (1987) 245-246.

Hanson, G.R., Matsuda, L.A. and Gibb, J.W.: Effects of cocaine on methamphetamine-induced neurochemical effects: characterization of cocaine as a monoamine uptake blocker, J. Pharmacol. Exp. Ther. 242 (1987) 507-513.

Letter, A.A., Merchant, K.M., Gibb, J.W. and Hanson, G.R.:  Effects of methamphetamine on neurotensin concentrations in rat brain regions, J. Pharmacol. Exp. Ther. 241 (1987) 443-447.

Letter, A.A., Matsuda, L.A, Merchant, K.M., Gibb, J.W. and Hanson, G.R.:  Characterization of dopaminergic influence on striatal-nigral neurotensin systems, Brain Res. 422 (1987) 200-203.

Merchant, K.M., Letter, A.A., Johnson, M., Stone, D.M., Gibb, J.W. and Hanson, G.R.:  Effects of amphetamine-like designer drugs on neurotensin systems in the rat brain, Eur. J. Pharmacol. 138 (1987) 151-154.

Johnson, M., Stone, D.M., Hanson, G.R. and Gibb, J.W.:  Role of the dopaminergic nigrostriatal pathway in methamphetamine-induced depression of the neostriatal serotonergic system, Eur. J. Pharmacol. l35 (1987) 231-234.

Matsuda, L., Schmidt, C., Gibb, J.W. and Hanson, G.R.:  Ascorbic acid-deficiency alters central effects of methamphetamine, Brain Research 400 (1987) 176-180.

Stone, D., Johnson, M., Hanson, G. and Gibb, J.W.:  A comparison of the neurotoxic potential of methylenedioxyamphetamine (MDA) and its N-methylated and N-ethylated derivatives.  Eur. J. Pharmacol. 134 (1987) 245-248.

Gibb, J.W., Stone, D.M., Stahl, D.C. and Hanson, G.R.:  The effects of amphetamine-like designer drugs on monoaminergic systems in rat brain.  NIDA Research Monograph in Problems of Drug Dependence, 1986, Proceedings of the 48th Annual Scientific Meeting, Committee on Problems of Drug Dependence, pp. 316-321.

Hanson, G.R., Letter, A., Merchant, K. and Gibb, J.W.:  Comparison of responses by substance P and neurokinin A systems to methamphetamine treatment, Peptides 7 (1986) 983-987.

Sonsalla, P., Gibb, J. and Hanson, G.R.:  Nigrostriatal dopamine actions on $D_2$ receptors mediate methamphetamine effects on the striatonigral substance P system, Neuropharmacology 25 (1986) 1221-1230.

Hanson, G.R., Jones, L. and Fidone, S.:  The actions of a chemoreceptor stimulus on carotid body peptides, Peptides 7 (1986) 767-769.

Stone, D.M., Stahl, D.C., Hanson, G.R. and Gibb, J.W.:  The effects of MDMA (ecstasy) and MDA on monoaminergic systems in the rat brain, Eur. J. Pharmacol. 128 (1986) 41-48.

Hanson, G.R., Ritter, J.K., Schmidt, C.J. and Gibb, J.W.:  Response of mesolimbic substance P systems to methamphetamine treatment, Eur. J. Pharmacol. 128 (1986) 265-268.

Sonsalla, P.K., Gibb, J.W. and Hanson, G.R.:  The roles of $D_1$ and $D_2$ dopamine receptor subtypes in mediating the methamphetamine-induced changes in monoamine systems, J. Pharmacol. Exp. Ther. 238 (1986) 932-937.

Matsuda, L., Schmidt, C., Hanson, G.R., and Gibb, J.:  Effect of 1-methyl-4-phenyl-1,2,3,6-tetrahydropyridine (1-MPTP) on rat striatal tyrosine and tryptophan hydroxylase, Neuropharmacology 25 (1986) 249-255.

Hanson, G.R., Jones, L. and Fidone, S.: Effects of hypoxia on neuropeptide levels in the rabbit superior cervical ganglia, Journal of Neurobiology 17 (1986) 51-54.

Ritter, J.R., Schmidt, C.J., Gibb, J.W. and Hanson, G.R.: Dopamine-mediated increases in nigral substance P-like immunoreactivity, Biochem. Pharmacol. 34 (1985) 3161-3166.

Schmidt, C.J., Gehlert, D., Peat, M., Sonsalla, P., Hanson, G.R. Wamsley, J. and Gibb, J.W.: Studies on the mechanism of tolerance to methamphetamine, Br. Research 343 (1985) 305-313.

Schmidt, C.J., Sonsalla, P., Hanson, G.R., Peat, M. and Gibb, J.W.: Methamphetamine-induced depression of monoamine synthesis in the rat: Development of tolerance, J. Neurochem. 44 (1985) 852-855.

Ritter, J.R., Gehlert, D., Gibb, J.W., Wamsley, J. and Hanson, G.R.: Neuronal localization of substance P receptors in rat neostriatum, Eur. J. Pharmacol. 109 (1985) 431-432.

Schmidt, C.J., Ritter, J.R., Sonsalla, P., Hanson, G.R. and Gibb, J.W.: The role of dopamine in the neurotoxic effects of methamphetamine, J. Pharmacol. Exp. Ther. 233 (1985) 539-544.

Sonsalla, P., Gibb, J. and Hanson, G.: Opposite responses in the striatonigral substance P system to $D_1$ and $D_2$ receptor activation, Eur. J. Pharmacol. 105, (1984) 185-187.

Ritter, J.K., Schmidt, C.J, Gibb, J.W. and Hanson, G.R.: Increases of substance P-like immunoreactivity within striatal-nigral structures following subacute methamphetamine treatment. J. Pharmacol. Exp. Ther. 229 (1984) 487-492.

Partlow, L., Hanson, G. and Iversen, P.: Regulation of the proliferation of embryonic chick leptomeningeal cells in vitro by both contact inhibition and co-culture with CNS neurons. J. Neuroscience Research 8 (1982) 523-534.

Hanson, G.R., Iversen, P.L. and Partlow, L.M.: Neuronal stimulation of non-neuronal (glial) cell proliferation: lack of specificity between different regions of the nervous system. Developmental Brain Research 3 (1982) 547-555.

Hanson, G.R., Iversen, P.L. and Partlow, L.M.: Preparation and partial characterization of highly purified primary cultures of neurons and non-neuronal (glial) cells from embryonic chick cerebral hemispheres and other regions of the nervous system. Developmental Brain Research 3 (1982) 529-545.

Hanson, G.R., Alphs, L., Wolf, W., Levine, R. and Lovenberg, W.: Haloperidol-induced reduction of nigral substance P-like immunoreactivity: A probe of the interaction between dopamine and substance P neuronal systems. J. Pharmacol. Exp. Ther. 218 (1981) 568-574.

Hanson, G.R., Alphs, L., Pradhan, S. and Lovenberg, W.: Response of striatonigral substance P systems to a dopamine receptor agonist and antagonist. Neuropharmacology 20 (1981) 541-548.

Pradhan, S., Hanson, G.R. and Lovenberg, W.:  Inverse changes of substance P-like immunoreactivity in dorsal raphe and serotonin levels in pons medulla following administration of cocaine and 5-hydroxytryptophan.  <u>Biochemical Pharmacology</u> 30 (1981) 1071-1076.

Hanson, G.R. and Lovenberg, W.:  Elevation of substance P-like immunoreactivity in rat central nervous system by protease inhibitors.  <u>J. Neurochem</u>. 36 (1980) 1370-1374.

Hanson, G.R. and Partlow, L.M.:  A comparison of two factors affecting the proliferation of non-neuronal (glial) cells <u>in vitro</u>.  <u>Brain Research</u> 192 (1980) 371-381.

Hanson, G.R. and Partlow, L.M.:  Stimulations of non-neuronal cell proliferation in vitro by mitogenic factors present in highly purified sympathetic neurons. <u>Brain Research</u> 159 (1978) 195-210.

**Book Chapters** (29 total)


Hanson, G.R. and Fleckenstein, A.E.: Basic Neuropharmacological Mechanisms of Methamphetamine. In: Methamphetamine Addiction, Chapter 3 (2009) edited by Roll, Rawson, Ling, and Shoptaw. Published by Guilford Publications, Inc, New York, NY. Pp.30-60.

Elkashef, A., Vocci, F., Hanson, G.R., White, J., Wickes, W. and Tiihonen, J.: Pharmacotherapy of Methamphetamine Addiction: An Update. In: Substance Abuse  vol. 29 (2008) pp 31-

Riddle, E.L., Fleckenstein, A.E. and Hanson, G.R. Role of Monoamine Transporters in Mediating Psychostimulant Effects. In: Drug Addiction, From Basic Research to Therapy. Editors: Rao Rapaka and Wolfgang Sadee. Springer, AAPS Press (2008) pp. 169-178.

Hanson, G.R.:  Analgesics, Antipyretics and Anti-inflammatory Drugs.  In: Remington: The Science and Practice of Pharmacy, 19th Edition.  Editorial Chairman, Alfonso Gennaro.  Williams and Wilkens Publishing (2001).

Hanson, G.R.:  Uterine and Antimigraine Drugs.  In: Remington: The Science and Practice of Pharmacy, 19th Edition.  Editorial Chairman, Alfonso Gennaro.  Williams and Wilkens Publishing. (2001).

Hanson, G.R.:  Local Anesthetics.  In: Remington: The Science and Practice of Pharmacy, 19th Edition.  Editorial Chairman, Alfonso Gennaro.  Williams and Wilkens Publishing (2001).

Fleckenstein, A.E. and Hanson, G.R.: Dopamine and Oxidative Consequennces: Dopamine and Oxidative Consequences: The Methamphetamine Model. In: The Role of Catechol Quinone Species in Cellular Toxicity. F.P. Graham Publishers. Edited by Robert Creveling (2000) pp. 91-102.

Hanson, G.R., Wagstaff, J.D., Merchant, K. and Gibb, J.W.:  Psychostimulents and neuropeptide response.  In: Catecholamines Bridging Basic Science with Clinical Medicine.  Editors, David Goldstein, Graeme Eisenhofer and Richard McCarty. Academic Press, San Diego (1998), pp.1014-1016.

Hanson, G.R.: Respiratory Drugs.  In: Remington: The Science and Practice of Pharmacy, 19th Edition. Editorial Chairman, Alfonso Gennaro.  Mack Publishing Co., Easton, Penn. (1995), pp. 971-980.

Hanson, G.R.:  Diuretic Drugs.  In: Remington: The Science and Practice of Pharmacy, 19th Edition. Editorial Chairman, Alfonso Gennaro.  Mack Publishing Co., Easton, Penn. (1995), pp. 1039-1051.

Hanson, G.R.:  Uterine and Antimigraine Drugs.  In: Remington: The Science and Practice of Pharmacy, 19th Edition.  Editorial Chairman, Alfonso Gennaro.  Mack Publishing Co., Easton, Penn. (1995), pp. 1052-1056.

Hanson, G.R.:  Local Anesthetics.  In: Remington: The Science and Practice of Pharmacy, 19th Edition.  Editorial Chairman, Alfonso Gennaro.  Mack Publishing Co., Easton, Penn. (1995), pp. 1146-1153.

Hanson, G.R.: Sedative and Hypnotic Drugs. In: Remington: The Science and Practice of Pharmacy, 19th Edition. Editorial Chairman, Alfonso Gennaro. Mack Publishing Co., Easton, Penn. (1995), pp. 1154-1170.

Hanson, G.R.: Analgesics, Antipyretics and Anti-inflammatory Drugs. In: Remington: The Science and Practice of Pharmacy, 19th Edition. Editorial Chairman, Alfonso Gennaro. Mack Publishing Co., Easton, Penn. (1995), pp. 1196-1221.

Tolman, K.G., White, H.S. and Hanson, G.R.: Diseases: Manifestations and Pathophysiology. In: Remington: The Science and Practice of Pharmacy, 19th Edition. Editorial Chairman, Alfonso Gennaro. Mack Publishing Co., Easton, Penn. (1995), pp. 655-696.

Gibb, J.W., Hanson, G.R. and Johnson, M.: Neurochemical mechanisms of toxicity. III Toxicology. In: Amphetamine and Its Analogs: Neuropsychopharmacology, Toxicology and Abuse: ed.: A.K. Cho and D.S. Segal (1994) pp. 269-295.

Johnson, M., Bush, L., Midgley, L., Gibb, J.W. and Hanson, G.R.: MK-801 blocks the changes in neurotensin concentrations induced by methamphetamine, 3,4-methylenedioxymethamphetamine, cocaine, and GBR 12909. The Neurobiology of Neurotensin, Vol. 668, New York Academy of Science Annals (1992), pp. 350-352.

Hanson, G.R., Singh, N., Merchant, K., Johnson, M., Bush, L. and Gibb, J.W.: Responses of limbic and extrapyramidal neurotensin systems to stimulants of abuse: Involvement of dopaminergic mechanisms. The Neurobiology of Neurotensin, Vol. 668. New York Academy of Science Annals (1992) pp. 165-172.

Johnson, M., Mitros, K., Hanson, G.R. and Gibb, J.W.: Effects of MK801, flunarizine and nimodipine on the methamphetamine- and 3,4-methylenedioxymethamphetamine-induced decline in tryptophan hydroxylase activity. Excitatory Amino Acids. Ed. by B.S. Meldrum, Raven Press, New York, (1991), pp. 717-721.

Gibb, J.W., Johnson, M., Stone, D. and Hanson, G.R.: MDMA: Historical Perspectives. In: The Neuropharmacology of Serotonin (Editors: P.M. Whitaker-Azmitia and S.J. Peroutka). Annals of the New York Academy of Sciences, vol. 600 (1990) pp. 601-612.

Gibb, J.W., Johnson, M. and Hanson, G.R., Neurochemical basis of neurotoxicity, Neurotoxicology 11 (1990) 317-322.

Hanson, G.R., Merchant, K.M., Johnson, M., Letter, A.A., Bush, L. and Gibb, J.W.: Effect of MDMA-like drugs on CNS neuropeptide systems; In: Ecstasy: The Clinical, Pharmacological and Neurotoxicological Effects of the Drug MDMA, Edited by Stephen Peroutka, Kluwar Academic Pub; Boston, MA, (1989) pp 213-224.

Gibb, J.W., Stone, D., Johnson, M. and Hanson, G.R.: Neurochemical effects of MDMA; In: Ecstasy: The Clinical, Pharmacological and Neurotoxicological Effect of the Drug MDMA, Edited by Stephen Peroutka, Kluwer Academic Pub., Boston, MA, (1989) pp. 133-150.

Fidone, S., Gonzalez, C., Dinger, B., Obeso, A., Almaraz, L., Yoshizaki, K., Rigual, R. and Hanson, G.R.: Transmitter interactions in peripheral arterial chemoreceptors, In: <u>Chemoreceptors and Reflexes in Breathing</u>; Ed. S. Lahiri et. al., Oxford University Press, New York, (1989) pp. 85-98.

Hanson, G.R., Gonzalez, C., Obeso, A., Dinger, B. and Fidone, S.: In: <u>Chemoreceptors and Reflexes in Breathing</u>, Ed. S. Lahiri, et. al., Oxford University Press, New York, (1989) pp. 37-43.

Gibb, J.W., Johnson, M., Stone, D. and Hanson, G.R.: Plasticity of catecholamine neurons after administration of toxic doses of amphetamine congeners, <u>Progress in Catecholamine Research. Part B: Central Aspects</u>, Editors: Merton Sandler, Annica Dahlstrom and R.H. Belmaker, Alan Liss Inc., N.Y. (1988) 463-467.

Alburges, M.E., Hanson, G.R., Gibb, J.W., Sakashita, C.O. and Rollins, D.E.: Radioreceptor assay to measure fentanyl and fentanyl-analogs in XXIV International Proceedings of the <u>International Association of Forensic Toxicologists. Banff, Canada</u>, (1987) 206-212.

Hanson, G.R., Jones, L.F. and Fidone, S.J.: Regulation of neuropeptide levels in autonomic sensory receptors and ganglia. In: <u>Chemoreceptors in Respiratory Control</u>, Ed. by Dave Pallot and Alex Ribeiro. Croom Helm Publishing, London & Sydney (1987) pp 169-179.

Matsuda, L.A., Sonsalla, P.K., Schmidt, C.J., Hanson, G.R. and Gibb. J.W.: Effect of neuroleptic agents on MPTP-induced decreases of striatal tyrosine hydroxylase activity. In: <u>MPTP: A Neurotoxin Producing a Parkinsonian Syndrome</u>; edited by S.P. Markey, N. Castagnoli Jr., A.J. Trevor and I.J. Kopin. (1986) pp. 437-441.

**Abstracts** (337 total)

Duarte, L., Hanson, GR, Mower, K., Pinzon, L., Trump, B., Koduri, S., Bruett, C. , Smith, K., Meeks, H. Dental-Care Improves Substance Use Disorder Treatment Outcomes Independent of Gender. IADR, Vancouver, Canada (2019).

Bruett, C., Hanson, G.R., McMillen, S., Duarte, L., Koduri, S., Pinzon, L., Warthen, M., Smith, K., Meeks, H., and Trump, B. Comprehensive Oral Healthcare Improves Treatment Outcomes in Substance Use Disorder Patients. IADR, Vancouver, Canada (2019)

Hanson, GR, McFadden, L., Vieira-Brock, P, Fleckenstein, A, and Curtin, K. "Broadening the dimensions of methamphetamine preclinical studies; Links with Parkinson's disease. 4th SPSAAR/5th IDARS Conference. Sydney Australia. August 20, 2015, Ref. #33.

Hanson, G.R. "Broadening the Dimensions of Methamphetamine Preclinical Studies." Society of Neuroendocrine Pharmacology Meeting. Miami, FL, April 25, 2015.

Vieira-Brock, P.L., Mcfadden, L., McIntosh, M., Hanson, G.R., Fleckenstein, A.E. "Nicotine, Methamphetamine-induced dopaminergic Deficits, and the Impact on alpha4beta2 and alpha6 and beta 2 nicotinic receptors. ASPET, Boston, MA (April 1, 2015)

Pittenger, S.T., Smith, M.D., Hoonakker, A., Hanson, G.R., Fleckenstein, A.E., and Bevins, R.A.: Investigation of Sex Differences in neurotensin and Substance P Following Nicotine Self-Administration. ASPET, Boston, MA (April 1, 2015) W310.

Fleckenstein, A.E., Keefe, K.A., German, C.L., Hoonakker, A.K., Friend, D.M., Carver, A.S., and Hanson, G.R. Identification of a novel change in the dopamine transporter induced by a repeated, high-dose regimen of methamphetamine. ASPET, Boston, MA (March 29, 2015) 42.08.

Baladi, M.G., Hanson, G.R., Fleckenstein, A.E. Prior nicotine self-administration attenuates dopaminergic deficits induced by subsequent high-dose methamphetamine. Soc. For Neuro. Washington DC, (Nov. 15, 2014) 55.04.

Viera-Brock, P. L., McFadden, L.M., Nielsen, S., Hanson, G.R., and Fleckenstein, A.E. Age-dependent effects of nicotine pretreatment on methamphetamine-induced dopaminergic deficits: role of alpha6 nicotinic receptor subtypes. (Nov. 15, 2014) 55.08.

German, C.L., Gudheti, M., Hanson, G.R., Jorgensen, E., Fleckenstein, A.E. Super-resolution assessment of methamphetamine altered VMAT2 presynaptic terminal distribution. (Nov. 15, 2014) 55.15.

Fleckenstein, A.E., Hoonakker, A., Hanson, G.R. and German, C. Mephedrone alters basal ganglia and limbic dynorphin systems. (Nov. 19, 2014) 809.10.

Hanson, G.R., Fleckenstein, A.E., and Curtin, K. Dependence on amphetamines increases Parkinson's disease: effect of gender. CPDD 2014, San Juan, Puerto Rico, June 16, 2014, #1916107.

Smith, M. Fleckenstein, A.E., and Hanson, G.R.: Differential contributions of the two cell surface G-protein coupled neurotensin (NT) receptors (NTr1 and NTr2) in open field accommodation. ASPET, April 28, 2014, San Diego, CA #6237.

German, C.L., Gudheti, M.V., Hanson, G.R., Jorgensen, E.M., Fleckenstein, A.E. Super-resolution evaluation of stimulant-induced changes in VMAT2 subcellular distribution.  Soc. For Neuro. San Diego (Nov. 9-13,2013) 157.06.

Vieira-Brock, P.L., McFadden, L.M., Hanson, G.R., and Fleckenstein, A.E. Nicotine administration attenuates the object recognition deficits caused by methamphetamine in rats. Soc. For Neuro. San Diego (Nov. 9-13,2013)157.10.

Baladi, M.G., Newman, A.H., Nielsen, S.M., Hanson, G.R., and Fleckenstein, A.E. Dopamine D3 receptors and the long-lasting effects of methamphetamine on monoaminergic systems. Soc. For Neuro. San Diego (Nov. 9-13,2013) 157.13.

McFadden, L.M., Hanson, G.R., and Fleckenstein, A.E. Methamphetamine self-administration attenuates hippocampal serotonergic deficits: Role of brain derived neurotrophic factor. Soc. For Neuro. San Diego (Nov. 9-13,2013) 820.02.

Hanson, G.R., Hoonakker, A.J., Fleckenstein, A.E., and German, C.L. Mephedrone alters basal ganglia and limbic neurotensin systems. Soc. For Neuro. San Diego (Nov. 9-13,2013) 817.08.

Hanson, G.R., Hoonakker, A.J., Robson, C., McFadden, L.M., Frankel, P.S., and Alburges, M.E. "Role of endogenous neurotensin (NT) systems in extinction of operant behavior associated with methamphetamine (METH) or food self-administration. IDARS 4th Annual Conference, Mexico City, Mexico, April 15-19, 2013.

McFadden, LM, Vieira-Brock, P, Muehle, J, Hanson, GR, Fleckenstein. Prior methamphetamine self-administration attenuates cortical serotonergic deficits induced by subsequent high-dose methamphetamine treatment regimen. Soc. for Neuro. New Orleans (Oct. 16, 2012) 562.02.

Alburges, M., Hoonakker, A., Cordova, N, Robson, C, Hanson, GR. Low doses of methamphetamine cuased changes on basal ganglia neurotensin and substance P systems. Soc. for Neuro. New Orleans (Oct. 16, 2012) 562.07.

McFadden, LM, SC Allen, JD Ellis, AJ Hoonakker, JW Gibb, GR Hanson, and AE Fleckenstein. Methamphetamine self-administration in rats attenuates deficits induced by a subsequent repeated high-dose methamphetamine treatment. Soc. for Neuroscience, Washington D.C. (Nov. 12, 2011) 372.06.

Gibb, J.W., Webb, K., McFadden, L. Hoonakker, A., Vieira-Brock, P., Stout, K., Sawada, N., Ellis, J., Allen, S. Nielsen, S., Alburges, M., Wilkins, D., Hanson, G.R., Fleckenstein, A. Methamphetamine treatment during development attenuates the serotonergic deficits caused by subsequent high-dose methamphetamine administration. Soc. For Neuroscience, Washington D.C. (Nov. 12, 2011) 372.08.

Alburges, M., Hadlock, G., Conrad, K., Hanson, G.R., Fleckenstein, A. Methamphetamine-induced persistent dopaminergic deficits and vesicular monoaminergic transporter-2 trafficking. Soc. For Neuroscience, Washington D.C. (Nov. 12, 2011) 372.08.

Hanson, GR., McFadden, LM, SC Allen, JD Ellis, Pl Vieria-Brock, KA Stout, AJ Hoonakker, DM Andrenyak, SM Nielsen, JW Gibb, DG Wilkins, AE Fleckenstein. The behavioral and neurochemical effects of methamphetamine self-administration in rodents: A dose response study. Soc. for Neuroscience, Washington D.C. (Nov. 12, 2011) 797.17.

Webb, KM, LM McFadden, AJ Hoonakker, PL Vieira-Brock, KA Stout, NM Sawada, JD Ellis, SC Allen, SM Nielsen, JW Gibb, ME Alburges, DG Wilkins, GR Hanson, AE Fleckenstein. Methamphetamine treatment during development attenuates the serotonergic deficits caused by subsequent high-dose methamphetamine administration. Soc. For Neuroscience, Washington D.C. (Nov. 12, 2011)

Hadlock, GC, LM McFadden, PW Chu, KM Webb, JD Ellis, SC Allen, JW Gibb, GR Hanson, and AE Fleckenstein. Potential Abuse Liability of 4-methylmethcathinone (mephedrone). Soc. for Neuroscience, Washington D.C. (Nov. 12, 2011).

Fleckenstein, A.E., Hadlock, G., Webb, K., McFadden, L., German, C., Nielsen, S., Conrad, K., Andrenyak, D., Gibb, J., Wilkins, D., Hanson, G.R. Neurotoxic potential of multiple high-dose injections of 4-methylmethcathinone (mephedrone). Soc. for Neuroscience, Washington D.C. (Nov. 12, 2011) 690.09.

Hadlock GC, KM Webb, KC Conrad, JW Gibb, SM Nielsen, DM Andrenyak, DG Wilkins, GR Hanson, AE Fleckenstein. Neurotoxic potential of multiple, high-dose injections of 4-methylmethcathinone (mephedrone). Soc. for Neuroscience, Washington D.C. (Nov. 12, 2011) 690.10.

German CL, GR Hanson and AE Fleckenstein. Amphetamine and dopamine transporter localization: Lack of evidence for transporter relocation after in vivo treatment. Soc. For Neuroscience, Washington D.C. (Nov. 12, 2011) 444.09.

Hanson, G.R., Hoonakker, Alburges, M.E., and Frankel, P.S.: Differential roles of endogenous NT systems in the extinction, maintenance and reinstatement of METH self-administration. IDARS, August 2011, Istanbul Turkey.

Vieira-Brock, PL, Stout KA, Hoonakker AJ, Chu P-W, Walters ET, McDougal J, McFadden LM, Wilkins DG, Hanson GR, Fleckenstein AE. Nicotine pretreatment attenuates methamphetamine-induced striatal dopaminergic deficits. Soc. for Neuroscience, San Diego, CA. (Nov. 17, 2010) 477.19.

McFadden LA, Hanson GR, Fleckenstein AE. Methamphetamine self-administration leads to persistent dopaminergic deficits. Soc. for Neuroscience, San Diego, CA. (Nov. 17, 2010) 477.16

Mcfadden LA, Hanson GR, Fleckenstein AE. Methamphetamine self-administration leads to acute changes to dopaminergic markers. Soc. for Neuroscience, San Diego, CA. (Nov. 17, 2010) 477.17

Hadlock GC, Chu PW, Hanson GR, Fleckenstein AE. Methamphetamine-induced dopamine transporter complex formation and persistent dopaminergic deficits. Soc. for Neuroscience, San Diego, CA. (Nov. 17, 2010) 546.19

German CL, Hanson GR, Fleckenstein AE. Amphetamine and methamphetamine alter dopamine transporter localization within striatal dopaminergic nerve terminals. Soc. for Neuroscience, San Diego, CA. (Nov. 17, 2010) 546.11.

Alburges, M.E., Hoonakker, A.J., Horner, K.A., Fleckesnstein, A.E., and Hanson, G.R." Effects of methylphenidate on basal ganglia neurotensin systems in a rat model. Soc. for Neuroscience, San Diego, CA (Nov. 17, 2010) 669.26.

Hanson, G.R., Hoonakker, A., Alburges, M.E., McDougall, J., and Frankel, P.: Differential regulation of striatal neurotensin systems by maintenance and extinction of METH self-administration. Soc. for Neuroscience. San Diego, CA, (Nov. 17, 2010) 270.3.

McFadden, L., Brock, P., Stout, K., Nielsen, S., Wilkins, D., Hanson, G.R., and Fleckenstein, A.E.: Contingent methamphetamine administration decreases dopamine and vesicular monoamine-2 transporter function. ASPET, Anaheim, CA, April 24, (2010) 578.4.

Hoonakker, A.J., Brock, P.V., stout, K.A., Sawada, N., Suchy, A., Ellis, J., Allen, S., McFadden, L., Walters, E., Nielsen, S., Gibb, J.W., Alburges, M.E., Wilkiens, D., Hanson, G.R., and Fleckenstein, A.E.: Methamphetamine treatment during development attenuates the dopaminergic deficits caused by subsequent high-dose methamphetamine administration. ASPET, Anaheim, CA, April 24, (2010) 766.5.

Hanson, G.R., Hoonakker, A.J., Alburges, M.E. , McDougall, J.W., Fleckenstein, A.E., and Frankel, P.S.: Mechanism of neurotensin response to methamphetamine self administration. ASPET, Anaheim, CA, April 24, (2010) 765.10.

Chu, P.-W., Sawada, N., Gibb, J.W., Hanson, G.R., and Fleckenstein, A.E.: Methamphetamine-induced alterations in vesicular monoamine transporter-2 function: mechanisms and implications for toxicity. Soc. Neuroscience 39, Chicago (2009) 553.9.

Hadlock, G., Gibb, J.W., Hanson, G.R., and Fleckenstein, A.E.: Methamphetamine-induced dopamine transporter complex formation, microglial activation and neurotoxicity. Soc. Neuroscience 39, Chicago (2009) 544.

Keefe, K.A., Kesner, R., Hanson, G.R., and Riedy, M.D.: Stimulus-response associations formed during cocaine self-administration in response to discrete discriminative stimuli. Soc. Neuroscience 39, Chicago (2009) 553.9.

Fleckenstein, A. E., Hanson, J.E., Birdsall, E., Seferian, K.S., Crosby, M.A., Keefe, K.A., Gibb, J.W., and Hanson, G.R.: Methamphetamine-induced dopaminergic deficits and refreactoriness to subsequent treatment. Soc. Neuroscience 38 (2008) 57.9.

Hadlock, G.C., Baucum, A.J., Chu, P.-W., Gibb, J.W., and Fleckenstein, A.E.: Dopamine D2 receptor mediates methamphetamine-induced alterations in dopamine transporter and vesicular monoamine transporter-2 immunoreativity. Soc. Neuroscience 38 (2008) 57.12.

Alburges, M.E., Frankel, P.S., Hoonakker, A.J., and Hanson, G.R.: Nicotine-inuced chnges in globus pallidus met-enkephalin systems are mediated by nicotinic and dopamine D-2 receptor mechanisms. Soc. Neuroscience 38 (2008) 258.7.

Volz, R., Farnsworth, S.J., Hanson, G.R., and Fleckenstein, A.E.: Muscarinic and D2 receptor activation mediate methylphenidate-induced alterations in vesicular monoamine transporter-2 function. Soc. Neuroscience 38 (2008) 358.1.

Farnsworth, S.J., Volz, T. J., Hanson, G.R., and Fleckenstein, A.E.: Vesicular trafficking mediates cocaine-induced decreases in vesicular dopamine sequestration and exocytotic dopamine release. Soc. Neuroscience 38 (2008) 358.10.

Chu, P.-W., Farnsworth, S.J., Volz, R.J., Gibb, J.W., Hanson, G.R. and Fleckenstein, A.E.: Differential effects of methamphetamine and cocaine on vesicular monoamine transporter-2 in rat striatum. Soc. Neuroscience 38 (2008) 358.7.

Alburges, M.E. and Hanson, G.R.: Cocaine-induced increases in limbic and basal ganglia met-enkephalin content are mediated by a dopaminergic mechanism. CPDD 70th, San Juan, June 14-19, 2008.

Frankel, P., Hoonakker, A. and Hanson, G.R.: Role of contingency in rats self-administering methamphetamine. Soc. Neuroscience 2007, 65.14.

Chu, P., Birdsall, E., Rau, K., Hanson, G.R., and Fleckenstein, A.E.: Differential regional effects of methamphetamine on monoamine transporters in rat striatum and nucleus accumbens. Soc. Neuroscience 2007, 173.7.

Fleckenstein, A.E., Volz, T., Gibb, J. and Hanson, G.R.: Age-dependent differences in dopamine transporter activity and immunoreactivity in adolescent versus young adult rats. Soc. Neuroscience 2007, 249.15.

Riddle, E., King, J., Hadlock, G., Baucum, J., Hanson, G.R. and Fleckenstein, A.E.: Methamphetamine-induced dopamine transporter complexes are attenuated with a dopamine D2 receptor antagonist. Soc. Neuroscience 2007, 249.16.

Alburges, M., Hoonakker, A., and Hanson, G.R.: Effects of nicotine administration on rat brain substance P systems. Soc. Neuroscience 2007, 275.9.

Hadlock, G., Baucum, A., Gibb, J., Parswar, K., Nelson, C., Hanson, G.R. and Fleckenstein, A.E.: Ex vivo determination of protein-protein interactions involving the dopamine transporter. Soc. Neuroscience 2007, 880.10.

Farnsworth, S., Volz, T., King, J., Riddle, E., Hanson, G.R. and Fleckenstein, A.E.: Methylphenidate administration alters vesicular monoamine transporter-2 function: an in vitro model. Soc. Neuroscience 2007, 911.7.

Volz, T., Farnsworth, S., King, J., Riddle, E., Hanson, G.R. and Fleckenstein, A.E.: Methylphenidate administration alters vesicular monoamine transporter-2 activity in cytoplasmic and membrane-associated vesicles. Soc. Neuroscience 2007, 911.13.

Riedy, M., Kesner, R., Hanson, G.R. and Keefe, K.A.: Cue-induced arc mRNA expression in efferent neurons of the dorsal striatum and cue-induced reinstatement of cocaine-seeking behavior. Soc. Neuroscience 2007, 918.4.

Frankel, P., Hoonakker, A., and Hanson, G.R.: Neurotensin response to psychostimulant self-administration. CPDD 69th Annual Meeting, Quebec City, Canada, June 20, 2007, pg. 56.

Volz, T., Hanson, G.R., and Fleckenstein, A.E.: Methylphenidate administration alters vesicular monoamine transporter-2 function in cytoplasmic and membrane-associated vesicles. CPDD 69th Annual meeting, Quebec City, Canada, June 21, 2007, pg. 79.

Sullivan, B., Hanson, G.R., Roget, N. and Woods, W.: A role for cognitive assessments as a predictor of clinical outcomes. . CPDD 69th Annual meeting, Quebec City, Canada, June 20, 2007, pg. 65

Fleckenstein, A.E., Volz, T. and Hanson, G.R.: Methylphenidate-induced alterations in vesicular monoamine transporter-2 function. Dopamine 50 years, Goteborg, Sweden, May 30-June 2, 2007. P0-1.28.

Hanson, G.R., Fleckenstein, A.E. and Gibb, J.W.: The role of VMAT-2 in methamphetamine (METH) effects. Dopamine 50 Years. Goteborg, Sweden, May 30-June 2, 2007. P0-3.44.

Volz, T., Hanson, G.R., and Fleckenstein, A.E.: Kinetic analysis of methylphenidate-induced changes in VMAT-2 function using rotating disk electrode votammetry. ACNP 31 (2006), 153, Hollywood, Florida.

Frankel, P, Alburges, M., Bush, L., Hanson, G.R., and Kish, S.: Cortical alterations in dopamine-related neuropeptides in methamphetamine, cocaine, and heroin users. Soc. Neuroscience 36 (2006) 392.1.

Alburges, M., Frankel, P., Bush, L., Hanson, G.R., and Kish, S.: Alterations in dopamine-related neuropeptides in methamphetamine, cocaine, and heroin users. Soc. Neuroscience 36 (2006) 392.2.

Riddle, E., Chu., P., Hadlock, G., Farnsworth, S., Hanson, G.R., and Fleckenstein, A.E.: Mehtods for determining alterations in the subcellular localization of dopamine signaling molecules in brain tissue after in vivo administration of methamphetamine. Soc. Neuroscience 36 (2006) 391.6.

Baucum, A.J., Riordan, J., Hanson, G.R., and Fleckenstein, A.E.: Effect of reactive species on dopamine transporter complex formation and function. Soc. Neuroscience 36 (2006) 532.7.

Riedy, M., Kesner, R., Hanson, G.R., Daberkow, D., and Keefe, K.: Novelty induced arc expression in striatopallidal and striatonigral efferent neurons. Soc. Neuroscience 36 (2006) 556.7.

Alburges, M., Hoonakker, A., and Hanson, G.R.: Effects of nicotine and mecamylamine administration on neurotensin systems in the rat ventral tegmental area. CPDD 68th, Scottsdale, Arizona, (June 17-22, 2006) pg. 6, 52.

Frankel, P., Alburges, M., Bush, L, Hanson, G.R., and Kish, S.: Neurotensin and metenkephalin levels are altered in several brain regions in methamphetamine addicts. CPDD 68th, Scottsdale, Arizona, (June 17-22, 2006) pg. 57, 101.

Riddle, E., Birdsall, E., Rau, K., King, L., Riordan, J., Keefe, K., Gibb, J., Hanson, G.R., and Fleckenstein, A.E.: Prior exposure to a neurotoxic regimen of methamphetamine reveals the existence of dopaminergic neurons resistant to further effects of methamphetamine treatment. CPDD 68th, Scottsdale, Arizona, (June 17-22, 2006) pg. 68, 21.

Baucum, A.J., Johnson-Davis, K.L., Cook, G.A., Hanson, G.R., and Fleckenstein, A.E.: Methamphetamine-induced dopamine complex formation: A role for reactive oxygen species and dopamine receptors. Neuropsychopharmacol. 30: S132, Supplement 1, Dec. 2005, ACNP 44th meeting

Alburges, M., Frankel, P, Hoonakker, A. and Hanson, G.R.: Effect of low and high doses of cocaine on met-enkephalin systems. Soc. Neuroscience 35 (2005) Washington D.C., 226.1

Hoonakker, A., Frankel, P. and Hanson, G.R.: Effect of low and high doses of cocaine on substance P systems. Soc. Neuroscience 35 (2005) Washington D.C., 226.2

Baucum, A., Hanson, G.R. and Fleckenstein, A.E.: Mechanistic and biochemical characterization of dopamine transporter complex formation. Soc. Neuroscience 35 (2005) Washington D.C., 269.11.

Frankel, P., Hoonakker, A., Danaceau, J., Keefe, K., and Hanson, G.R.: Mechanisms of an exaggerated response to a low dose of methamphetamine 3.5 h after a high-dose methamphetamine pretreatment. Soc., Neuroscience 35 (2005) 342.9.

Riedy, M., Kesner, R., Hanson, G.R., Daberkow, D., and Keefe, K.: Predictive cue-induced reinstatement of drug-seeking behavior and arc mRNA expression. Soc. Neuroscience 35 (2005) 681.1.

Fleckenstein, A.E., Baucum, A., Truong, J., and Hanson, G.R.: Methamphetamine-induced and 6-OHDA-induced persistent dopaminergic deficits: association with dopamine transporter complex formation. Soc. Neuroscience 35 (2005) 918.9.

Rau, K.S., Truong, J., Birdsall, E., Metcalf, C., Hanson, G.R.: Differential regional effects of methamphetamine on vesicular and plasmalemmal monoamine transport. Soc. Neuroscience 35 (2005) 918.11.

Fleckenstein, A., Rau, K., Birdsall, E., Cook, G., Hanson, J., Crosby, M., Harris, B., Fox, K. and Hanson, G.R.: Repeated methamphetamine treatment reveals the existence of resilient dopaminergic neurons: implications for development and neurotoxicity. 43rd ACNP, San Juan Puerto Rico, 29 (2004) S140.

Shurtleff, D. and Hanson, G.R.: NIDA's division of basic neuroscience and behavioral research: Overview of current directions and future research opportunities. 43rd ACNP, San Juan, Puerto Rico 29 (2004) S187.

Baucum, A.J., Johnson-Davis, K., Hanson, G.R., Wilkins, D., and Fleckenstein, A.E.: Methamphetamine-induced dopamine transporter oligomerization and neurotoxicity. Soc. Neurosci. (2004) 280.20.

Birdsall, E., Rau, K., Hanson, J., Carroll, F., Hanson, G.R. and Fleckenstein, A.E.: Bupropion increases striatal vesicular dopamine uptake. Soc., Neurosci. (2004) 505.10.

Rau, K., Birdsall, E., Bitter, R., Gibb, J.W., Hanson, G.R., and Fleckenstein, A.E.: Methamphetamine decrease in vesicular uptake of norepinephrine and serotonin. Soc. Neurosci. (2004) 802.6.

Truong, J., Hanson, G.R., Gibb, J.W., Wilkins, D., and Fleckenstein, A.E.: Age-dependent differences in methamphetamine alterations of vesicular dopamine uptake. Soc. Neurosci. (2004) 915.3.

Hanson, J., Rau, K., Birdsall, E., Crosby, M., Gibb, J.W., Fleckenstein, A.E. and Hanson, G.R.: Ephedrine reduces plasmalemmal and vesicular dopamine uptake. Soc. Neurosci. (2004) 917.13.

Alburges, M., E. and Hanson, G.R.: Differential response by basal ganglia met-enkephalin and dynorphin systems to multiple nicotine administration. Soc. Neurosci. (2004) 575.12.

Rau, K., Birdsall, E., Adair, B., Gibb, J.W., Hanson, G.R. and Fleckenstein, A.E.: Differential regional effects of methylphenidate and methamphetamine on VMAT-2 activity. Experimental Biology, 2004, 162.3, Washington, D.C.

Truong, J., Greene, M., Cook, G. Hanson, G.R. and Fleckenstein, A.E.: Apomorphine increases vesicular dopamine uptake and redistributes vesicular monoamine transporter-2 protein. Experimental Biology, 2004, 162.4, Washington, D.C.

Baucum, A.J., Rau, K., Hanson, G.R. and Fleckenstein, A.E.: Methamphetamine increases dopamine transporter oligomerization: a role for dopamine. Experimental Biology, 2004, 162.6, Washington, D.C.

Fleckenstein, A.E., Hanson, J.E., Crosby, M., Rau, K. and Hanson, G.R.: Ephedrine decreases plasmalemmal and vesicular dopamine transport. 66th CPDD, 2004.

Alburges, M.E. and Hanson, G.R.: Effects of nicotine administration on rat brain neurotensin systems. 66th CPDD, 2004.

Baucum, A.J., Rau, K.S., Hanson,J.E., Hanson, G.R. and Fleckenstein, A.E.: Neurotoxic regimens of methamphetamine increase dopamine transporter oligomer formation. Soc. Neurosci. (2003) 253.13.

Daberkow, D., Kesner, R., Hanson, G.R. and Keefe, K.A.: The effects of methamphetamine-induced monoamine depletions on basal ganglia-dependent learning. Soc. Neurosci. (2003) 642.7.

Rau, K., Adair, B., Gibb, J.W., Hanson, G.R. and Fleckenstein, A.E.: Methamphetamine decreases hippocampal vesicular monoamine transporter function. Soc. Neurosci. (2003) 962.12.

Riddle, E., Hanson, G.R. and Fleckenstein, A.E.: Amphetamine and methylphenidate differentially and selectively traffic the vesicular monoamine transporter-2. Soc. Neurosci. (2003) 373.5.

Truong, J.G., Horton, D.J., Hanson, G.R. and Fleckenstein, A.E.: Quinpirole increases vesicular dopamine uptake and redistributes vesicular monoamine transporter-2 protein. Soc. Neurosci. (2003) 373.12.

Ramoz, G, Keefe, K., Hanson, G.R. and Crowley, W. R.: Differential effects of methamphetamine on hypthalamic NPY mRNA expresion: interactions with leptin and ghrelin. Soc. Neurosci. (2003) 615.13.

Fleckenstein, A.E., Baucum, A.J., Riddle, E.L. and Hanson, G.R.: Differential effects of psychostimulants on plasmalemmal dopamine and vesicular monoamine transporter-2 function. CPDD, June, 2003, Florida.

Sandoval, V., Riddle, E.L., Hanson, G.R. and Fleckenstein, A.E.: Methylphenidate post-treatment prevents methamphetamine-induced dopaminergic deficits: Role of the vesicular monoamine transporter-2. ACNP 41, Dec. 8-12, 2002, **18**, pg. 204.

Riddle, E., Ugarte, Y, Hanson, G.R., Fleckenstein, A.E.: In vitro effects of methamphetamine on serotonin transporter function. Soc. Neuroscience, 28 (2002) 646.6.

Baucum, A., Riddle, E. Hanson, G.R. and Fleckenstein, A.E.: Impact of reducing agents on the dopamine transporter. Soc. Neuroscience, 28 (2002) 745.9

Truong, J., Riddle, E. Sandoval, V., Ugarte, Y. Wilkins, D., Hanson, G.R., Fleckenstein, A.E.: Impact of age on stimulant-induced alterations in vesicular dopamine transport. Soc. Neuroscience, 28 (2002) 807.1.

Sandoval, V., Hanson, G.R. and Fleckenstein, A.E.: Methylphenidate prevents methamphetamine-induced dopaminergic deficits. Soc. Neuroscience, 28 (2002) 809.9.

Ugarte, Y., Snadoval, V. Gibb, J.W., Hanson, G.R. and Fleckenstein, A.E.: Methamphetmaine decreases mouse vesicular monoamine transoporter-2 activity: role of hyperthermia and dopamine. Soc. Neuroscience, 28 (2002) 343.8.

Bush, L.G., Alburges, M., Keefe, K. and Hanson, G.R.: Differential effects of low high doses of methamphetamine extracellular substance P, neurotensin and dynorphin A in the substantia nigra. Soc. Neuroscience, 28 (2002) 807.14.

Alburges, M.E., Bush, L., Hanson, G. R. and Keefe, K.: Alterations of D1 dopamine receptor distribution in striatal neurons after methamphetamine treatment. Soc. Neuroscience, 28 (2002) 808.14.

Johnson-Davis, K, Fleckenstein, Hanson, G.R. and Wilkins, D.: Methamphetamine and mechanisms underlying tolerance to the neurotoxic effects. Soc. Neuroscience, 28 (2002) 809.6.

Fleckenstein, A.E., Riddle, E.L., Sandoval, V., Brown, J.M., Weston, R.K. and Hanson, G.R.: Psychostimulants differentially redistribute Vmat-2. CPDD, Quebec, Drug and Alcohol Dependence 66 (2002) S56

Alburges, M.E., Bush, L., Keefe, K.A. and Hanson, G.R.: Distinct responses of extracellular neurotensin (measured by microdialysis) to low and high doses of methamphetamine. CPDD, Quebec, Drug and Alcohol Dependence 66 (2002) S5.

Riddle, E.L., Topham, M.K., Hanson, G.R. and Fleckenstein, A.E.: Ceremide: a novel modulator of monoamine transporter function. Experimental Biology 2002, New Orleans, 170.5.

Davis, K.L., Hanson, G.R. and Keefe, K.A.: The role of opioid peptides in methamphetamine-induced neurotoxicity in rats. Experimental Biology 2002, New Orleans, 452.9.

Sandoval, V., Hanson, G.R., and Fleckenstein, A.E.: Methylphenidate redistuburtetes vesicular monoamine transporter-2 immunoreactivity: role of dopamine receptors. Experimental Biology 2002, New Orleans, 452.4.

Davis, K.L., Hanson, G.R. and Keefe, K.: Lack of protective effect of kappa agonists against methamphetamine-induced neurotoxicity in rats. Soc. Neuroscience, 27 (2001) 445.3 .

Sandoval, V., Ugarte, Y.V., Gibb, J.W., Hanson, G.R. and Fleckenstein, A.E.: Methylphenidate increases vesicular dopamine uptake. Soc. Neuroscience, 27 (2001) 221.21.

Gibb, J.W., Riddle, E.L., Kokoshka, J.M., Wilkins, D.G., Hanson, G.R., and Fleckenstein, A.E.: Methamphetamine and tolerance to its neurotoxic effects. Soc. Neuroscience, 27 (2001) 445.6.

Hanson, G.R., Crosby, M.J., Hanson, J.E., and Fleckenstein, A.E.: Phencyclidine increases vesicular dopamine uptake. Soc. Neuroscience, 27 (2001) 152.15.

Riddle, E.L., Hansen, J.P., Sandoval, V., Brown, J.W., Gibb, Hanson, G.R. and Fleckenstein, A.E.: Mehylenedioxymethamphetamine decreases plasmalemmal and vesicular dopamine transport: Mechanisms and implications for neurotoxicity. Soc. Neuroscience, 27 (2001) 152.11.

Alburges, M., Keefe, K. A., Bush, L. and Hanson, G.R.: Distinct responses of extrapyramidal substance P systems to low and high doses of methamphetamine. Soc. Neuroscience, 27 (2001) 445.1.

Fleckenstein, A.E., Brown, J.M., Weston, R.K. and Hanson, G.R.: Methamphetamine-induced decrease in vesicular dopamine uptake: role of dopamine and hyperthermia. Soc. Neuroscience, 27 (2001) 774.13.

Sandoval, V., Brown, J.M., Gibb, J.., Hanson, G.R. and Fleckenstein, A.E.: Methylphenidate increases vesicular dopamine uptake: A comparison with cocaine. FASEB Summer Research Conference, Tucson, AZ, July 21-26, 2001.

Fleckenstein, A.E., Brown, J.M., Sandoval, V., Riddle, E.L., Hansen, J.P., Ugarte, Y.V., Gibb, J.W. and Hanson, G.R.: Differential effects of psychostimulants on plasmalemmal and vesicular dopamine uptake: Mechanisms and implications for neurotoxicity. 2001 FASEB Summer Research Conferences, "New Perspectives in Transporter Biology."

Fleckenstein, A.E., Riddle, E.L., Hansen, J.P., Sandoval, V., Brown, J.M., Gibb, J.W. and Hanson, G.R.: Methylenedioxymethamphetamine decreases plasmalemmal and Vesicular dopamine transport. Presented at "MDMA/Ecstasy Research: Advances, Challenges, Future Directions", a NIDA-sponsored Scientific Conference, July 19,20, 2001, Bethesda, MD.

Fleckenstein, A.E., Brown, J.M., Sandoval, V., Riddle, E.L., Ugarte, Y.V., Hansen, J.P., Gibb, J.W. and Hanson, G.R.: Psychostimulants differentially alter plasmalemmal and vesicular dopamine uptake: Mechanisms and implications for neurotoxicity. CPDD, Drug and Alcohol Dependence, 63 (2001) #181.

Fleckenstein, A.E., Brown, J.M., Gibb, J.W. and Hanson, G.R.: D-2 Receptor-mediated regulation of vesicular dopamine uptake. International Catecholamine Meeting, 2001.

Alburges, M.E., Perex, L., Bush, L. and Hanson, G.R.: Effect of low and high doses of methamphetamine on neurotensin systems. Soc. Neurosci. 26 (2000) 190.10.

Sandoval, V., Ugarte, Y.V., Gibb, J.W., Hanson, G.R. and Fleckenstein, A.E.: An in vitro model of the rapid and reversible decrease in dopamine transporter function caused by methamphetamine administration: A phenomenon distinct from neurotoxicity. Soc. Neurosci. 26 (2000) 291.7.

Adams, D.H., Hanson, G.R. and Keefe, K.A.: Low doses of psychostimulants decrease neuropeptide mRNAs in striatum. Soc. Neurosci. 26 (2000) 190.7.

Westwood, S.C., Hanson, G.R. and Keefe, K.A.: The effect of high doses of methamphetamine on neuropeptide Y in striatum. Soc. Neurosci. 26 (2000) 190.8.

Haughey, H.M., Metzger, R.R., Kokoshka, J.M., Gibb, J.W., Hanson, G.R., and Fleckenstein, A.E.: Multiple factors contribute to the methampehtamine-induced decrease in striatal dopamine and serotonin transporter activity. <u>Soc. Neurosci.</u> 26 (2000) 291.8.

Riddle, E.L., Topham, M.K., Gibb, J.W., Hanson, G.R., and Fleckenstein, A.E.: Methamphetamine- and Ceramide-induced alterations in monoamine transporter function: A comparison. <u>Soc. Neurosci.</u> 26 (2000) 439.5.

Metzger, R.R., Brown, J.M., Sandoval, V., Wang, Y.-M., Fleckenstein, A.E. and Hanson, G.R.: Possible inhibitory effects of reserpine on dopamine transporter function. <u>Soc. Neurosci.</u> 26 (2000) 624.4.

Brown, J.M., Hanson, G.R., and Fleckenstein, A.E.: The vesicular monoamine transporter-2: A novel site of cocaine action. <u>Soc. Neurosci.</u> 26 (2000).

Fleckenstein, A.E., Brown, J.M., Gibb, J.W. and Hanson, G.R.: Methamphetamine-induced decreases in vesicular dopamine uptake: implications for neurotoxicity. <u>Soc. Neurosci.</u> 26 (2000) 869.19.

Davis, K.L., Hanson, G.R., and Keefe, K.A.: Long-term effects of methamphetamine on basal ganglia function. <u>Soc. Neurosci.</u> 26 (2000) 190.9.

Brown, J.M., Hanson, G.R. and Fleckenstein, A.E.: Methamphetamine rapidly inhibits vesicular dopamine uptake. <u>ASBMB/ASPET/FPS/PSC</u> (2000) Joint Meeting, 2000, Boston, MA.

Alburges, M.E., Bush, L., and Hanson, G.R.: Differential responses by met-enkephalin systems to low and high doses of methamphetamine. <u>CPDD</u>, (2000) 3. Drugs and Alcohol Dependence 60 (2000) S4.

Fleckenstein, A.E., Haughey, H.M., Metzger, R.R., Ugarte, Y.V.: Methamphetamine-induced decreases in dopamine and serotonin transporter function: Comparison of ex vivo and in vitro models. <u>CPDD</u> (2000) 47. Drugs and Alcohol Dependence 60 (2000) S64.

Hanson, G.R., Fleckenstein, A.E. and Keefe, K.A.: Methamphetamine-induced persistent deficits in monoamine systems and their consequences. <u>ACS Symposium</u>, Mar. 26, 27, 2000, San Francisco.

Fleckenstein, A.E., Haughey, H.M., Metzger, R.R., Kokoshka, J.M., Riddle, E.L., Hanson, J.E. and Hanson, G.R.: Differential effects of phenylethylamines and related compounds on monoaminergic transporter function. <u>ACNP</u>, 1999 Annual Meeting, Acapulco Mexico.

Sandoval, V., Kokoshka, J.W., Gibb, J.W., Hanson, G.R. and Fleckenstein, A.E.: Acute methamphetamine effects on dopamine transporter activity in mouse striatum. <u>SACNAS</u> Conference, Portland OR, Oct. 7, 1999.

Chapman, D.E., Hanson, G.R., and Keefe, K.A.: Methamphetamine produces long-lasting changes in striatonigral neuron function. <u>Soc. Neuroscience</u> 25 (1999) 23.5.

Sandoval, V., Kokoshka, J.M., Gibb, J.W., Hanson, G.R., and Fleckenstein, A.E.: Methamphetamine rapidly and reversibly decreases dopamine transporter activity in mouse striatum. <u>Soc. Neuroscience</u> 25 (1999) 23.16.

Metzger, R.R., Haughey, H.M, Hanson, G.R., and Fleckenstein, A.E.: Characterization of the role of dopamine and hyperthermia in the methamphetamine-induced acute decrease in dopamine transporter function. Soc. Neuroscience  25 (1999) 23.15.

Fleckenstein, A.E., Haughey, H.M., Metzger, R.R., Kokoshka, J.M., Riddle, E.L., Hanson, J.E., Gibb, J.W., and Hanson, G.R.: Differential effects of psychostimulants and related agents on monoaminergic transporter function. Soc. Neuroscience  25 (1999) 23.14.

Westwood, S.C., Keefe, K.A. and Hanson, G.R.: Effects of quinpirole on neuropeptide mRNA levels in the striatum. Soc. Neuroscience 25 (1999).

Kokoshka, J.W., Gibb, J.W., Fleckenstein, A.E., and Hanson, G.R.: Age-dependent effects of methamphetamine on dopamine and serotonin neurons. Soc. Neuroscience 25 (1999) 729.9.

Haughey, H.M., Metzger, R.R., Gibb, J.W., Fleckenstein, A.E., and Hanson, G.R.: Differential regional responses of serotonin transporters on the acute effects of psychostimulants. Soc. Neuroscience 25 (1999) 728.12.

Alburges, M.E. and Hanson, G.R.: Effect of low and high doses of methamphetamine on met-enkephalin systems. Soc. Neuroscience 25 (1999) 23.7.

Brown, J.M., Haughey, H.M., Hanson, G.R., and Fleckenstein, A.E.: Oxygen radicals differentially alter Na+/Cl-dependent transporters. Soc. Neuroscience 25 (1999) 729.4.

Adams, D.H., Keefe, K.A., and Hanson, G.R.: Differential effects of psychostimulants on preprodynorphin and preprotachykinin mRNA in subregions of striatum. Soc. Neuroscience 25 (1999) 23.4.

Chapman, D.E., Hanson, G.R., and Keefe, K.A.: Partial dopamine depletion induced by methamphetamine alters substance P gene expression, Exp Biol., (1999) 625.2

Kokoshka, J.M., Metzger, R.R., Gibb, J.W., Hanson, G.R., and Fleckenstein, A.E.: Methamphetamine-induced acute and long-term changes in dopamine transporters: Role of age and hyperthermia. Exp. Biol. (1999) 625.1.

Haughey, H.M., Fleckenstein, and Hanson, G.R.:  Acute effects of methamphetamine and xanthine oxidase on norepinephrine transporter activity. Exp. Biol. (1999) 625.5.

Fleckenstein, A.E., Kokoshka, J.M., Vaughn, R.A., Metzger, J.W., Gibb, J.W., and Hanson, G.R.: Selective and reversible effects of methamphetamine on striatal dopamine transporters.  Exp. Biol. (1998) 927.

Fleckenstein, A.E., Metzger, R.R. and Hanson, G.R.: Role of dopamine and hyperthermia in methamphetamine-induced rapid reduction in striatal dopamine transport. ACNP, Puerto Rico, 1998.

Alburges, M.E. and Hanson, G.R.: Differential responses by neurotensin systems to ibogaine and cocaine.  Soc. Neuroscience 24 (1998) 192.15.

Metzger, R.R., Hanson, G.R., Gibb, J.W., and Fleckenstein, A.E.: Multiple factors contribute to the methamphetamine-induced rapid decrease in striatal dopamine transporter function. Soc. Neuroscience 24 (1998) 580.4.

Westwood, S.C. and Hanson, G.R.: Characterization of methamphetamine-induced changes in extrapyramidal and limbic neuropeptide Y systems. Soc. Neuroscience 24 (1998) 388.10.

Hanson, G.R., Renden, R.B., and Keefe, K.A.: Differential regional effects of psychostimulants on neurotensin/neuromedin N mRNA in striatum. Soc. Neuroscience 24 (1998) 161.11.

Fleckenstein, A.E., Kokoshka, J.M., Gibb, J.W., and Hanson, G.R.: Differential effects of selected sitmulants on dopamine transporter functions. Soc. Neuroscience 24 (1998) 580.2.

Kokoshka, J. M., Haughey, H.M., Metzger, R.R., Wilkins, D., Gibb, J.W., Hanson, G.R., and Fleckenstein, A.E.: Acute effects of mehtampetamine administrationon central monoaminergic transporters. Soc. Neuroscience 24 (1998) 580.3.

Fleckenstein, A.E., Kokoshka, J.M., Gibb, J.W. and Hanson, G.R.: Characterization of the rapid and reversible effects of methamphetamine on dopamine transporters. IUPHAR, 1998, Munich

Alburges, M.E. and Hanson, G.R.: Differential effects of ibogaine and cocaine on neurotensin and dynorphin systems. CPDD, 1998, Scottsdale.

Fleckenstein, A.E., Kokoshka, J.M., Metzger, R., Wilkins, D, Gibb, J.W. and Hanson, G.R.: Methamphetamine and oxygen radicals: Effects on tryptophan hydroxylase and serotonin transporter. CPDD, 1998, Scottsdale.

Fleckenstein, A.E., Kokoshka, J.M., Vaughan, R.A., Metzger, R.R., Wilkens, D., Gibb, J.W. and Hanson, G.R.: Rapid and reversible effects of methamphetamine on dopamine transporters. ACNP, Hawaii, 1997.

Hanson, G.R., Metzger, R.R., Kokoshka, J., Gibb, J.W. and Fleckenstein, A.E.: Methamphetamine-induced free radical formation: Impact on monoaminergic transporters and enzymes. ACNP (American College of Neuropharmacology), 1997 Meeting (Kamuela, Hawaii).

Fleckenstein, A.E., Metzger, R., Wilkins, D., Gibb, J.W. and Hanson. G.R.: Psychostimulants differentially affect dopamine transporter activity, CPDD, 1997.

Alburges, M.E. and Hanson, G.R.: Changes in neuropeptide systems after ibogaine or cocaine administration. Soc. Neuroscience, 23 (1997) 936.6.

Fleckenstein, A.E., Metzger, R.R., Wilkins, D.G., Gibb, J.W. and Hanson, G.R.: Methamphetamine and reactive oxygen species: Effects on dopamine transporter activity. Soc. Neuroscience, 23 (1997) 831.4.

Westwood, S.C., Gibb, J.W. and Hanson, G.R.: Response of extrapyramidal neuropeptide Y systems to methamphetamine treatment. Soc. Neuroscience, 23 (1997) 832.14.

Hanson, G.R. and Keefe, K.A.: 6-hydroxydopamine-induced dopamine depletion increases neurotensin/neuromedin N mRNA in striatum. <u>Soc. Neuroscience</u>, 23 (1997) 292.2.

Kokoshka, J.M., Hanson, G.R., Metzger, R.R., Gibb, J.W. and Fleckenstein, A.E.: Differential effects of methamphetamine on striatal aminergic transports. <u>Soc. Neuroscience</u>, 23 (1997) 831.12

Metzger, R.R., Hanson, G.R., Gibb, J.W. and Fleckenstein, A.E.: Effects of methylenedioxymethamphetamine and other psychostimulants on dopamine transporter function in rat striatum. <u>Soc. Neuroscience</u>, 23 (1997) 831.13.

Haughey, H.M., Fleckenstein, A.E., Gibb, J.W. and Hanson, G.R.: Differential regional responses of monoamine systems to methamphetamine. <u>Soc. Neuroscience</u>, 23 (1997) 831.14.

Fleckenstein, A.E., Metzger, R.R., Wilkins, D.G, Gibb, J.W. and Hanson, G.R.: Rapid and reversible effects of methamphetamine on dopamine transporters. <u>CPDD</u>, 1997.

Hanson, G.R., Gibb, J.W., Metzger, R., Kokoshka, J. and Fleckenstein, A.: Methamphetamine-induced rapid and reversible decrease in dopamine transporter activity: An oxidative consequence? <u>INS/NASN Satellite</u> meeting, Cellular and Molecular Mechanisms of Drugs of Abuse. Bermuda, July 16-18, 1997.

Hanson, G.R., Wagstaff, J.D., Merchant, K.M. and Gibb. J.W.: Psychostimulants and Neuropeptide Responses. <u>8th International Catecholamine Symposium</u>, Asilomar, Oct. 13-18, 1996.

Mills, R., Slade, T., Meiners, J., Johnson, L., Hanson, G.R. and Block, G.: Sex differences in behavioral sensitization to amphetamine. <u>Soc. Neuroscience</u> 22 (1996) 187. 18.

Hanson, G.R., Fleckenstein, A.E., Beyeler, M.L., Jackson, J.C., Wilkins, D.G. and Gibb, J.W.: Acute effects of methamphetamine on tryptophan hydroxylase activity in rat brain: Role of 5HT transporters. <u>Soc. Neuroscience</u>, 22 (1996) 815.8.

Fleckenstein, A.E., Gibb, J.W. and Hanson. G.R.: Acute effects of methamphetamine on tryptophan hydroxylase activity and oxygen radical formation in rat brain: Role of hyperthermia. <u>Soc. Neuroscience</u>, 22 (1996) 815.7.

Metzger, R.R., Fleckenstein, A.E., Beyeler, M.L., Gibb, J.W. and Hanson, G.R.: Effects of reactive oxygen species on dopamine transporter function in rat striatum: Implications for methamphetamine toxicity. <u>Soc. Neuroscience</u>, 22 (1996) 815.5.

Huang, W. and Hanson, G.R.: Differential effect of haloperidol on release of neurotensin in extrapyramidal and limbic system. <u>Soc. Neuroscience</u>, 22 (1996) 39.5.

Gygi, M.P., Gibb, J.W., Fleckenstein, A.E. and Hanson, G.R.: Characterization of the effects of methcathinone-induced dopamine release. <u>Soc. Neuroscience</u>, 22 (1996) 457.12.

Alburges, M.E. and Hanson, G.R.: Response of CNS neurotensin and substance P systems following ibogaine treatment. <u>Soc. Neuroscience</u>, 22 (1996) 737.17.

Hanson, G.R.: Interaction between neurotensin systems and the stimulants of abuse. <u>Summer Neuropeptide Conference</u>. Martha's Vineyard, June, 1996.

Fleckenstein, A.E., Beyeler, M., Jackson, J., Gibb, J.W. and Hanson, G.R.:  Methamphetamine-induced decreases in tryptophan hydroxylase activity and the role of 5-hydroxytryptamine transporters.  CPDD, 1996.

Gygi, M.P., Gibb, J.W. and Hanson, G.R.:  The role of dopamine in mediating the effects of methcathinone.  CPDD, 1996.

Wagstaff, J., Gibb, J.W. and Hanson, G.R.:  Dose-dependent effect of methamphetamine on neurotensin release in striatum and nucleus accumbens.  Soc. Neuroscience, 21 (1995) 826.5.

Gygi, M.P., Gibb, J.W. and Hanson, G.R.:  Acute and long-term neurochemical effects of methcathinone, a new stimulant of abuse.  Soc. Neuroscience, 21 (1995) 826.15.

Wagstaff, J., Gibb, J.W. and Hanson, G.R.:  Role of D-2 receptors in neurotensin release induced by a low dose of methamphetamine.  Summer Neuropeptide Conference, 1995.

Kalivas, P., Hooks, M.S. and Hanson, G.R.:  Role of neuropeptide transmission in individual responsiveness to novelty.  Summer Neuropeptide Conference, 1995.

Gibb, J.W., Bush, L. and Hanson, G.R.:  Dramatic facilitation of methamphetamine toxicity by melatonin.  CPDD, NIDA Research Monograph Series 162 (1995) 295.

Gygi, M., Gibb, J.W. and Hanson, G.R.:  The neurochemical effects of methcathinone on monoamine systems.  CPDD, NIDA Research Monograph Series 162 (1995) 299.

Che, S., Gibb, J.W., Hanson, G.R. and Johnson, M.:  The effect of body temperature on the rapid decrease in tryptophan hydroxylase activity induced by 3,4-methylenedioxymethamphetamine.  Soc. Neurosci. 20, 663.26, 1994.

Hanson, G.R., Bush, L.G., Gibb, J.W. and Schmidt, C.J.:  Response of neurotensin systems suggests that the 5HT-2 antagonist, MDL 100, 907, has clozapine-like antipsychotic effects.  Soc. Neurosci. 20, 513.11, 1994.

Wagstaff, J.D., Gibb, J.W. and Hanson, G.R.:  Dopamine D-2 regulation of neurotensin release from striatum and nucleus accumbens as measured by microdialysis.  Soc. Neurosci. 20, 471.3, 1994.

Gygi, M., Johnson, M., Wilkins, D., Gibb, J.W. and Hanson, G.R.:  Mechanisms involved in methamphetamine-induced tolerance.  CPDD, 56th Meeting, Palm Beach, Florida, 1994, NIDA research monograph 153, vol. 11.

Gibb, J.W., Hanson, G.R., Wilkins, D. and Johnson, M.:  Effects of probenecid on the methamphetamine-induced decrease in tryptophan hydroxylase activity.  CPDD, 56th Meeting, Palm Beach, Florida, 1994.

Gibb, J.W., Hanson, G.R. and Johnson, M.: The role of dopamine in neurotoxicity of amphetamines.  Dopamine '94 Meeting, IUPHAR Satellite, July, '94 - Quebec City.

Gygi, S., Hanson, G.R., Wilkins, D.G. and Rollins, D.: Methamphetamine-induced tolerance in rats appears to be pharmacokinetic in nature. Mass Spectrometry in Biomolecular Sciences, NATO-sponsored Conference in Ishia, Italy. June 23-July 5, 1993.

Gibb, J.W., Hanson, G.R. and Johnson, M.: Neurochemical response to toxic doses of methamphetamine. American College of Neuropsychopharmacology, Dec. 13-17, 1993, Honolulu.

Wagstaff, J.D., Bush, L., Gibb, J.W. and Hanson, G.R.: Endogenous neurotensin antagonizes methamphetamine enhanced dopamine activity. Soc. Neurosci. 19, 200.3, 1993.

Hanson, G.R., Bush, L., Gibb, J.W. and Johnson, M. Effects of ritanserin on the increase in striatal neurotensin and dynorphin A concentrations induced by 3,4-methylenedioxymetham-phetamine. Soc. Neurosci., 19, 335.12, 1993.

Johnson, M., Schmit, P., Hanson, G.R., Weissman, D., Gibb, J.W. and Pujol, J.-F.: Effect of multiple methamphetamine administration on rat brain tyrosine hydroxylase protein concentration. Soc. Neurosci. 19, 335.2, 1993.

Gibb, J.W., Elkins, K., Wilkins, D., Hanson, G.R. and Johnson, M.: Nimodipine potentiates the amphetamine- and methamphetamine-induced decrease in tryptophan hydroxylase activity by increasing cerebral drug concentration. Soc. Neurosci. 19, 335.18, 1993.

Hanson, G.R., Wagstaff, J., Bush, L. and Gibb, J.W.: Neurotensin: Mediator of stimulant-induced psychosis? ASCPT, 1993.

Gygi, S., Gibb, J.W. and Hanson, G.R.: Blockade of NK1 receptors by CP-96345 enhances the dopamine effects of methamphetamine in rats. Soc. Neurosci. 18, 123.2, 1992.

Johnson, M., Lim, H.K., Foltz, R.L., Hanson, G.R. and Gibb, J.W.: Acute effect of 2,4,5-trihydroxymethamphetamine on the hippocampal serotonergic system. Soc. Neurosci. 18, 639.8, 1992.

Elayan, I.M., Johnson, M., Lim, H.K., Hanson, G.R. and Gibb, J.W.: 2,4,5-Trihydroxyamphetamine, a metabolite of MDMA, decreases tryptophan hydroxylase activity in vitro. Soc. Neurosci. 18, 639.9, 1992.

Gibb, J.W., Stone, D.M., Hanson, G.R. and Johnson, M.: In vivo oxidation of tryptophan hydroxylase sulfhydryl sites by amphetamine analogues. 2nd International Symposium on Serotonin: from Cell Biology to Pharmacology and Therapeutics, Sept. 15-18, 1992, Houston.

Filloux, F., Johnson, M., Adair, J. and Hanson, G.R.: Striatal neuropeptide alterations in an animal model of hypoxia-ischemic encephalopathy. American Anatomy of Neurology, 44th Meeting, 1992 (San Diego), #0887.

Johnson, M., Bush, L.G., Midgley, L., Gibb, J.W. and Hanson, G.R.: MK-801 blocks the changes in neurotensin concentrations induced by methamphetamine, 3,4-methylenedioxy-methamphetamine, cocaine and GBR12909. 2nd International Conference on Neurotensin, Palm Beach, July 6-8, 1991.

Singh, N., Midgley, L., Wagstaff, J., Bush, L., Gibb, J. and Hanson, G.: Effect of ibotenic acid lesions on NMDA-, dopamine D-1- and D-2-mediated changes in striatal neurotensin systems. Soc. Neurosci. Abstracts, 17, 536.20, 1991.

Gygi, S., Bush, L., Gibb, J.W. and Hanson, G.R.: Differential effects of clozapine and haloperidol on striatal neurotensin systems in rats. Soc. Neurosci. Abstracts, 17, 165.7, 1991.

Elayan, I.M., Johnson, M., Hanson, G.R., Lim, H.K., Foltz, R. and Gibb, J.W.: Effect of 2,4,5-trihydroxyamphetamine on monoaminergic systems in the rat brain. Soc. Neurosci. Abstracts, 17, 494.5, 1991.

Hanson, G.R., Johnson, M., Bush, L., Bunker, C. and Gibb, J.W.: Behavioral and neurochemical responses to 4-methylaminorex; a new stimulant of abuse. Meeting for Committee on Problems of Drug Dependence, NIDA Research Monograph Series, 119 (1991) 392.

Johnson, M., Gibb, J.W., Hanson, G.R., Foltz, R.L. and Lim, H.K.: Effects of 3,4,6-trihydroxymethamphetamine on the central serotonergic and dopaminergic systems. Soc. Neurosci. Abstracts, 17, 80.9, 1991.

Midgley, L.P., Bush, L., Gibb, J.W. and Hanson, G.R.: Gabaergic mediation of phencyclidine-induced changes in striatal neuropeptide Y levels in the rat brain. Soc. Neurosci. Abstracts 17, 536.20, 1991.

Hanson, G.R., Singh, N., Bush, L. and Gibb, J.W.: Responses of striatal neurotensin pathways to fenfluramine are mediated by D-1 and NMDA, but not 5HT systems. The Pharmacologist ASPET Abstracts, vol. 33, 27, 1991.

Hanson, G.R., Merchant, K. and Gibb, J.W.: Regulation of neurotensin systems by dopamine D-1 and D-2 receptor mechanisms. Catecholamine Gordon Conference, July 1990, Proctor Academy, New Hampshire.

Bunker, C.F., Johnson, M., Hanson, G.R. and Gibb, J.W.: The mechanisms of neurochemical changes induced by 4-methylaminorex (4-MAX)- a new stimulant of abuse. Soc. Neurosci. Abstracts, 16, 111.18, 1990.

Midgley, L.P., Bush, L., Gibb, J.W. and Hanson, G.R.: Phencyclidine-induced alterations of extrapyramidal and limbic neuropeptide Y systems. Soc. Neurosci. Abstracts, 16, 450.12, 1990.

Gibb, J.W., Hanson, G.R., Bush, L.G., Mitros, K. and Johnson, M.: Effect of flunarizine on the methamphetamine- and 3,4-methylenedioxymethamphetamine-induced changes in extrapyramidal neurotensin. Soc. Neurosci. Abstracts, 16, 425.7, 1990.

Johnson, M., Bush, L.G., Gibb, J.W. and Hanson, G.R.: Role of dopamine and glutamatergic systems in the 3,4-methylenedioxymethamphetamine-induced changes in brain neurotensin and dynorphin A. Soc. Neurosci. Abstracts, 16, 425.8, 1990.

Singh, N.A., Merchant, K.M., Bush, L.G., Gibb, J.W. and Hanson, G.R.: Role of NMDA receptors in dopamine D1- but not D2-, mediated changes in striatal neurotensin. Soc. Neurosci. Abstracts, 16, 284.1, 1990.

Gibb, J.W., Mitros, K., Stone, D., Hanson, G.R. and Johnson, M.: Flunarizine prevents the 3,4-methylenedioxymethamphetamine-induced alteration in the serotonergic system. The Second IUPHAR Satellite Meeting on Serotonin, 1990, Basel, Switzerland.

Hanson, G.R., Singh, N., Bush, L. and Gibb, J.W.: Role of NMDA receptors in methamphetamine-induced changes in extrapyramidal and limbic neuropeptide systems. Meeting for Committee on Problems of Drug Dependence, NIDA Research Monograph Series, 105 (1990) 439.

Hanson, G.R., Singh, N., Bush, L., Johnson, M. and Gibb, J.W.: Role of NMDA receptors in mediating dopaminergic regulation of extrapyramidal and limbic neuropeptide systems. Neurochemistry International, 16 (1), 1990, 52.

Singh, N.A., Midgley, L.P., Bush, L.G., Gibb, J.W. and Hanson, G.R.: Role of the NMDA receptor in dopamine-mediated changes in dynorphin A systems. FASEB Journal, 4, 4231, 1990.

Bunker, C.F., Johnson, M., Hanson, G.R. and Gibb, J.W.: The acute effects of a single dose of 4-methylaminorex (4-MAX) on rat brain neurochemistry. FASEB Journal, 4, 4235, 1990. 1990.

Midgley, L.P., Singh, N.A., Bush, L.G., Gibb, J.W. and Hanson, G.R.: Phencyclidine-induced effects on the striatal neuropeptide Y system. FASEB Journal, 4, 5020, 1990.

White, H.S., Bunker, C.F., Gibb, J.W. and Hanson, G.R.: Characterization of seizures induced by i.c.v. administration of cocaine, methamphetamine (METH) and 4-methylaminorex (4-MAX). FASEB Journal, 4, 2780, 1990.

Johnson, M., Bush, L.G., Gibb, J.W. and Hanson, G.R.: MK-801 interferes with the cocaine-induced increase in striatal and nigral neurotensin. FASEB Journal, 4, 1900, 1990.

Anderson, F.L., Port, J.D., Bristow, M.R., Hershberger, R., Kralios, A. and Hanson, G.R.: Neuropeptide Y in the failing ventricle of patients with idiopathic dilated cardiomyopathy, Annual Scientific Session of the American College of Cardiology, 1990.

Midgley, L., Gibb, J.W., Bush, L., Johnson, M. and Hanson, G.R.: Phencyclidine-mediated changes in CNS neuropeptide systems, ASPET, The Pharmacologist, 31, 220, 1989.

Singh, N., Merchant, K.M., Gibb, J.W. and Hanson, G.R.: Effects of fenfluramine, norfenfluramine and methamphetamine on extrapyramidal peptides, ASPET, The Pharmacologist 31, 219, 1989.

Mitros, K., Johnson, M., Hanson, G.R. and Gibb, J.W.: MK-801 attenuates the response of tryptophan hydroxylase to methamphetamine, Soc. Neurosci. Abstracts, 15, 469.14, 1989.

Midgley, L., Merchant, K., Bush, L., Gibb, J.W. and Hanson, G.R.: Dopaminergic regulation of striatal neuropeptide Y systems, Soc. Neurosci. Abstracts, 15, 235.5, 1989.

Merchant, K.M., Gibb, J.W. and Hanson, G.R.: Tonic regulation of the neurotensin systems by basally released dopamine in the basal ganglia, Soc. Neurosci. Abstracts, 15, 235.7, 1989.

Johnson, M., Mitros, K., Hanson, G.R. and Gibb, J.W.:  Flunarizine blocks the decrease in tryptophan hydroxylase activity induced by 3,4-methylenedioxy-methamphetamine, Soc. Neurosci. Abstracts, 15, 469.13, 1989.

Singh, N., Merchant, K., Gibb, J.W. and Hanson, G.R.:  Role of glutamate in dopamine-mediated neurotensin changes, Soc. Neurosci. Abstracts, 15, 235.8, 1989.

Hanson, G.R., Midgley, L., Bush, L., Johnson, M. and Gibb, J.W.:  Comparison of responses by neuropeptide systems in rat to the psychotropic drugs, methamphetamine, cocaine and PCP, CPDD, 51st Annual Meeting, NIDA Research Monograph Series, 95 (1989) 348.

Gibb, J.W., Johnson, M. and Hanson, G.R.:  MK-801 attenuates the methamphetamine-induced decrease in tryptophan hydroxylase activity.  CPDD, 51st Annual Meeting, NIDA Research Monograph Series (1989) 511.

Merchant, K.M., Gibb, J.W. and Hanson, G.R.:  Tonic dopaminergic regulation of discrete neurotensin systems.  FASEB Journal, 3, 2915, 1989.

Midgley, L., Gibb, J.W., Bush, L., Johnson, M. and Hanson, G.R.:  The effects of phencyclidine administration on neuropeptide levels.  FASEB Journal, 3, 4690, 1989.

Singh, N., Merchant, K., Gibb, J.W. and Hanson, G.R.:  Differential responses of extrapyramidal peptides to fenfluramine, norfenfluramine and methamphetamine.  FASEB Journal, 3, 2914, 1989.

Johnson, M., Hanson, G.R. and Gibb, J.W.:  MK-801 interferes with the methamphetamine-but not the MDMA-induced decline in central tryptophan hydroxylase.  FASEB Journal, 3, 4703, 1989.

Hershberger, R.E., Anderson, F.L. and Hanson, G.R.:  T-Lymphocyte VIP Receptors exhibit increased affinity with no change in density in patients with heart failure. 38th Annual Scientific Session of the American College of Cardiology, March 1989.

Cheng, G-F., Dinger, B., Hanson, G.R. and Fidone, S.:  Effects of hypoxia stimulation on catecholamine storage and release in rabbit superior cervical ganglia. IX International Symposium on Peripheral Arterial Chemoreceptors, 1988.

Hanson, G.R., Johnson, M., Bush, L., Smiley, P. and Gibb, J.W.:  Dramatic responses by dynorphin systems of the basal ganglia to cocaine treatment.  Soc. Neurosci. Abstracts, 14, 46.10, 1988.

Johnson, M., Hanson, G.R. and Gibb, J.W.:  The role of norepinephrine in the short-term decrease in hippocampal tryptophan hydroxylase activity induced by methamphetamine.  Soc. Neurosci. Abstracts, 14, 46.3, 1988.

Merchant, K., Bush, L., Gibb, J.W. and Hanson, G.R.:  Receptor-specific interactions of the nigra-striatal dopamine projections with striatal neurotensin systems in the rat brain.  Soc. Neurosci. Abstracts, 14, 46.11, 1988.

Stone, D.M., Hanson, G.R. and Gibb, J.W.:  In vitro reactivation of central tryptophan hydroxylase after in vivo inactivation by amphetamines.  Soc. Neurosci. Abstracts, 14, 213.3, 1988.

Hanson, G., Smiley, P., Bush, L. and Gibb, J.: Cocaine-induced changes in the neurotensin systems of the basal ganglia. Research Monograph Series 90, "Problems of Drug Dependence 1988", Proceedings of 50th Annual Scientific Meeting of CPDD, pg. 31 (1988).

Hanson, G.R., Bush, L., Merchant, K. and Gibb, J.W.: Characterization of methamphetamine effects on the striatal-nigral dynorphin system. FASEB Journal, 2, 4969, 1988.

Stone, D.M., Johnson, M., Hanson, G.R. and Gibb, J.W.: Role of endogenous dopamine in methylenedioxymethamphetamine (MDMA)-induced serotonergic neurotoxicity. FASEB Journal, 2, 8769, 1988.

Merchant, K., Bush, L., Gibb, J.W. and Hanson, G.R.: Does the nigral-striatal dopamine pathway mediate the effects of methamphetamine and haloperidol on neurotensin systems. FASEB Journal, 2, 4970, 1988.

Alburges, M.E., Hanson, G.R., Gibb, J.W., Sakashita, C.O. and Rollins, D.E.: Evaluation of a radioreceptor assay to measure fentanyl and fentanyl-like drugs using gas chromatography/mass spectrometry and radioimmunoassay techniques. FASEB Journal, 2, 8780, 1988.

Johnson, M., Hanson, G.R. and Gibb, J.W.: Do dopamine antagonists block methamphetamine-induced changes in tryptophan hydroxylase activity by interfering with the serotonin uptake system? FASEB Journal, 2, 8770, 1988.

Alburges, M.E., Hanson, G.R., Gibb, J.W., Sakashita, C.O. and Rollins, D.E.: Radioreceptor assay to measure fentanyl and fentanyl-analogs in XXIV International Proceedings of the International Association of Forensic Toxicologists. Banff, Canada, 1987.

Hanson, G.R., Matsuda, L.A. and Gibb, J.W.: Cocaine pretreatment enhances response to methamphetamine administration. ASPET, The Pharmacologist, 29 (3), 1987, 288.

Stone, D.M., Hanson, G.R. and Gibb, J.W.: Mice are less sensitive than rats to methylenedioxymethamphetamine (MDMA)-induced neurotoxicity. ASPET, The Pharmacologist, 29(3) 1987, 272.

Merchant, K., Letter, A., Gibb, J.W. and Hanson, G.R.: Effects of methamphetamine on mesolimbic neurotensin systems of the rat brain. Soc. Neurosci. Abstracts, 13, 354.11, 1987.

Smiley, P.L., Gibb, J.W. and Hanson, G.R.: Effects of cocaine on neurotensin systems of the rat brain. Soc. Neurosci. Abstracts, 13, 354.10, 1987.

Matsuda, L., Hanson, G.R. and Gibb, J.W.: Systemic or cerebral administration of p-hydroxyamphetamine reduces dopamine and serotonin concentrations in the rat CNS. Soc. Neurosci. Abstracts, 13, 134.2, 1987.

Hanson, G.R., Stone, D.M., Matsuda, L.A., Gibb, J.W. and Johnson, M.: Blockade of dopaminergic or serotonergic receptors does not prevent the methamphetamine- or 3,4-methylenedioxymethamphe-tamine-induced decrease of tryptophan hydroxylase activity. Soc. Neurosci. Abstracts, 13, 354.9, 1987.

Johnson, M., Bush, L., Stone, D., Hanson, G.R. and Gibb, J.W.: Effects of adrenalectomy on the 3,4-methylenedioxymethamphetamine (MDMA)-induced decrease of tryptophan hydroxylase activity in the frontal cortex and hippocampus. Soc. Neurosci. Abstracts, 13, 464.8, 1987.

Stone, D., Hanson, G.R. and Gibb, J.W.: GABA-Transaminase inhibitor protects against methylenedioxymethamphetamine (MDMA)-induced neurotoxicity. Soc. Neurosci. Abstracts, 13, 251.3, 1987.

Hanson, G., Gonzalez, C., Dinger, B. and Fidone, S.: Local regulation of ganglionic activity during stress. Julius H. Comroe Memorial Symposium, 1987: Sponsored by the University of Pennsylvania, Dept. of Physiology.

Hanson, G.R., Matsuda, L.A. and Gibb, J.W.: Characterization of the interactions by cocaine with monoamine uptake carrier complexes. IUPHAR 10th International Congress of Pharmacology, 1987.

Gibb, J.W., Hanson, G.R., Stone, D.M. and Johnson, M.: Role of dopamine in neurotoxicity induced by methamphetamine and its congeners. IUPHAR 10th International Congress of Pharmacology, 1987.

Hanson, G.R., Gonzalez, C., Dinger, B. and Fidone, S.: Local regulation of ganglionic activity during stress. COMRO Memorial Symposium, 1987; Sponsored by University of Pennsylvania, Dept. of Physiology.

Fidone, S., Hanson, G., Gonzalez, C. and Hanson, G.R.: Transmitter interactions in peripheral arterial chemoreceptors. Julius H. Comroe Memorial Symposium, 1987; sponsored by the University of Pennsylvania, Dept. of Physiology.

Matsuda, L.A., Hanson, G.R. and Gibb, J.W.: Effect of locally injected methamphetamine (METH) and its metabolites on striatal biogenic amine systems. Fed. Am. Soc. Expl. Biol. Abstracts, 46(3) 480, 1987.

Johnson, M., Stone, D.M., Hanson, G.R. and Gibb, J.W.: Selective blockade of the methamphetamine-induced decrease of neostriatal tryptophan hydroxylase activity. Fed. Am. Soc. Expl. Biol. Abstracts, 46(3) 484, 1987.

Alburges, M.E., Hanson, G.R., Gibb, J.W. and Rollins, D.E.: Characterization of CNS [$^3$-H] fentanyl binding properties. Fed. Am. Soc. Expl. Biol. Abstracts, 46(3) 482, 1987.

Dinger, B., Hanson, G., Obeso, A., Gonzales, C. and Fidone, S.: Intrinsic chemosensitivity of rabbit superior cervical ganglia, Soc. Neurosci. Abstracts, 12, 243.5, 1986.

Hanson, G.R., Letter, A.A., Merchant, K. and Gibb, J.W.: Comparison of responses by substance P and substance K systems to methamphetamine treatment. Soc. Neurosci. Abstracts, 12, 277.17, 1986.

Stone, D.M., Hanson, G.R. and Gibb, J.W.: Does dopamine play a role in the serotonergic "neurotoxicity" induced by 3,4-methylenedioxymethamphetamine (MDMA)? Soc. Neurosci. Abstracts, 12, 169.4, 1986.

Alburges, M., Hanson, G.R. and Gibb, J.W.: Role of metabolism in the development of tolerance to methamphetamine (in biological systems). Soc. Neurosci. Abstracts, 12, 329.13, 1986.

Letter, A.A., Merchant, K., Gibb, J.W. and Hanson, G.R.:  Roles of $D_2$ and $5HT_2$ receptors in mediating the effects of methamphetamine, 3,4-methylenedioxymethamphetamine and 3,4-methylenedioxyamphetamine on striato-nigral neurotensin systems.  Soc. Neurosci. Abstracts, 12, 277.7, 1986.

Gibb, J.W., Hanson, G.R. and Johnson, M.:  Effects of (+)-3,4-methylenedioxymethamphetamine [(+)MDMA] and (-)-3,4-methylenedioxyamphetamine [(-)MDMA] on brain dopamine, serotonin and their biosynthetic enzymes.  Soc. Neurosci. Abstracts, 12, 169.2, 1986.

Johnson, M., Hanson, G.R. and Gibb, J.W.:  Effects of DL-ethyl-3,4-methylenedioxyamphetamine (EDMA) on brain dopamine and serotonin and their biosynthetic enzymes.  Soc. Neurosci. Abstracts, 12, 169.3, 1986.

Hanson, G.R., Merchant, K., Letter, A., Stone, D. and Gibb, J.W.:  Effects of MDA and MDMA on neurotensin and substance P systems in rat basal ganglia.  Abstract for 48th Annual Scientific Meeting of the Committee of Problems of Drug Dependence, Inc. (CPDD), June 16-19, 74 (1986).

Gibb, J.W., Stone, D.M., Stahl, D.C. and Hanson, G.R.:  The effects of amphetamine-like designer drugs on monoaminergic systems in rat brain.  Abstract for 48th Annual Scientific Meeting of the Committee of Problems of Drug Dependence, Inc. (CPDD), June 16-19, 316 (1986).

Hanson, G.R., Merchant, K., Gibb, J.W. and Letter, A.A.:  Multiple toxic doses of methamphetamine alter neurotensin concentrations in various regions of the rat brain.  Fed. Am. Soc. Expl. Biol. Abstracts, 45(4) 3715 1986.

Stone, D.M., Stahl, D.C., Hanson, G.R. and Gibb, J.W.:  Effects of 3,4-methyl-enedioxymethamphetamine (MDMA) on tyrosine hydroxylase and tryptophan hydroxylase activity in the rat brain.  Fed. Am. Soc. Expl. Biol. Abstracts, 45(4) 5267 1986.

Merchant, K., Letter, A., Stone, D., Gibb, J.W. and Hanson, G.R.:  Responses of brain neurotensin-like immunoreactivity to 3,4-methylenedioxymethamphetamine (MDMA) and 3,4-methylenedioxyamphetamine (MDA).  Fed. Am. Soc. Expl. Biol. Abstracts,45(4) 5268 1986.

Letter, A.A., Merchant, K., Gibb, J.W. and Hanson, G.R.:  Effects of dopamine antagonists on methamphetamine-induced changes in CNS neurotensin systems.  Fed. Am. Soc. Expl. Biol. Abstracts, 45(4) 4435 1986.

Johnson, M., Gibb, J.W. and Hanson, G.R.:  Lack of methamphetamine effects on cholecystokinin concentrations in different brain areas.  Fed. Am. Soc. Expl. Biol. Abstracts, 45(4) 3714, 1986.

Hanson, G., Jones, L. and Fidone, S.:  Effects of natural stimuli on neuropeptide levels in the carotid body and superior cervical ganglion.  Presented at VIII International Symposium on Peripheral Arterial Chemoreceptors, 1985.

Sonsalla, P.K., Gibb, J.W. and Hanson, G.R.:  A study of the underlying mechanisms for acute methamphetamine depression of striatal tryptophan hydroxylase, Soc. Neurosci. Abstracts, 11, 76.2, 1985.

Matsuda, L., Sonsalla, P., Gibb, J. and Hanson, G.: Effect of 1-methyl-4-phenyl-1,2,3,6-tetrahydropyridine (1-MPTP) on nigral substance P-like immunoreactivity (SPLI), <u>Soc. Neurosci. Abstracts</u>, 11, 293.5, 1985.

McCabe, R.T., Hanson, G.R., Wamsley, J., and Gibb, J.: The effects of multiple high doses of methamphetamine on muscarinic cholinergic receptors in the rat CNS, <u>Soc. Neurosci. Abstracts</u>, 11, 237.4, 1985.

Matsuda, L.A., Sonsalla, P., Schmidt, C., Hanson, G.R. and Gibb, J.: Effect of neuroleptic agents on 1-MPTP-induced decreases of striatal tyrosine hydroxylase (TH) activity, <u>MPTP symposium</u>, 1985.

Sonsalla, P.K., Gibb, J.W., and Hanson, G.R.: Muscarinic receptor blockade enhances the actions of methamphetamine on the striatal dopamine system, <u>ASPET Abstracts</u>, 2, 934, 1985.

Gibb, J.W., Sonsalla, P.K., Schmidt, C.J., and Hanson, G.R.: The roles of $D_1$ and $D_2$ receptors in methamphetamine-induced changes in transmitter systems of the basal ganglia, NIDA Research Monograph 67; Problems of Drug Dependence/Proceedings 47th Annual Scientific Meeting (CPDD), 1985, pg 517.

Hanson, G.R., Sonsalla, P., Ritter, J.R. and Gibb, J.W.: SCH 23390 attenuates the methamphet-amine-induced changes in the serotonergic system, <u>Fed. Am. Soc. Exptl. Biol. Abstracts</u>, 44(4) 2803, 1985.

Ritter, J., Gehlert, D., Gibb, J. and Hanson, G.: Neuronal localization of substance P receptors in rat striatum, <u>Fed. Am. Soc. Exptl. Biol. Abstracts</u>, 44 (3), 96, 1985.

Matsuda, L., Schmidt, C.J., Gibb, J.W. and Hanson, G.R.: Scorbutic condition prevents methamphetamine (METH)-induced changes in central serotonergic and substance P (SP) systems, <u>Fed. Am. Soc. Exptl. Biol. Abstracts,</u> 44 (5) 5713, 1985.

Sonsalla, P., Schmidt, C.J., Gibb, J.W. and Hanson, G.R.: Sulpiride does not block the methamphetamine-induced changes in the serotonergic system, <u>Fed. Am. Soc. Exptl. Biol. Abstracts</u>, 44 (4); 2801, 1985.

McCabe, T., Gehlert, D., Dawson, T., Schmidt, C.J., Hanson, G.R., Gibb, J.W. and Wamsley, J.: Alterations of dopamine receptor subtypes in the rat CNS following methamphetamine treatment, <u>Fed. Am. Soc. Exptl. Biol. Abstracts</u>, 44 (6) 8288, 1985.

Schmidt, C., Ritter, J., Sonsalla, P. Hanson, G., and Gibb, J.W.: Methamphetamine-induced dopamine release may be "toxic" to serotonergic and dopaminergic neurons, <u>Soc. Neurosci. Abstracts</u>, 10,259.8, 1984.

Gibb, J., Schmidt, C., Gehlert, D., Peat, M., Sonsalla, P. and Hanson, G.: Studies on the mechanism of tolerance to methamphetamine, <u>Soc. Neurosci. Abstracts</u>, 1984. 10,259.17, 1984.

Ritter, J., Schmidt, C., Gibb, J., and Hanson, G.: Opposite effects of methamphetamine on substance P systems in rat basal ganglia, Soc. Neurosci. Abstracts, 10,204.14, 1984.

Sonsalla, P., Gibb, J., and Hanson, G.: The methamphetamine-induced increase in nigral substance p-like immunoreactivity is mediated by the $D_2$ receptor, <u>Soc. Neurosci. Abstracts</u>, 10,204.13, 1984.

Gibb, J., Schmidt, C., Sonsalla, P., Cook, T., Ritter, J., Peat, M. and Hanson, G.: Neuro-chemical alteration of central neurotransmitter systems by psychomotor stimulus. 14th CINP (Collegium International Neuro-Physocho-pharmacologium) Congress, Florence, Italy, 1984.

Gibb, J., Schmidt, C., Sonsalla, P., Hanson, G. and Peat, M.: Tolerance and neurochemical responses to methamphetamine. IUPHAR 9th International Congress of Pharmacology, #209, 1984.

Peat, M., Hanson, G., Warren, P., Schmidt, C. and Gibb, J.: Effects of chronic fenfluramine treatment on the serotonergic and substance P system of the young rat. IUPHAR 9th International Congress of Pharmacology, #2033, 1984.

Schmidt, C., Sonsalla, P., Hanson, G., Peat, M. and Gibb, J.: Tolerance develops to the neurochemical effects of methamphetamine. Fed. Am. Soc. Exptl. Biol. Abstracts, 43 (3); 1764, 1984.

Sonsalla, P., Gibb, J. and Hanson, G.: Subacute methamphetamine administration to DA-lesioned rats: Effects on nigral substance P-like immunoreactivity. Fed. Am. Soc. Exptl. Biol. Abstracts, 43(3); 1753, 1984.

Ritter, J.R., Hanson, G.R., Schmidt, C.J. and Gibb, J.W.: Effects of specific dopamine and serotonin uptake inhibitors on striatal-nigral substance P activity. Soc. Neurosci. Abstracts, 9:143, 1983.

Hanson, G.R., Jones, L. and Fidone, S.: Effects of hypoxia and denervation on carotid body peptides. Soc. Neurosci. Abstracts, 9:41, 1983.

Peat, M., Hanson, G.R., and Gibb, J.W.: The acute effects of amphetamine and methamphet-amine on the serotonergic system of the rat brain. Soc. Neurosci. Abstracts, 8:76.6, 1982.

Hanson, G.R., Gisclon, E., Peat, M., and Gibb, J.W.: Interactions between dopamine and substance P systems in rat basal ganglia. Soc. Neurosci. Abstracts, 8:276.13, 1982.

Hanson, G.R., Partlow, L.M. and Iversen, P.L.: Inhibition by cerebral neurons of ($^3$H)-thymidine incorporation into choroid plexus cells in vitro. Soc. Neurosci. Abstracts, 8:276.13, 1982.

Hanson, G.R., Jones, L.F. and Fidone, S.J.: Regulation of neuropeptide levels in autonomic sensory receptors and ganglia. In: Chemoreptors in Respiratory Control, Ed. by Dave Pallot and Alex Ribeiro. Croom Helm Publishing, London & Sydney (1987), pp 169-179.

Levine, R., Hanson, G.R., Aiken, M.A., Rogers, J.A. and Lovenberg, W.: Effects of specific neurochemical lesions on the hydroxylase cofactor (HC) content in the nigrostriatal system. ASPET 22:337, 1980.

Pradhan, S., Hanson, G.R. and Alphs, L.: Effect of haloperidol on neurotransmitter systems in rat striatum and nigra. Trans. Amer. Soc. Neurochem. 11:272, 1980.

Hanson, G.R. and Lovenberg, W.: Elevation of rat CNS substance P levels by protease inhibitors. Fed. Am. Soc. Expl. Biol. Abstracts, 64:1733, 1980.

Hanson, G.R. and Partlow, L.M.:  Neuronal stimulation of ($^3$H)-thymidine incorporation by nonneuronal cells.  <u>Soc. Neurosci. Abstracts,</u> <u>3</u>:1704, 1977.

Hanson, G.R. and Partlow, L.M.:  Stimulation of thymidine incorporation in glia by cell sonicates. <u>Am. Soc. Neurochem. Abstracts</u>, 8:150, 1977.


**<u>Books (Principal Authorship)</u>**

1.    An Introduction to Common Medicines, 1st Edition,  1983:  Author.

2.    An Introduction to Common Medicines, 2nd Edition, 1987:  Author.

3.    An Introduction to Common Medicines, 3rd Edition, 1989:  Author.

4.    An Introduction to Common Medicines, 4th Edition, 1992:  Author.

5.    An Introduction to Common Medicines, 5th Edition, 1995:  Author

6.    An Introduction to Common Medicines, 6tth Edition, 1998:  Author

6.    Drugs and Society, 3rd Edition, 1992: Jones and Bartlett Publisher: Senior Author.

7.    Drugs and Society, 4th Edition, 1995: Jones and Bartlett Publisher: Senior Author.

8.    Drugs and Society, 5th Edition, 1998: Jones and Bartlett Publisher: Senior Author.

9.    Drugs and Society, 6th Edition, 2000: Jones and Bartlett Publisher: Senior Author.

10.   Drugs and Society, 7th Edition, 2002: Jones and Bartlett Publisher: Senior Author.

11.   Drugs and Society, 8th Edition, 2004: Jones and Bartlett Publisher: Senior Author.

12.   Drugs and Society, 9th Edition, 2006: Jones and Bartlett Publisher: Senior Author.

13.   Drugs and Society, 10th Edition, 2009: Jones and Bartlett Publisher: Senior Author.

14.   Drugs and Society,11th Edition, 2012: Jones and Bartlett Publisher: Senior Author.

15.   Drugs and Society, 12th Edition, 2015: Jones and Bartlett Publisher: Senior Author.

16.   Drugs and Society, 13th Edition, 2018: Jones and Bartlett Publisher: Senior Author

17.   Remington Pharmaceutical Sciences, 19th Edition, 1995: Mack Publishing: Editorial Board.

18.   Remington Pharmaceutical Sciences, 20th Edition, 2001: Williams and Wilkins: Editorial Board.

**Areas of Research Interest and Experience**

1. Neurochemistry:
   - analysis of neuropeptides, monoamines, excitatory amino acids and cholinergic transmitter systems in brain, carotid, body, sympathetic and sensory ganglia and in the heart. Evaluation of central and systemic mechanism for stimulants of abuse, antipsychotics, and other psychoactive agents

2. Receptors:
   - analysis of receptor binding properties of substance P, dopamine, cholinergic and serotonergic ligands using homogenate and autoradiographic techniques

3. Transmitter release:
   - analysis of transmitter release from brain and peripheral ganglia using superfusion, push/pull cannula and microdialysis techniques
   -analysis of transporter activity including transporter proteins for dopamine, serotonin, norepinephrine and glutamate
   -trafficking of plasmalemmal and vesicular transporters

4. Oxidative mechanisms and free radicals
   -formation of free radicals evaluated by analysis of free radical trapping

5. Tissue culture technique for the study of neuronal and glial elements of CNS and PNS neurons from sympathetic and sensory ganglia. Evaluation of ion fluxes, in particular calcium, sodium and potassium channels.

6. Electrophysiology in the study of sympathetic reflex systems.

7. Utah Population Data Base used for linkage studies between drugs of abuse and disease outcomes such as ADHD and Parkinson's disease

**Symposia Organized:**

| | |
|---|---|
| Topic: | Pharmacology and Toxicology of Amphetamine Analogs |
| Participants: | Lewis Seiden, Steve Peroutka, James Gibb, Chris Schmidt, Mark Molliver and Ray Fuller |
| Organization: | 1989 ASPET Meeting |
| Role: | Organized and Chaired Symposium |

| | |
|---|---|
| Topic: | Psychopharmacological Institute on Leisure and Mental Health |
| Meeting: | 1st Conference on Leisure and Mental Health - sponsored by College of Health, University of Utah |
| Participants: | Dr. Sydney Post, Dr. Laura Shane-McWhorter, Dr. Pablo Stewart, Bruce Chandler, Dr. Glen Hanson |
| Role: | Organized and implemented the Psychopharmacological sessions on July 9, 1992 at University Park Hotel. |

| | |
|---|---|
| Topic: | Neurotoxicity of Amphetamines |
| Participants: | Annette Fleckenstein, Chris Schmidt, Bryan Yamatoto, Lewis Seiden |
| Organization: | 1997 ASPET, San Diego, CA |
| Role: | Organized and Chaired Symposium |

| | |
|---|---|
| Topic: | The Neurotoxicity of Amphetamines and Related Stimulants |
| Meeting: | A 2-day colloquium supported by a NIDA-funded R-13 award and an ASPET award and held in Washington D.C. April 16,17, 1999 |
| Budget: | $50,000 |
| Participants: | James Gibb, Lewis Seiden, Charles Vorhees, James O'Callaghan, Glen Hanson, Bryan Yamamoto, Marc Caron, Syed Ali, Annette Fleckenstein, Glenn Dryhurst, Jean Lud Cadet, Donald Kuhn, George Ricaurte, Charles Schuster, Deborah Mash, and Stephen Kish |
| Role: | Co-chair and organizer with Dr. Donald Kuhn |

| | |
|---|---|
| Topic: | MDMA/Ecstasy Research: Advances, Challenges, Future Directions A 2-day conference supported by NIDA and held on the NIH Campus, July 19-20, 2001. |
| Participants: | The leading international researchers in MDMA research. The objective was to obtain an update of the latest research on MDMA at both the research and clinical level. Total attendance was 565. The opening address was by Dr. Alan Leshner (NIDA director); the keynote speaker was Dr. Ruth Kierschstein (acting NIH Director). |
| Role: | Co-organizer and conducted conference |

**Highlights of Invited Presentations (277):**

Ten lectures on drug abuse-related topics in "Introduction to Drugs and Society" class at BYU Hawaii University, Feb.-Mar. 2018

Substance Use Disorder & the Adolescent Brain-Why Do They Go Together? Salt Lake County Conference, Salt Lake City, Utah June 14, 2017.

FLOSS presentation- SAMSHA-HRSA, Center for Integrated Health Solutions. Webinar (~600 attendees),  June 13, 2017.

Substance Use Disorder & the Adolescent Brain-Why Do They Go Together? Utah County Conference, Provo, Utah June 5, 2017.

FLOSS Presentation, National Oral Health Coalition HRSA Panel Presentation. Albuquerque, April 25, 2017.

Build Up Your Teen Treatment IQ. ATTC Webinar. Jan. 17, 2017.

The Role of Drugs in Dentistry: their use, misuse, excuse and abuse. CE for the University of Utah School of Dentistry CE program. Oct. 13, 2016, Salt Lake City, UT.

Dental Relevance of Substance Use Dependence (SUD) and Rx Abuse-Role of Opioid Drug Management. University of Baylor, Texas A & M College of Dentistry. Faculty Development Seminar, July 15, 2016.

Prescription abuse in Dentistry. Utah Dental Assoc. Conference. April 9, 2015. ~150 attendees.

 The Biomedical Basis of Drug Addiction in Adolescents (4 hours presentation). ATTC, Cheyenne, Wyoming,  May 6, 2015**.**

Changing Landscape of Addiction.  Collaborative Perspectives on Addiction, 3rd Annual Meeting, American Psychological Association, Baltimore Maryland, March 7, 2015.

The Biomedical Basis of Drug Addiction in Adolescents (4 hours presentation). ATTC, Lander Wyoming, Aug. 5, 2014**.**

Prescription Drug Abuse. Surgical-Medical Society 69th Annual Conference, Ogden, Utah. May 16, 2014.

Drug Abuse: Role in Decision-Making. DCSF, Suicide Prevention. Oct. 29, 2013.  Provo, UT

Prescription abuse in Dentistry. Utah Dental Assoc. Conference. April 9, 2015. ~150 attendees.

Psychostimulants: Older Designer Skeletons Shrouded in New Cultural Phenomenon. Emerging Trends in the Abuse of Designer Drugs and Their Catastophic Health Effects: Update on Chemistry, Toxicology, Addiction Potential and Treatment. NIDS Conference. Washington D.C. July 26, 2013.

Management of Oral Pain: Prescription Abuse. University of Utah, School of Dentistry/Utah Dental Association Conference. April 19, 2013, St. George, Utah.

Role of Endogenous Neurotensin (NT) Systems in Extinction of Operant Behavior Associated With Methamphetamine (METH) of Food Self-Administration. 4th Annual IDARS meeting, Mexico City, Mexico, April 15-19, 2013.

Pain Medications: Therapy and Abuse. Utah Dental Association Convention, Salt Lake City, UT. Feb. 28, 2013.

Legalization of Marijuana: Fact and Fiction. Salt Lake County Conference on Family Health. Salt Lake City, UT. Feb. 2, 2013

Prescription Drug Abuse: Case, Consequence and Control. 27th Annual Update Conference in Physical Medicine and Rehabilitation. Park City, UT, Jan. 31, 2013.

Keynote Speaker: Neurobiological Basis of Poor Decision-Making by Adolescents. Suicide Prevention Conference. Brigham Young University, Provo Utah. November 30, 2012.

Pharmaceutical for Drug Abuse Therapy: How Does It Work?  Utah Fall Conference, St. George, UT, September 27,2012.

Prescription Abuse: Cause,  Consequences and Control. Keynote Talk, University of Utah School on Alcoholism and Other Drug Dependencies. University of Utah, Salt Lake City, UT June 18, 2012.

Neurophysiology of Addiction. Physicians' Track, University of Utah School on Alcoholism and Other Drug Dependencies. University of Utah, Salt Lake City, UT, June 18, 2012

Differential Roles of NT Systems in Maintenance, Extinction, & Reinstatement of METH Self-Administration. Winter Brain Conference. January 22, 2012, Alta Utah.

Drug Abuse: A Family Matter. 10th Anniversary Silverstein Lectures, Northwestern University, Chicago, October 26, 27, 2011. Two lectures

Brain Development, Drugs and Decision Making. 2011 Utah Fall Substance Abuse Conference, St. George, September 22, 2011. Two sessions.

Neurobiology of Addiction. Seminar to judge, court personnel and DCSF in Carbon County, Price, Utah. Sept. 9, 2011.

Prescription Drug Abuse/Addiction: Cause, Consequence and Control. UPhA (Utah Pharmacists Association) 2011 Conference, Salt Lake City, UT. August 13, 2011.

Presentation to the Utah medical Association on Senate bill SB61 to require 4 CEU hours on topics related to drug dependence/addiction every 2 years for prescribers/dispenser of prescription drugs to renew their Control Substance Licenses. Salt Lake City, UT, January 27, 2011

Presentation to Senate Health and Human Services Committee on bill SP61 to require those who prescribed or dispense prescription drugs to take at least 4 hrs CEU every 2 hours in order to renew their Controlled Substance license. January 2011.

The Science of Drug Abuse and Addiction. West Jordan High School, South Jordan Utah, January 20, 2011.

Report on Spice and its Regulation. Brown Bag meeting, Salt Lake City Government. November 19, 2010.

Prescription Abuse Problems. Parents' Night, Saratoga Springs. November 4, 2010.

Reducing Prescription Drug Abuse.  Juab Medical Coalition. Nephi, Utah. September 29, 2010.
Report on Spice, Salvia divinorum and Tramadol (Ultram). Utah Legislature Judiciary, Law Enforcement, and Criminal Justice Interim Committee. September 15, 2010

Reducing Prescription Drug Misuse and Abuse. Sevier County Drug Abuse Conference, Richfield, Utah. September 11, 2010.

Report on Spice, Salvia divinorum and Tramadol (Ultram). Utah Legislature HHS Interim Committee. June 23, 2010. Salt Lake City, Utah

Reducing Prescription Drug Misuse and Abuse. Two Bear River Health Department Seminars, Logan, Utah, April 29th and April 30th, 2010.

New Perspectives in Drug Addiction Diagnosis and Treatment. Behavioral Science & Health Senior Capstone lecture. University of Utah, March 30, 2010.

Drugs, Brains and Development. Keynote speaker. Utah State Office of Education Conference. St. George, UT. March 1, 2010.

The Science of Drug Abuse and Addiction. West Jordan High School, South Jordan Utah, February 11, 2010.

Prescription Abuse/Addiction Neurobiology: Call to Action. Utah State Legislature, Interim Committee. Salt Lake City, UT. Sept. 16, 2009.

Prescription Abuse: Morbidity and Consequences. Sevier County Workshops on Prescription Drug Abuse. Richfield, Utah. September 13, 2009.

Genetics and Prevention: The Trojan Horse or Marshall Plan. Georgia School of Addiction Studies. Savannah, Georgia, August 31-Sept. 1, 2009.

Role of Genetics in Prevention Studies. Georgia School of Addiction Studies. Savannah, Georgia, August 31-Sept. 1, 2009.

Treatment of the Future: Research Finds of the Brain and Genetics. NAADAC Conference. Salt Lake City, UT. August 21, 2009.

Cocaine Session. Chair. IDARS, Seoul S. Korea. August 18, 2009.

The Role of Neurotensin in Extinction of Methamphetamine Self Administration. IDARS, Seoul S. Korea. August 19, 2009.

Pharmaceutical: Basic Course of Addiction and Behavior. Utah Drug Endangered Children Conference. Westminster College. Salt Lake City, UT. August 5, 2009.

The Neurobiology of Addiction and Recovery: Application to Caregivers. Utah Drug Endangered Children Conference. Westminster College. Sal Lake City, UT. August 5, 2009.

Evolution of the Brain: Insights into Genetics, Health and Disease (Moderator and member of panel discussion). Not Just a Matter of Gray and White: Exploring the Importance of Evolution, Genes and Experience on Brain Development. National Children's Study, NIDA/NICHD. Washington D.C., July 9-10, 2009.

The Neurobiology of Recovery: Basis of Success and Failure. Water Conservancy staff Training, Heriman, UT. June 16, 2009.

**Keynote:**Addiction Vulnerabilities: Implications in Prevention. Midsouth Summer School on Alcohol and Other Drugs of Abuse, University of Arkansas, Little Rock. June 8, 2009.

Genetics and Prevention: The Trojan Horse or Marshall Plan. Midsouth Summer School on Alcohol and Other Drugs of Abuse, University of Arkansas, Little Rock. June 8, 2009.

Drug Abuse and Addiction. Water Conservancy Staff Training. Salt Lake City, UT. June 2, 2009.

Prescription Abuse and drug Disposal. Utah Hospital Association. Salt Lake City, May 29, 2009.

The Neurobiology of Drug Addiction: A Disease Model. Salt Lake Chamber. May 11, 2009.

Neurobiology of Recovery: Basis of Success and Failure. Annual Parental Defense Conference, April 23, 2009. Zermatt Resort, Midway, Utah

Prescription Abuse/Dependence. Pharmaceutical Drug Crime Training for Rocky Mountain High Intensity Drug Trafficking Area, Salt Lake City, UT. April 16, 2009.

Adolescents and Abuse of Opioid Narcotics. Prescription Pain Medication Management & Education Steering Committee, Utah Department of Health, Salt Lake City, UT. March 17, 2009.

METH Neurotoxicity and Its Long-term Effects: It's All In Your Head. Youth Services Training. Salt Lake City, March 17, 2009.

Effects of Nicotine on Limbic and Baal Ganglia Neuropeptide Systems. NIDA presentation, Bethesda, MD. Mar. 10, 2009.

Neurotensin, Mediator of Extinction to METH self-administration. NIDA presentation, Bethesda, MD, Mar. 11, 2009.

Prescription Abuse/Dependence. Legal Workshop. Sundance, UT. Nov. 8, 2008.

Neurotensin, mediator of extinction to METH self-administration. Department of Neuroscience, MUSC, Charleston S.C. Oct. 17, 2008.

The Neurobiology of Drug Addiction. College of Pharmacy, Mercer University. Oct. 20, 2008.

METH Neurotoxicity and Its Long-term Effects: It's All in Your Head. Cache County METH Family Workshop. Oct. 25, 2008.

METH Neurotoxicity and Its Long-term Effects: It's All in Your Head. Idaho Health Care Conference. Pocatello, Idaho, Oct. 23, 2008.

The Neurobiology of Recovery: Basis of Success and Failure. Drug Endangered Children, 5th National Conference. Salt Lake City, UT. Oct. 6, 2008.

The Moving Target of Addiction: Past, Present and ???. Keynote Talk. Utah Fall Conference on Substance Abuse. Layton, UT, Oct. 3, 2008.

The Link of Drug Abuse/Addiction With Psychiatric Disorder. Utah Fall Conference on Substance Abuse, Layton, UT. Oct. 2, 2008.

Neurobiology of Addiction: the Disease Model and Mental Health, Health Fair (substance abuse workers), Four Corners, Price Utah, Sept. 23, 2008.

METH Neurotoxicity and Its Long-term Effects: It's All in Your Head. Health Fair (Methamphetamine Families) Four Corners, Price Utah, Sept. 23, 2008

Abuse of Prescription Drugs: What health Providers Need to Know. Health Fair (Health Providers) Four Corners, Price Utah, Sept. 23, 2008.

Role of Genetics in Prevention Strategies. National Prevention Network 21st Annual Prevention Research Conference. Indianapolis, IN, August 26, 2008.

Addiction Vulnerabilities: Implication in Prevention. Keynote talk for National Network 21st Annual Prevention Research Conference. Indianapolis, IN, August 26, 2008.

Drug Addiction, cognition and vulnerabilities. Utah State Mental Hospital, Provo, UT. July 31, 2008.

Long-term Consequences of Substance Dependence, a Particular Problem of METH and Narcotics. Drug Recognition Conference, Utah State Drug Recognition Expert Program, Utah Highway Patrol. Logan, UT June 12, 2008.

NIDA 35th Anniversary. The National Institute on Drug Abuse at 35. Washington D.C., May 21, 2008.

METH Neurotoxicity and Its Long-term Effects: It's All In Your Head. Department of Juvenile Justice, Salt Lake City, UT. May 20, 2008.

METH Effects on Brain and Behavior. Meth and Families: All-Day Workshop. Weber Human Services. Ogden, UT May 17, 2008.

Understanding Drug Addiction, Town Meeting, Gunnison, Sanpete County, May 12, 2008.

The Neurobiology of Drug Abuse and Adolescents. Town Meeting, Pleasant Valley, Sanpete County. May 5, 2008.

METH Families presentation at Richfield activity Day, Richfield, Utah, April 19, 2008.

The Neurobiology of Drug Addiction: A Disease Model. Bingham Memorial Hospital CME. Blackfoot Idaho. March 27, 2008

Transporters of DA: Role in Neurotoxicity and Potential Target for Therapeutics. Finnegan Grand Rounds, Department of Psychiatry, University of Utah, Salt Lake City, UT. March 18, 2008.

Neurobiology of Addiction. Drugs Addiction, Therapy and Crime Conference, U of U Law School, March 13, 2008, Salt Lake City, UT.

The Neurobiology of Drug Addiction: A Disease Model. Distinguish Lecturer, Ohio State University, College of Pharmacy, March 6, 2008.

Methamphetamine-Damage Control: What Does it Really Do to the Brain? Brown Bag Presentation, Salt Lake City Mayor's Coalition on Alcohol, Tobacco and Other Drugs. Salt Lake City Building and local TV broadcasting. February 8, 2008.

Methamphetamine-Damage Control: What Does it Really Do to the Brain? Davis County School Administrators. Farmington, UT, Feb. 6, 2008.

The Biology of Addiction and Its Vulnerabilities. The Utah Department of Health's Tobacco Prevention and Control Program. Layton, UT Jan. 15, 2008.

If it is a disease, can we prevent it. Salt Lake County Substance Abuse System-Day Conference. Nov. 28, 2007, Salt Lake City, UT

Drug Abuse Update: Genetics of Treatment and Prevention. State of Utah Parole Board. Nov. 26, 2007.

The Role of Genetics in Prevention Strategies. Utah Fall Substance Abuse Conference, September 26-28, 2007. St. George, UT

Addiction, Prescription, Conviction: Intersection of Neurobiology, Medicine and the Law. University of Pharmacy Continuing Education Program. August 29, 2007 and Sept. 12, 2007, Salt Lake City and American Fork.

Drug Dependence: Long-Term Changes and Effects. In Search of Signatures of chronic Drug Use. NIDA, Sept. 5, 2007, Washington DC.

METH-damage control: What does it really do to the brain? METH and Families: All-Day Workshop for professionals. Provo UT, August 25, 2007.

Significance of differential responses by neurotensin systems to METH and cocaine self-administration: Therapeutic implications. International Drug Abuse Research Society (IDARS) 1 Aug. 14, 2007.

Singapore Arm Forces Medical Services Conference. Singapore Aug. July 30, 31. Two lectures were presented that included:
i. Understanding the Nature and Expression of Addiction.
ii. The Role of Biomedical Research in Developing More Effective Therapeutic Strategies for Addiction Disorders.

Thailand Ministry of Health Conference on Substance Abuse Aug. 2 and 3. Six lectures presented were the same as that presented in Taipei (see below).

Taipei Family Week. Taipei Taiwan, Aug. 9 & 10, 2007. Sponsored by City Government of Taipei. Six lectures presented including:

i. Neurobiological Basis of Addiction

ii. Developmental Windows: What makes adolescence a gateway to addiction & Comorbidity, the overlap of psychiatric diseases and SDD.

iii. Role of Poor Decision Management and Etiologies.

iv. How are SDDs defined and What is Their impact on Individual Users.

v. The Basis and Value of the Disease Model to Understand and Deal with SDDs.

vi. Individual-level strategies Including Behavioral and Medical Interventions. Where Do we Go From Here?

Neurobiology of Addiction/Physicians' section. University of Utah School on Alcoholism and other Drug Dependencies, 56th Annual Session. University of Utah, Salt Lake City, UT, June 25, 2007.

Neurobiology of Addiction/Dental and Treatment sections, University of Utah School on Alcoholism and other drug dependencies, 56th Annual Session, University of Utah, Salt Lake City, UT, June 25, 2007.

Substance Abuse and the Developing Brain: Why Do We Care?, Education/Prevention section, University of Utah School on Alcoholism and other Drug Dependencies, 56th Annual Session, University of Utah, Salt Lake City, UT, June 28, 2007.

The Neurobiology of Addiction: It is no Hokey Pokey. Key Note talk to Judges ASTAR Western Regional West/Northwest Boot Camp, Event 1 in the National Resource Judge Program. June 14, 2007, Seattle, WA, University of Washington Law School sponsor.

METH-damage control: What does it really do to the brain? METH and Families: All-Day Workshop for professionals. St. George UT, June 8, 2007.

METH-damage control: What does it really do to the brain? METH and Families: All-Day Workshop for families and METH users. St. George UT, June 9, 2007.

What Are They Thinking? Child Welfare Success-Children, Parents and You Conference. Child Welfare Institute. Salt Lake City, UT May 15, 2007

Adolescents, the Developing Brain, & Drugs of Abuse: A Recipe for Trouble. 28th Annual Troubled Youth Conference. Utah State Services, Snowbird, UT, May 10, 2007.

Methamphetamine Abuse and HIV Neuropathogenesis. Society of NeuroImmune Pharmacology. 13th Conf. Salt Lake City, April 12, 2007.

Understanding Substance Abuse & Addiction: Is it all in your head. Educational Resource Development a Council, March 26, 2007, University of Utah.

Drug Addiction and its Biology. Capstone seminar, University of Utah. Feb. 20, 2007.

Your Youth and Drugs. Young President Organization. University of Utah, Salt Lake City, UT, Feb. 15, 2007.

Development of Our Children and Drugs. Salt Lake County Council, Salt Lake City, UT Jan. 9, 2007.

Molecular Libraries Roadmap: Small Molecules, Big Science. Discussant and Co-chair. ACNP 31 (2006) Hollywood, Florida.

Two lectures on METH, the Brain and Behavior. National METH Awareness Day, Library Auditorium, SLC Library, Nov. 30, 2006.

METH and Families: All Day Workshop. Salt Lake City, UT. Sponsored by Governor Huntsman and Utah Department of Human Resources, Nov. 4, 2006.

Why Neurobiology is Important for Treatment. NIDA Blending Conference (*Blending Science and Practice: Bridges to the Future*) Seattle, WA,  Oct. 16, 2006.

The Neurobiology of Addiction. 4 talks to Maine Educator, Camden Physicians and Mental Health providers and Community members. Camden Maine, Oct. 5 & 6, 2006.

METH effects on Neurobiology and implication for treatment. ISAM meeting, O Porto Portugal, Sept. 27, 2006.

The Biology of Addiction. Western Regional Meeting of the Federation of State Physicians Health Plans. Bryce Canyon, Sept. 22, 2006.

The Why? And What? of Methamphetamine Abuse.  National WIC Association 2006 NWA Nutrition and Breastfeeding Conference. Sept. 21, 2006.

Drug Abuse and METH Addiction. Utah State Parole/Pardons Board. Salt Lake City, UT 9/18/06.

METH, Damage Control: What Does It Really Do to the Brain? Third Drug Endangered Children Conference. Westminister College, Salt Lake City, UT August 17, 2006.

Methamphetamine Addiction and Toxicity. Law Enforcement and Criminal Justice Interim committee, Utah State Legislature. July 19, 2006.

The Molecular Library Roadmap Initiative: An Overview. The NIH Roadmap and Neuroscience Blueprint. CPDD 68th, Scottsdale, Arizona, (June 17-22, 2006) pg. 6, 52.

Methamphetamine: The Here, the Now, and the Why? Annual Conference for Utah District Court Judges. May 25, 2006. Midway, UT

METH Addiction and Toxicity: Clinical Implications. Utah Methamphetamine Joint Task Force. May 15, 2006, Utah State Office Building, Salt Lake City, UT.

Addiction Medicine: What's New?" HIV/AIDS Quarterly Roundtable. Salt Lake City, April 20, 2006.

Methamphetamine, a Metabolic Stressor. Symposium Lecture at The 12th Meeting of the Society on Neuroimmune Pharmacology, Santa Fe, NM, April 7, 2006.

Methamphetamine addiction and its implications. Methamphetamine Issues in child Welfare Conference. Utah Court Improvement Program. Mar. 31, 2006 Park City, UT.

Neurotoxicity of Methamphetamine/ NeuroAids and Drug Abuse; NeuroAIDS, Drug Abuse, and Inflammmation: Building a Collaborative Research Agenda. NIDA Conference, Washington D.C., Mar. ,23, 2006.

Basic Brain Neuroanatomy and Neurochemistry: What's Going On Up There?. 8th Annual Fundamentals of Addiction Medicine. Seattle, WA, Mar. 2,3, 2006.

Brain Chemistry and Cognitive Function in Drug Abuse. Fundamentals of Addiction Medicine, Seattle, WA, Mar. 2,3, 2006.

Methamphetamine Pharmacology and Implications on Treatment. CTN Brainstorming Session on METH: Tying Up Loose Ends. ACNP meeting. Hawaii, Hilton Dec. 10, 2005.

2 talks for satellite meeting at AAPS in Nashville Nov. 4 and 5 2005. 1st talk on NIDA and Roadmap. 2nd talk on METH toxicity.

Cognitive Development & Vulnerability to Addiciton-Why Kids are such Lousy Decision Makers. Critical Issues Facing Children & Adolescents, Salt Lake City, UT Nov. 1, 2005.

Methamphetamine and Addiction: the Double Whammy. Joining Forces Conference. Salt Lake City, UT Oct. 3, 2005.

NIH Reauthorization: Why Should We Care? University of Utah Department Chairs Meeting. Salt City, UT. Oct. 3, 2005.

Cognitive Approaches to Addiction: Progress and Pitfalls. NIDA Conference. Chair discussion panel on "What drug abuse brings to the cognitive sciences." Wasington D.C., Sept. 12 & 13, 2005.

Cellular Events Leading to Methamphetamine-induced DA Neurotoxicity. ISN, European Society for Neurochemistry. Cellular and Molecular Mechanisms of Drugs of Abuse and Neurotoxicity. Venice, Isola di San Servolo, Italy. August 16-19, 2005.

Neuropeptide Systems: Targets for Drug Addiction Therapy. Review and Evaluation of NIDA targets for Potential NIH Roadmap Library Screening. Satellite of CPDD, Orlando, Florida, June 17, 2005.

The Neurobiology of Drug Addiction: A Disease Model. Grand Rounds (Internal Medicine), University of Utah, Salt Lake City, UT May 26, 2005

Drug Abuse and Mental Illness: How and Why They are Linked. Utah Spring Mental Health Conference 2005, Park City, May 19, 2005.

Missed Opportunity: Substance Abuse and Primary Care Detection and Treatment. CASA Conference, Missed Opportunity. The Barbara Jordan Conference Center, Washington D.C., April 22, 005.

The Neurobiology of Methamphetamine-induced Neurotoxicity. Seminar speaker for the Department of Pharmacology and Toxicology at Virginia Commonwealth University, Richmond, VA, April 12, 2005.

Drug Abuse and Mental Illness: How and Why They Are Linked. Methamphetamine Response: A Multi-Discipline Approach. Tennessee Alliance, Nashville TN, March 29, 2005

The Neurobiology of Methamphetamine Neurotoxicity. Methamphetamine Research Workgroup. NIDA/UCLA, Los Angeles, March 9, 2005.

The Pathology of Addiction: What's Up With the Brain. 7th Annual Fundamentals of Addiction Medicine. Seattle, WA, March 3, 2005.

Drug Addiction: It is All in Your Head. Salt Lake City Mayor's Drug, Alcohol and Tobacco Coalition. Salt Lake City, UT. Feb. 12, 2005.

Your Brain on Nicotine. Turning Up the Volume on Tobacco Control. Utah Department of Health Tobacco prevention and Control Program. Sheraton City Center, SLC UT, Jan. 20. 2005.

NIH Roadmap: The Journey and Road Hazards. HCI Director's Lecture. University of Utah, Nov. 17, 2004.

Neurobiology of Addiction. Summit Foundation, Las Vegas, October 29, 2004.

What do we know about the neurobiology of addiction: Does it matter? 36th Summer CASAT Institute, Las Vegas, August 2, 2004.

The Role of Drugs in Adolescent Emotional Trauma. Intermountain Trauma Network, Salt Lake City, UT, July 16, 2004.

The Role of VMAT-2 Dynamics in the Neurotoxicity of the Amphetamines. Frontiers in Addiction Biology: Genomics and Beyond, Vanderbilt University Summer Conference, Nashville, TN May 24-26, 2004.

Basic Neurobiology and Its Correlation wit Co-Morbidity. Utah State Spring Mental Health Conference, 2004. Ogden, UT, May 19, 2004

Drug Addiction: Criminal Justice Vs. Science in the impact on Public Policy. Behavioral Science and Health Senior Capstone. University of Utah, April 6, 2004.

Progress and Priorities at NIDA. Keynote Address, Society on NeuroImmune Pharmacology, SNIP, 10th annual meeting on Neuroimmune circuits and infectious diseases. Santa Fe, NM, 2004.

Methamphetamine and Its Role in Addiction. Advances in Psychopharmacology 2004 Conference, Department of Veterans Affairs, Salt Lake City, UT

Psychostimulant-induced Alterations of Monoamine Transport: Mechanisms and Implications for Neurotoxicity. Kevin Finnegan Memorial Lecture. Department of Psychiatry, University of Utah, Mar. 4, 2004.

Methamphetamine 101-Chemistry of Meth, Tennessee's 1st Annual conference, Methamphetamine Response: A Multidiscipline Approach to Protecting Tennessee Communities. Nashville, TN, Dec. 2, 2003.

The Neurobiology of Addiction and Social Policy. Society for Neuroscience Annual Meeting, 2003, Social Issues Roundtable. New Orleans, LA

The Neurobiology of Addiction, Minorities and Social Policy. Society for Neuroscience Annual Meeting, 2003, Minority Issues in Neuroscience, New Orleans, LA.

Neurobiology of Addiction. Invited Seminar for the Huntsman Cancer Lecture Series. October 15, 2003.

The Neurobiology of Addiction. Invited lecturer for Genetics and Addiction Master Teacher Program. July 14-19, 2003, University of Utah, Salt Lake City, Utah.

Marijuana and Kids. Part of an expert panel for ONDCP Anti-Drug Media Campaign, the Marijuana Initiative. July 9, 2003. Salt Lake City, UT.

The Neurobiology of Addiction: What Does It Mean for Children and Adolescents. Drug Endangered Children Conference, Idaho. July 8-10, 2003, Boise, ID.

The Neurological Consequences of Methamphetamine Use. Drug Endangered Children Conference, Idaho. July 8-10, 2003, Boise ID.

Overview on Frontal/Prefrontal Functioning. Developing Behavioral Treatments for Drug Abusers with Cognitive Impairments. NIDA Conference, Washington D.C. June 4-5, 2003.

Methamphetamine Neurotoxicity and Long-term Consequences. Drug Endangered Children, Salt Lake City, UT, March 27, 2003.

Endangered Children and Drug Addiction: Keynote Talk. Drug Endangered Children, Salt Lake City, UT, March 27, 2003.

CTN National Steering Committee Meeting, NIDA Director's Report. Albuquerque, NM, March 25, 2003.

Introduction, Stress and the Brain. NIH Symposium for Brain Awareness Week, NIH, Bethesda, MD, March 12, 2003.

Beyond Clinical Walls: Expanding Mental Health, Drug and Alcohol Services Research Outside the Specialty Care System. NIMH, NIDA and NIAAA sponsored Conference "Beyond the Clinical Walls", March 10th, 2003, Washington D.C.

Drugs and Pain: Substance Abuse, Addiction and Pain Management. Keynote address at CASA Conference, Feeling No Pain: Substance Abuse, Addiction and Pain Management. New York, Feb. 27, 2003.

Understanding & Treating Drug Abuse and Addiction: What Can Pharmacologists Do? 2003 Annual Meeting of the Association for Medical School Pharmacology. Tucson, Feb. 1, 2003.

Drug Abuse: Morality versus Medicine, Proper Perspective. Town Meeting, Winterbrain, Salt Lake City, Jan. 28, 2003

The Neurobiology of Relapse: Neuroscience Advances and Opportunities. Society of Neuroscience, 28th annual meeting, 2002, Orlando Florida.

How the science of stress and substance abuse can influence treatment. International Society for Traumatic Stress Studies 18th Annual Conference, Baltimore MD, 2002.

Neuropeptides, a role in drug addiction. Satellite, Society of Neuroscience, 28th annual meeting. Orlando, FL, Nov. 2, 2002.

Biology of Substance Abuse, Dual Diagnosis Workshop VA, SLC Health Care System. Salt Lake City, UT, Nov. 1, 2002

Amphetamine, methamphetamine, MDMA and steroids, ASAM Review Course in Addiction Medicine. Chicago, IL, October 26, 2002.

NIDA Director's Report, CTN Steering Committee Meeting, Bethesda, MD, October 22, 2002.

New Research at NIDA, CSAM, Newport Beach, CA, October 11, 2002.

Addiction Medicine Review Course: Cocaine and Methamphetamine, CSAM, Newport Beach, CA, October 12, 2002.

Drugs of Abuse and the Immune System: What do we know about their interactions. Society on NeuroImmune Pharmacology, 9th Conference. Clearwater Beach, Florida, October 5, 2002.

Blending Research on Drug Abuse and Mental Health Into Clinical Practice with Latinos. Eighth Annual Latino Behavioral Health Institute, Universal City, CA, Sept. 24-26, 2002.

Hispanic Drug Abuse Research, Advancing the Field-Keynote. Second National Conference Hispanic Drug Abuse Research: Advancing the Field. Universal City, CA, Sept. 26-28, 2002.

Club Drug Use. Rocky Mountain Club Drug Conference. Ft. Collins, CO, September 25, 2002.

New Trends in Drug Abuse. Western Hemisphere Drug Policy Leadership Conference. Washington D.C., September 17, 2002.

Understanding Drug Abuse and Addiction: What Can Psychologists Do?. APA Annual Convention. Chicago, August 22, 2002.

The Neurological Consequences of Club Drug Use. Club Drugs: It's More than just Ecstasy. ADAD Research Forum. Colorado Depart. Of Human Services. Denver Colorado, July 18, 2002.

Clarifying the Controversy about Whether Drug Abuse Influences AIDS Progression. Chair Satellite Session. XIV International AIDS Conference, July 7-11, 2002.

Psychostimulant Abuse and HIV Risk. Chair Satellite Session. XIV International AIDS Conference, July 7-11, 2002.

Determinants of HIV Infection Among IDUs. Chaired Oral Abstract Session. XIV International AIDS Conference, July 7-11, 2002.

The Role of NIDA and the NIH Structure. Department of Pharmacology and Toxicology Seminiar, University of Utah. Salt Lake City, June 17, 2002.

Strategies Against Addiction: Medication Development. International Conference on Neuroscience and Addictions: New Developments, New Hopes. Mexico City, June 24, 2002.

Discussant, and Co-chair on the Symposium, Neuropeptidergic responses to psychostimulant drugs of abuse: strategies for drug development. CPDD, Quebec City, Canada, 2002.

Testimony before Canadian Senatorial Committee on Legalization of Marijuana, Ottawa, Canada, 2002

Report from the National Institute on Drug Abuse. CPDD, Quebec City, Canada, 2002.

Molecular Underpinnings of methamphetamine-related neurotoxicity. Neurotoxicity of Methamphetamine Symposium, The HIV Neurobehavioral Research Center and the Scripps Research Intitute, San Diego, May 29, 2002.

Novel Effect of Psychostimulants on Monoamine Transporters: A New perspective on Drug Trafficking. Boston University Grand Rounds. Boston, MA, May 8, 2002.

The Process of Addiction: How Does Methamphetamine Fit? NIDA Methamphetamine Clinical Trials Group Meeting. Honolulu, HI, May 9, 2002.

Putting Drug Abuse Research to Use in Real-life Settings. Keynote speaker for Blending Clinical Practice & Research, March 14,15, 2002, New York City.

Nicotine Addiction and NIDA. SRNT (Society for Research on Nicotine and Tobacco) 8th National Conference. February 22, 2002, Savannah, GA

Drug Abuse and Addiction, the State of the Science. National Association of Alcohol of Drug Abuse Counselors (NAADAC). Washington D.C., February 25, 2002.

NIDA Director's Report. CTN Steering  Committee  Conference. Charlestown, SC. January 16, 2002.

NIDA update. 5th NIDA Constituency Conference. Virginia. December 3, 2001.

Drug-Seeking Behavior and the Transition to Dependence (moderator and introduction). November 2, 2001. The State of the Art in Addiction Medicine—from Molecules to Managed Care, American Society of Addiction Medicine (ASAM), Washington D.C.

Basic Neurobiology of Addiction. September 12, 2001. Clinical Trial Networks Workshop. National Institute on Drug Abuse, Washington D.C.

Ecstasy: A preclinical evaluation of its potential for neurotoxicity. September 6, 2001. Presented at the U.S.-Netherlands Workshop on Bi-national Research Colloboration on Drug Abuse and Drug Addiction. NIDA-sponsored, Rocky Gap, Cumberland MD.

Overview of MDMA-induced persistent neurotoxicity: Preclinical perspectives. July 20, 2001. Presented at "MDMA/Ecstasy Research: Advances, Challenges, Future Directions" Conference. NIDA-sponsored on NIH campus.

Drug Abuse; A Federal Perspective. April 10, 2001, Motivational Workshop, a joint symposium of the Addiction Research and Education Center (AREC) and the Callister Foundation, University of Utah, Salt Lake City, UT

Effects of Psychostimulants on Monoamine Transporters. February 12, 2001, Psychiatry Grand Rounds, University of Utah.

21st Annual Conference of Agencies and Organizations Serving Troubled Youth. May 11, 2000, Snowdird, UT, Presentation: Drug Abuse: The Role of Brain Chemistry.

Drug Abuse and the Brain. Continuing education presentation to Jordan School District Psychologists and Social Workers, Salt Lake City, May 5, 2000.

Methamphetamine-induced Persistent Deficits in Monoamine Systems and Their Consequences. In: "Chemical Research on the Toxicology of Drugs of Abuse," ACS, San Francisco, Mar. 26, 27, 2000.

Methamphetamine Toxicity. In "METH Think Tank" sponsored by NIDA, Division of Treatment and Development. Washington D.C., Jan. 14, 2000.

Critical Issues in Children and Adolescents, Sept. 3, 1999, Salt Lake City, UT: Keynote Speaker-"Drugs of Abuse".

20th Annual Conference of Agencies and Organizations Serving Troubled Youth. May 13, 1999, Snowdird, UT, Presentation: Drug Abuse: So What's Up in the Brain.

Special Colloquium: "The Neurotoxicity of Amphetamines and Related Stimulants" supported by an R13 (National Institute on Drug Abuse). Title is "The dopamine neuronal system: target and mediator and mediator of amphetamine-induced neurotoxicity." ASPET. Washington D.C., April 16, 17, 1999.

Michigan State University, invited speaker: Methamphetamine Story: the short and long of it. Lansing MI, March 9, 1999.

ACNP (American College of Neuropsychopharmacology) 36th Meeting: Methamphetamine-induced free radical formation: Impact on monoaminergic transporters and enzymes. Hawaii, Dec. 6-14, 1997.

Wayne State University, Grand Round Presentation, School of Medicine: Methamphetamine-induced reactive oxygen species (ROS) cause selective and reversible monoaminergic changes." Detroit, November 12, 1997.

ISN Satellite Meeting, Cellular and Molecular Mechanisms of Drugs of Abuse: Cocaine, Ibogaine and Substituted Amphetamine: "Methamphetamine-induced rapid and reversible decrease in dopamine transporter activity: An oxidative consequence." Hamilton, Bermuda, July 1997.

The Art and Science of Pediatric Nursing, Issues in the 90's: "Over the Counter Drugs: What's New, What's Hot, What's Not." Park City, 1997.

Utah Dental Assoc. Convention, Feb. 1997, Salt Lake City: "Pharmacological Principles and Agents Used in Modern Dentistry."

Pediatric Continuing Education, Apr., 1997, Park City: "Over the Counter Drugs: What's New, What's Hot, What's Not."

The 8th Catecholamine Symposium, Asilomar, Oct. 1996: ""Psychostimulants and Neuropeptides."

Summer Neuropeptide Conference, June, 1996, Martha's Vineyard: "Interaction between Neurotensin Systems and the Stimulants of Abuse."

University of Utah, 1996 Health Sciences Academy, topic: Drug Abuse, April 20, 1996.

University of Utah, Neuroscience Snowbird Minisymposium, May 12, 1995: "The Role of Dopamine in Methamphetamine Neurotoxicity".

CPDD 55th Annual Scientific Meeting, June, 1993: "The Role of NMDA Receptors Systems in Neuropeptide Responses to Stimulants of Abuse". In Toronto, Canada.

The 1st International Conference on Leisure and Mental Health, July 9, 1992: "The Basis of Psychoactive Drugs".

Frontiers in Neuroscience lecture series, University of Utah, "Dopamine regulation of extrapyramidal and Limbic Neurotensin Systems", Oct. 24, 1991.

2nd International Conference on Neurotensin, July, 1991: Responses of limbic and extrapyramidal neurotensin systems to stimulants of abuse: involvement of dopaminergic mechanisms. In Palm Beach, Florida.

C.E. Seminar; "Drugs on the Limbic System: from Agony to Ecstasy". University of Utah, College of Pharmacy, June 1, 1991.

Davis Dental Association in Bountiful, Utah.  "Use of therapeutic agents in dental practice".  September, 1990.

Seminar; "Interactions between dopamine and neuropeptides in limbic and extrapyramidal structures".  Department of Zoology, Brigham Young University.  December 6, 1990.

Project "Fun" (University of Utah service project to elderly in Salt Lake City Community) - lecture to elderly on "Use of Common Drugs": September, 1990 and May, 1991.  Also lectured to National Society of the Sons of Utah Pioneers on Drugs in the Elderly, Sept. 1991.

American Association of Colleges of Pharmacy (AACP) 91st Annual Meeting.  Presentation Title: Neuropeptides: Today's Modulators, Tomorrow's Therapeutics?  Salt Lake City, Utah, July 8, 1990.

Mountain West Chapter of the Society of Toxicology, VIth Annual Meeting.  Presentation Title: Human and Animal Neurotoxicity from Drugs of Abuse and their Metabolites.  University of Utah, College of Pharmacy, Sept. 22, 1988.

National Institute on Drug Abuse Technical Review: Pharmacology and Toxicology of Amphetamine and Related Designer Drugs.  Presentation Title - Effects of Amphetamine and Related Analogs on Brain Peptidergic Systems. NIH, Bethesda, MD, August 3, 1988.

**Research Support**

1.  Grants:

    a.  Institutional Award (University of Utah College of Medicine)
        "Dopaminergic regulation of striatal-nigral SP pathways"
        Principal Investigator: Glen R. Hanson
        March 1981 - February 1982
        $15,000

    b.  RO3 MH37762-01
        "Cholinergic link in dopamine/substance P interactions".
        Principal Investigator: Glen R. Hanson
        September 1982-August 1983
        $15,000

    c.  RO3 MH40175-01
        "Effect of dopamine systems on nigral SP release
        Principal Investigator: Glen R. Hanson
        September 1984-August 1985
        $15,000

    d.  RO1 DA-00869-AOA1
        "Drug Abuse and Regulatory Enzymes of Biogenic Amines"
        Coinvestigator: Glen R. Hanson
        July 1, 1984 - June 30, 1987
        $271,000

    e.  RO1 DA-04222-01
        "Neurochemical Alterations by Designer Drugs"
        Co-principal Investigator: Glen R. Hanson
        August 1, 1986 - July 31, 1989
        $247,000

    f.  RO1 DA00869-13
        "Drug Abuse and Regulatory Enzymes of Biogenic Amines"
        Coinvestigator: Glen R. Hanson
        July 1, 1987 - June 30, 1990
        $382,000

    g.  RO1 DA04222-04
        "Neurochemical Alterations by Designer Drugs"
        Co-principal Investigator: Glen R. Hanson
        Sept. 1, 1989 - Aug. 30, 1994
        $505,414

    h.  RO1 DA00869-16
        "Drug Abuse and Regulatory Enzymes of Biogenic Amines"
        Co-principal Investigator: Glen R. Hanson
        July 1, 1990 - June 30, 1993
        $377,000

i.    RO1 DA00869-19
"Drug Abuse and Regulatory Enzymes of Biogenic Amines"
Co-principal Investigator/Principal Invest. (1995-1997):  Glen R. Hanson
Jan. 1, 1994 - May 30, 1997
$351,598

j.    RO1 DA04222-09
"Neurochemical Alterations by Designer Drugs"
Co-principal Investigator/Principal Invest. (1995-1997):  Glen R. Hanson
Oct. 1, 1994 - Sept. 30, 1997
$302,821

k.    RO1 DA09407-01
"Role of Neurotensin in Methamphetamine Effects"
Principal Investigator:  Glen Hanson
April 1, 1995 - March 31, 1998
$296,558

l.    RO1 DA 09407-01
Underrepresented minority supplement/faculty
Principal Investigator:  Glen R. Hanson
Sept. 1, 1995-March 31, 1998
$125,000

m.    RO1 DA 00869-21
"Drug Abuse and Regulatory Enzymes of Biogenic Amines"
Principal Investigator:  Glen R. Hanson
July 1, 1997 - June 30, 2000
$406,000

n.    RO1 DA 09407-03
Underrepresented minority supplement/undergraduate student
Principal Investigator:  Glen R. Hanson
June 1, 1997 - Aug. 30, 1997
$8,000

o.    RO1 DA 00869-22
"Drug Abuse and Regulatory Enzymes of Biogenic Amines"
Principal Investigator:  Glen R. Hanson
June 1, 1997 - May 30, 2000
$599,477

p.    RO1 DA 04222-12
"Neurochemical Alterations by Designer Drugs"
Principal Investigator:  Glen R. Hanson
Oct. 1, 1997 - Sept. 30, 2000
$492,000

q.    RO1 DA 09407-04

"Role of Neurotensin in Methamphetamine Effects"
Principal Investigator:  Glen Hanson
April 1, 1998 - March 31, 2003
$1,010,981

r.   K05 DA 00378
     Senior Scientist Award
     Principal Investigator: Glen R. Hanson
     August 1, 1998-July 31, 2003
     $533,074

s.   R01 DA 00869-23S1
     Underrepresented minority supplement/undergraduate student
     Principal Investigator:  Glen R. Hanson
     June 1, 1998 - Aug. 30, 1998
     $9,900

t.   R13
     The Neurotoxicity of Amphetamines and Related Stimulants
     Principal Investigator: Donald Kuhn (my role was co-organizer)
     $15,000

u.   RO1 DA 00869-25
     "Drug Abuse and Regulatory Enzymes of Biogenic Amines
     Principal Investigator: Glen R. Hanson
     June 1, 2000-May 31, 2005
     $1,224,250

v.   RO1 DA 04222-15
     "Neurochemical Alterations by Designer Drugs"
     Principal Investigator:  Annette Fleckenstein/James Gibb
     My role: Co-investigator
     Oct. 1, 2000 - Sept. 30, 2005
     $936,875

w.   P01 DA13367-01
     "Differential Effects of Methamphetamine and Cocaine"
     Principal Investigator: Glen R. Hanson/James W. Gibb
     September 1, 2001- August 31, 2006
     $5,200,309

x.   IPA support (NIDA)
     Salary support as Director of the Division of Neuroscience and Behavioral Research
     NIDA
     September 1, 2000-December 1, 2001
     $258,000

y.   IPA support (NIDA)

Salary support as the acting Director of the National Institute on Drug Abuse, NIH
December 1, 2001-April, 2003
~$260,000

z. IPA support (NIDA)
Salary support as Associate Director for Neuroscience and Translation, NIDA
May 1, 2003-2010
~$90,000

aa. RO1 DA 09407-08
Role of Neurotensin in Methamphetamine Effects
Principal Investigator: Glen Hanson
September 1, 2003-August 30, 2008
$1,499,000

bb. Focused Giving, Johnson and Johnson
Methylphenidate-induced Attenuation of Dopaminergic Neuronal Degeneration:
Implications for Treatment of Parkinson's Disease
Project Director: Annette Fleckenstein (Hanson co-director)
$246,000 (Jan. 2004-Dec. 2006).

cc R01 DA 04222
"Neurochemical Alterations by Designer Drugs"
Principal Investigator: Glen Hanson
August 1, 2005-July 31, 2010
$1,121,250

dd. K05 DA 00378
Senior Scientist Award
Principal Investigator: Glen R. Hanson
September 1, 2007-August 31, 2012
$533,074

ee. P01 DA13367-06-10
"Differential Effects of Methamphetamine and Cocaine"
Principal Investigators: Glen R. Hanson/James W. Gibb
May 1, 2008- April 30, 2013
$5,100,000

ff. RO1 DA 00869-26-30
Coinvestigator
"Drug Abuse and Regulatory Enzymes of Biogenic Amines
Principal Investigator: Annette Fleckenstein
April 1, 2005-March 31, 2010
$1,400,000

gg. R01 DA031883
"Role of Neurotensin Systems in Methamphetamine Self-Administration"

Principal Investigator: Glen R. Hanson
April 1, 2012-March 31, 2017
$1,567,402.

hh. UR1T1024228 (SAMHSA/NIDA)
Director of the Utah Addiction Center, home of the regional 8 ATTC
"Region 8 Addiction Technology Transfer Center"
Project Director: Dr. Barbara Sullivan
September 1, 2012-August 31, 2017
$3,575,000

ii. T12HP28887-01-00 (HRSA-Health Resources and Services Administration)
Facilitating Lifetime of Oral Health Sustainability for Substance Use Disorder Patients
(FLOSS)
Director: Glen R. Hanson
9/1/2015-8/31/2018
$1,500,000.

jj. R01 DA……Designer Psychostimulants….
Principal Investigator: Annette Fleckenstein
Co-I: Glen R. Hanson
April 1, 2017-March 31, 2022
$1,500,000

kk. 1H79SP080971 (SAMSHA)
Provide Training and Technical Assistance to Pre-professionals and Professionals in
Substance Abuse Prevention Field: Including Education, Behavioral Health, and Primary
Healthcare.
Region #8 PTTC (Prevention Technology Transfer Center)
Senior Advisor: Glen R. Hanson
10/1/2/18-9/30/23
~$3,000,000                                                                 .

**TOTAL GRANT SUPPORT = ~$33,000,000**

2.    Contracts
      a.    Co-director
            Genentech contract - Toxicological study of human serum albumin
            Jan. 1985 - Dec. 1985
            $28,099

      b.    Director

Genentech contract - Study of CNS regeneration
Jan. 1989 - Dec. 1989
$40,000

c. Director
Marion Pharmaceuticals - Effect of TA 3090 on CNS neuropeptide Y systems
May, 1990 - April, 1991
$42,000

d. Director
Cognetix - Conopeptides and Dopamine Disorders
Jan. 1997 - present
$30,000

## Collaborations

a. Study of role of neuropeptides in carotid body and superior cervical ganglia. Collaboration with Dr. Salvatore Fidone (Physiology).
    1983 -1995

b. Role of V.I.P. and neuropeptide Y in cardiac function. Collaboration with Drs. Fred Anderson and Michael Bristow (Cardiology)
    1985 - 1999

c. Mechanisms of stimulant-induced seizures. Collaboration with Dr. Steve White
    1990-present

d. Neuropeptide role in hypoxia-induced neuronal damage. Collaboration with Dr. Fran Filloux (Neurology)
    1991

e. Differential responses of neuropeptides to dopamine regulation in rat and mouse. Collaboration with Dr. Pat Sonsalla, Rutgers University, 1992

f. Regulation of Neurotensin synthesis by dopamine pathways. Collaboration with Drs. Dan Dorsa and Kalpana Merchant, University of Washington, 1996.

g. Role of Neurotensin and Substance P in variability of responses to novelty. Peter Kalivas, Washington State, 1996.

h. Role of DARPP-32 in neuropeptide response to METH, Alan Feinberg, Paul Greengard, the Rockefeller University, 1996-1999.

i. Effects of drugs of abuse on neuropeptide systems in humans. Steven Kish, Clark Institute, Toronto, Ontario Canada, 1997-present.

j. Affect of neurotensin agonists of neuropeptide responses. Ariel Deutch, Vanderbilt University, 1997-1998.

k. Effect of conontokin G on neurotensin responses to METH. Tyler McCabe, Cognetix. 1997-1999.

l. Functional connections of VTA neurotensin systems. Scot Zahm. 2001-2002

## Teaching Experience

1. 1981 - 1998: Course master for *Common Medicines*/Lib. Ed., Phcl. 370R (taught Fall, Winter & Spring) - Average enrollment: 400 undergraduate students each quarter
   * This course alone accounts for almost 25% of the student credits for the entire College of Pharmacy.

2. 1998-2000: Course master for *Common Medicines.* Ph Tx 2700 (taught Fall and Winter semesters). This course has an average of 250 students per semester.

3. 1989 - 1998: Telecommunications course on *Common Medicines*. This Course was broadcast throughout Northern Utah.

4. 1989 - 1999: Developed and administer correspondence course of *Common Medicines*/Lib. Ed. 370.

5. 1982 - 2000: Course master for *Community and Preventive Dentistry*/114 (taught Fall): first year dental students.

6. 1981 – 2000, 2003-present: Contributing lecturer
   - *Pharmacology* 601 and 602 (medical students)
   - *Pharmacology* 571, 573 and 599 (pharmacy students)

8. 1985 – 2000, 2003-present: *Methods in Neuroscience/Neuroscience* 602 (contributing lecturer for graduate students)

9. 1981 – 2000, 2003-present: *Neuropharmacology* 727 (contributing lecturer for graduate students)

10. 1989 – 2000, 2003-present: *Advances in Neuropharmacology* 728 (contributing lecturer; graduate students).

11. 1993 - 1999: *Psychopharmacology* (687R) at Brigham Young University (course master; graduate students in clinical psychology).

12. 1994 - 1995: *Advanced Behavioral Neurobiology* (684) at Brigham Young University (course master; graduate students in clinical psychology).

13. 1995 – 2000, 2003-2014: *Pathophysiology* (PhTx 561) - Directed neuro- & psycho-pathology section (pharmacy students).

14. 2014-present: Evidence-Based Learning (Dent 7110); Course Master- Introduction for D1 dental students to evaluating and understanding the scientific literature using biostatistical approaches.

15. 2014-present: Human Disease and Therapeutics (Dent 7204); Course Master and developer- 10 semester credits- Integrative course to D2 dental students on general pathology and pharmacology.

16. 2016: Dental Anesthesia (Dent 7157); Course Master- Introduction course to D1 dental students concerning local anesthetics and their use in dental practice

## Institutional Service

1. College

| | |
|---|---|
| 1981-1993 | Member of Committee for Continuing Education |
| 1982-1983 | Member of Curriculum Committee |
| 1987-1999 | Member of Admissions Committee for College of Pharmacy |
| 1990-1991 | Search Committee for Chair of Pharmacy Practice |
| 1991-1992 | Institute Director of Psychopharmacological Intervention Institute; Leisure and Mental Health, International Conference |
| 1992-1993 | Member of the Curriculum Committee |
| 1993 | Search Committee for Dean of College of Pharmacy |
| 1999 | Academic Awards Committee |

2. Department

| | |
|---|---|
| 1986-1988 | Chairman of Seminar Committee |
| 1987 | Member of Selection Committee for faculty position in Department |
| 1988 | Chairman of Selection Committee for faculty positions in Department |
| 1989-1996 | Member of Graduate Student Recruitment Committee |
| 1990-1995 | Director of Department Undergraduate Summer Research Program |
| 1992 | Chairman of the Department Retention, Promotion and Tenure Committee |
| 1993-1996 | Graduate Training Committee |
| 1994 | Member of Selection Committee for faculty position in Department |
| 1995 | Chairman of the Department Retention, Promotion and Tenure Committee |
| 1997 | Chairman of Task Force on Faculty Development |
| 1999 | Member of Search Committee for Director of CHT |
| 2007 | Chairman of the Department Retention, Promotion and Tenure Committee |

3. University

| | |
|---|---|
| 1990-1995 | Member of Undergraduate Council |
| 1991-1992 | Coordinator of the Psychopharmacological Intervention Institute. One of 6 major institutes to be offered during the First International Conference on Leisure and Mental Health. July, 1992. |
| 1992-1993 | Revision of Graduate Requirements Task Force (Member). |
| 1993-1997 | Member of Credits and Admissions Committee |
| 1994-1995 | Curriculum Committee Neuroscience program |
| 1994-1997 | Biosafety Committee |
| 1994 | Task force on "Lecturer Rank" (member) |
| 1995-1996 | Steering Committee Neuroscience program |
| 1997-1998 | University Research Council |
| 1997-2000 | Area Committee for Intellectual Explorations Course Selection/Physical & Life Science Area (establish policy and conduct evaluations for the science component of the University's General Education undergraduate requirement) |
| 1999- | Initiator and member of the organizing committee for the Addiction Research and Education Center (AREC). AREC was officially given Center status September 1, 2000. Dr. James Gibb |

became interim director until I return from my appointment at NIDA (from Sept. 1, 2000-Sept., 2003)

## Mentoring

1. Advisor for Postdoctoral Fellows

    a. Dr. Michel Johnson/1984-1987
    b. Dr. Anita Letter/1985-1987
    c. Dr. Annette Fleckenstein/1995-1996 (NRSA Fellow/NIDA supported)
    d Dr. Wenhau Huang/1995-1997
    e. Dr. Jerry Kokoshka/1998-1999

2. Advisor for Graduate Students

-Doctoral Dissertation Advisor:

a. Patricia Sonsalla/received Ph.D. degree - Spring, 1985.
b. Mario Alburges/received Ph.D. degree - Spring, 1988.
c. Kalpana Merchant/received Ph.D. degree - Spring, 1989.
d. Nanda Singh/received Ph.D. degree - Winter, 1992.
e. Lee Midgley/received Ph.D. degree - Winter, 1993.
f. John Wagstaff/received Ph.D. degree - Summer 1995; (Awarded PRAT postdoctoral fellowship at NIH, 1995-1998).
g. Melanie Gygi/Summer 1996; (Awarded NIDA National Res. Service Award for graduate students, 1995-1996).
h. Jerry Kokoshka Ph.D. 1998
i. Ryan Metzger Ph.D. Winter 2000; (Awarded NIDA National Res. Service Award for graduate students, 1998-2000).
j. Heather Haughey  Ph.D. Winter of 2000
k. Scot Westwood  Ph.D., Autumn 2000
l. David Adams (co-mentor with Kristen Keefe) Ph.D., Autumn 2001

- Research Rotation:

a. Joe Ritter/1982-1984
b. Lisa Matsuda/1984
c. Kathy Ernst/1984
d. Werawan Ruangyuttikarn/1985,1986
e. Kalpana Merchant/1986-1987
f. Patricia Smiley/1986-1987
g. Nanda Singh/1988-1989
h. Lee Midgley/1988-1989
i. Steve Gygi/1990-1992
j. John Wagstaff/1991-1993
k. Melanie Gygi/1993-1994
l. Jonathan Danaceau/Neuroscience graduate program/1994
m. Ryan Metzger/Neuroscience graduate program/1995
n. Brian Jackson/Medical Student/1995 - PhTx 792

o.   Tracie Mercer/Neuroscience graduate program/1996
p.   Scot Westwood/1996-1997, 1997-1998
q.   Heather Haughey/1996-1997
r.   Robert Rendon/Neuroscience graduate program/1997
s.   Scot Westwood 1996-1997
t.   David Chapman 1998-1999
u.   David Adams 1998-1999
v.   Jeffrey Brown/ 1998-1999.
w.   Veronica Sandoval/1998-199
x.   Kamisha Davis/1999-2000

## 3. Member of Doctoral Dissertation Committee

a.   Michael Peat/1982
b.   Elaine Snowhill/1983
c.   Christopher Schmidt/1984
d.   Steve White/1984
e.   Fae Engstrom/1985
f.   Donald Gehlert/1985
g.   Ted Dawson/1986
h.   Lisa Matsuda/1987
i.   Tyler McCabe/1987
j.   Donna Stone/1988
k.   Zho Zhong Wang (Physiology)/1990-1993
l.   Ikram Elayan/1994
m.   Jamie Edwards/1994
n.   Sterling Sudweeks/1997
o.   Anandita Ganguly, Winter, 2000
p.   Amy Adams (Neuroscience), Spring, 2000
q.   Matthew Barton, Winter, 2001
r.   Michael Edler, Winter, 2003
s.   Jeffrey Brown, Summer, 2001
t.   Veronical Sandoval, Summer, 2002
u.   Evan Riddle, Spring, 2003
v.   Kamisha Davis, Spring, 2004
w.   A.J. Baucum, Spring, 2005
x.   Matthew Reidy,  Spring, 2008
y.   Yetty Irwin, Fall, 2009
z.   James Bemel, Spring, 2008
aa.  Charlotte Magee, 2019

-Worked with Pharm. D. graduate students as Teaching Assistants for Common Medicines: 3/year from 1981 - 1988.

## 4. Undergraduate Advisor

a.   Stewart Russell Richards/adviser for Bachelor of University Studies/1988
b.   Ray Ward/advisor for summer research project, 1990
c.   John Kennedy/advisor for summer research project, 1991

d     Melanie Gygi/advisor for summer research project, 1991
e.    Elizabeth Stratford for summer research project, 1992
f.     Dale Cowley for summer research project, 1993
g.    Kim Davis for summer research project, 1994
h .   Zachery Tittensor for summer research project, 1994
i.     Meisha Beyeler for summer  project, 1995
j.     Samira Jean Louis, minority summer student, 1995
k.    Brian Ramos, underrepresented minority supplement from NIDA, Summer, 1997
l.     Alison Schick, senior thesis project, 1997
m.   Milixa Galarche, underrepresented minority supplement from NIDA, Summer, 1998
n.    Yvetter Ugarte, ASPET Summer Undergraduate Research Student

## Summary of Activities as NIDA Acting Director

**Glen R. Hanson, Ph.D., D.D.S.**
**Acting Director, National Institute on Drug Abuse (fiscal budget of ~$950 million; staff of ~500 clinicians, scientist, program officers and support staff)**
**National Institutes of Health, HHS**
**Summary of Major Programmatic and Management Accomplishments  --  FY 2002**

*Scientific/Programmatic Leadership (report submitted by independent evaluation to Dr. Elias Zerhouni, the director of NIH*

Dr. Hanson demonstrated strong leadership over the past year in shaping NIDA's research agenda and information dissemination goals to capitalize on emerging scientific opportunity and best respond to national need. He continued to strengthen the Institute's broad portfolio of ongoing programs while concurrently directing additional efforts and resources toward such high priority areas as the development of anti-cocaine and anti-methamphetamine medications and the systematic testing of new behavioral drug abuse therapies. Under his leadership, substantial progress was also made in the implementation of initiatives launched last year to help respond to increases in the use of "club drugs"; to better understand and combat nicotine addiction; to identify the mechanisms underlying the "transition" to addiction; to explore the genetic and environmental factors underlying vulnerability to addiction; and to more fully understand the mechanisms that underlie drug abuse and addiction through the application of genetic and neuroimaging technologies. In an effort to bring the full power of science to bear on drug abuse prevention, Dr. Hanson oversaw the launch of a new multi-pronged drug abuse prevention initiative to: establish a National Drug Abuse Prevention Research System consisting of Transdisciplinary Prevention Research Centers and multi-site prevention effectiveness trials; to stimulate research to fill critical knowledge gaps; and to translate new knowledge into new interventions. In response to increases in drug abuse in certain areas following the September 11th disasters, Dr. Hanson launched a new initiative investigating chronic stress and its relation to drug abuse and addiction to further broaden NIDA's already extensive research portfolio in this area. Dr. Hanson directed the expansion of the National Drug Abuse Treatment Clinical Trials Network (CTN) in size and scope, adding 3 additional nodes this year bringing the structure to a total of 17 nodes and 110 community treatment programs. The 21 research protocols currently at various stages of development, implementation or data analysis within the CTN and the many insightful protocol concepts that continue to be generated by both CTN researchers and practitioners clearly forecast great promise for significantly improving drug abuse treatment throughout the nation using science as the vehicle.

Dr. Hanson has also worked to strengthen NIDA's Intramural Research Program. Over the past year he has met with IRP scientists to help guide the direction of their research efforts to best complement research supported through the Institute's extramural programs. And to further invigorate the research being conducted he has worked with the IRP Scientific Director to recruit a number of additional stellar scientists to join the IRP staff.

## Administrative Management
Dr. Hanson held regular reviews of all of NIDA's contract and management costs this year. His commitment to maintaining Research Project Grants (RPGs) as the mainstay of NIDA research support is clearly reflected in the fact that RPGs funded this year accounted for approximately 70% of NIDA's extramural budget. By continuing existing and adding new Institute-wide staff work groups in emerging areas of crosscutting interest including "club drugs", cognitive science and translationally

oriented approaches, devices and strategies, Dr. Hanson has provided innovative mechanisms for broadening programmatic goals and for increased interaction among Institute staff in both the extramural and intramural programs.

## Trans-NIH/InterAgency Activities

During the past year Dr. Hanson served on NINDS's Parkinson's Disease Neuroprotection Trials Oversight Board and has initiated numerous collaborative interactions with other NIH Institutes, jointly sponsoring workshops, conferences, PAs and RFAs in areas of mutual or overlapping interest. Soon after taking on the role of Acting Director he met with most of the IC Directors to explore areas of potential interaction. Throughout his tenure, he has met on a regular basis with several of the other neuroscience-related Institute Directors, including those from NIMH, NIAAA and NINDS to conceptualize and develop collaborative endeavors in such areas as nicotine research, molecular development, phenotypic brain mapping and comorbidity that will help to fulfill the missions of each of the participant Institutes. Of special note is the NIDA/NIAAA Collaboration Committee that he established to strengthen ongoing efforts of common interest to both Institutes and to identify areas and potential mechanisms where additional efforts can be focused. Under his direction collaborations with numerous agencies within the Department, including the Substance Abuse and Mental Health Services Administration and the Centers for Disease Control and Prevention have also been sustained, and productive partnerships continued with the Veterans' Administration, the Departments of Education, Justice, and State, and the White House Office of National Drug Control Policy.

## Information Dissemination/Constituency Activities

Dr. Hanson's designation of health information education and dissemination as a key Institute priority continues to ensure that knowledge generated through NIDA-supported research is readily accessible to the drug abuse and addiction field and to the general public. Under his direction, NIDA published the first issue of *Science and Practice Perspectives*, a bi-annual journal that promotes a practical, creative dialogue between drug abuse researchers and treatment providers. He also oversaw preparations for and personally participated in a NIDA-sponsored conference held in New York entitled *Blending Clinical Practice and Research* the goal of which was to share the latest findings generated through drug abuse prevention and treatment research with the practitioner and lay communities. In March 2002, NIDA, under Dr. Hanson's leadership, released *Principles of HIV Prevention in Drug-Using Populations: A Research-Based Guide*, a document reflecting more than a decade and a half of NIDA-sponsored research on the co-occurring epidemics of drug abuse and HIV/AIDS. A series of Public Service Announcements (PSA) were also developed by NIDA this year highlighting the connections between drug abuse and HIV/AIDS. Dr. Hanson oversaw the development of a new addition to NIDA's Research Report Series on *Marijuana Abuse.* In addition, in an effort to raise awareness about the signs, symptoms and neurophysiological and behavioral effects of various drugs, he led NIDA in the creation of an *Asian Americans/ Native Hawaiian and Other Pacific Islanders 2003 Calendar* that will be disseminated this fall. Under Dr. Hanson's direction, NIDA also worked with *Scholastic Magazine* to produce and disseminate a magazine for youth entitled *Heads Up: Real News About Drugs and Your Body*. Dr. Hanson led NIDA's efforts to produce several PSAs--in both English and Spanish--on the topic of anabolic steroid use entitled *Game Plan*, that aired on TV stations across the country in February 2002, and worked with producers of *In the Mix—Reality Television for Teens*—a Public Broadcasting System (PBS) informational series on a broadcast related to Steroids entitled *Steroids: The Hard Truth.* And for the sixth consecutive year, NIDA again joined with the Entertainment Industries Council and the Robert Wood Johnson Foundation in sponsoring a Hollywood event in May 2002 at which juried PRISM awards in a wide range of categories were bestowed on television and film actors, writers, producers and others working in the entertainment industry for their stellar efforts in accurately depicting drug abuse and addiction related issues in the products of their work. Highlights of

this event were taped and broadcast across the country in August 2002 by Tribune Broadcasting affiliated TV stations.

Dr. Hanson has played an active role in articulating for a wide variety of audiences both the science of drug abuse and addiction and many of the key issues currently impacting the drug abuse and addiction field. During the past year he has presented keynote addresses and invited lectures at several dozen professional scientific meetings, medical schools, and practitioner group conferences.  In an effort to broadly increase awareness about the advances taking place in the science of addiction, he has also spoken before many lay audiences, and has been interviewed by numerous national TV networks, magazines and newspapers on a wide variety of drug abuse and addiction-related topics.  He has also led numerous efforts to assess existing knowledge and further advance our understanding about various aspects of drug abuse and addiction through scientific workshops held this year in such areas as *Adolescent Decision Making: Proximal Processes in Adolescent Drug Abuse; Nonconscious Processes in Self Regulation: Application to Drug Abuse and Addiction; and Strategies to Improve the Replicability, Sustainability and Durability of HIV Prevention Interventions for Drug Users.*  In an attempt to maintain strong ties with virtually all major constituency groups representing drug abuse and addiction related concerns, Dr. Hanson convened NIDA's 7th constituent conference which took place in December 2001.  Representatives of close to 50 professional and constituency groups interested in drug abuse and addiction participated and provided recommendations for enhancing the usefulness and use of NIDA's research.   Dr. Hanson has also given briefings and delivered formal testimony before Congress on a wide variety of issues related to the science of drug abuse and addiction including the commonalities of co-morbid mental and addictive disorders; the effects of MDMA ("ecstasy") and other "club drugs" on the body and behavior; psychoactive prescription drugs and their potential for abuse; and prescription drug abuse and the elderly.

## Summary of Activity Regarding the University of Utah School of Dentistry and Legislative Actions

### Conception

Working with Dr. Lynn Powell, we directed the development, documentation and approval process to begin a new Dental School at the University of Utah. This was the first new College/School at the University of Utah in 60 years. It was also the first new dental school associated with a major biomedical research university with colleges of medicine, nursing and pharmacy in over 20 years. The plan was approved unanimously by the Academic Senate, Graduate Council, Board of Trustees, Board of Regents and the State of Utah Legislature. The School was officially started in 2013 with an initial class of 20 top students. The building for the new SOD was completed in January 2015 just in time for our 2017 class to start clinical training.

### Interim Dean

I was appointed interim Dean of the SOD in October of 2014 after a leadership change was enacted by the Senior Vice President for Health Sciences due to major problems between the initial Dean and SOD personnel including students, faculty and staff. As the interim Dean I directed the move of the School into its new building Ray and Tye Noorda Oral Health Science Building in Research Park.

Notable accomplishments for the School during my tenure as interim Dean from 2014 to May of 2016 were:

(i)     Oversee the initiation of clinical services by the SOD student body
(ii)    Increase in student body from 20 to 46/year
(iii)   Development and finalizing of a 4-year dental curriculum
(iv)    Initiation of major divisions of dental services
(v)     Planning for clinic expansion into community clinics throughout the state
(vi)    Overseeing the very successful DDS licensing accreditation site visits by CODA (Committee on Dental Accreditation—affiliated with the American Dental Association) in Spring of 2013 and 2014
(vii)   Oversee the development and implementation of adult dental expansion into Medicaid and the passage of a state bill to make the SOD of dentistry the principal clinical service provider for these the patients in this program from 2015-present.
(viii)  Development of major governance committees within the SOD for Continuing Education, Assessment and Strategic planning, Diversity, Clinical Governance and Implementation, and Student Recruitment.

### Legislative Actions

I have been the principal author and driving force for the following legislative actions in the Utah State Legislature

(i) 2016- SB274: **Medicaid Dental Waiver Amendments.** This bill was passed unanimously in the Utah Legislature and signed by Governor Herbert to extend dental care to Medicaid Adult Blind/Disabled patients. It outlines the principal role for the U of U School of Dentistry in this program. This bill was sponsored by Representative Steve Eliason and Senator Steve Urquart

(ii) 2017-SB272: **Medicaid Dental Waiver Amendments.** This bill identified $1.4 million state money in ongoing Medicaid money for the state portion of the cost to implement SB272 which provides comprehensive dental care for blind/disabled adult patients (~ a total of 44,000 patients statewide), preferentially through the U of U School of Dentistry (UUSOD) throughout the Wasatch front. Patients began receiving dental services as of July 2017. The SOD dental network provided dental care to ~2,000 patients in the first year which

represented ~ 50% of those seeking dental care under this program throughout the state of Utah. Under this very unique (first such program in the country) the UUSOD covers the state's portion of the seed for the patients they treat under this program. This bill was sponsored by Representative Steve Eliason and Senator Allen Christensen and passed through the legislative process unanimously.

(iii). 2017-HB175: **Opioid Abuse Prevention and Treatment Amendments.** This bill requires controlled substance prescribers to receive training in a nationally recognized opioid abuse screening method and requires reimbursement for the screening services. This bill was sponsored by Representative Steve Eliason and Senator Brian Shiozawa.

(iv). 2018-HB435: Medicaid Dental Benefits for TAM patients through Medicaid Dental Waiver. This bill provided comprehensive dental care to TAM (Targeted Adult Medicaid program) patients who qualified for Medicaid benefits due to their substance use disorders problems. This bill provided these patients comprehensive dental care like that described above for adult blind/disabled Medicaid patients (see bill SB272 for 2017 above). This bill identified the UUSOD as the sole-source provider of dental care for this population and included ~4-5,000 patients throughout the state. The basis of this program were observations  from my HRSA grant that comprehensive dental  care for clients receiving SUD treatment dramatically improved the therapeutic outcomes for these SUD persons. This bill was sponsored by Reprentative Steve Eliason and Senator Peter Knudsen. The bill passed through the legislative process with only one dissenting vote and was implemented as of Feburary 1, 2019.

(v). 2019-SB11 **Medicaid Dental Benefits for the Elderly.** This bill is intended to provide comprehensive dental care to elderly ($\geq$65 years of age) Medicaid patients. The dental care will be like that described above for adult blind/disabled and TAM Medicaid patients described above and includes ~12,000 patients throughout the state of Utah. This bill identifies the UUSOD as the sole-source provider of dental care throughout the state for this population. This bill is sponsored by Senator Allen Christensen and Representative Stephen Eliason. It has passed through the HHS interim committee and will be voted on by the general assembly during the 2019 legislative session in February/March. If approved, the patients will be seen January 2020.