# UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| SUSAN JOHNSON, for herself and on behalf of minor child X.H., MR. HAYES, and the ESTATE OF GREGORY HAYES, | **ORDER VACATING TRIAL AND FINAL PRETRIAL CONFERENCE** |
| Plaintiffs, | |
| | Civil No. 1:18-cv-00080-DB-DAO |
| DAVIS COUNTY, SHERIFF TODD RICHARDSON, JOHN DOES 1-5, | Judge Dee Benson |
| Defendants. | Magistrate Judge Daphne A. Oberg |

The Court VACATES (1) the trial set for September 14, 2020 at 8:30 a.m. in Rm. 8.300 and (2) the final pre-trial conference set for August 31, 2020 at 2:30 p.m. in Room 8.300 (Doc No. 63) pending resolution of the following dispositive motions: (1) Motion for Summary Judgment and Memorandum in Support (Doc. No. 74); and (2) Motion for Partial Summary Judgment and Memorandum in Support (Doc. No. 75) (collectively the "Dispositive Motions"). The current schedule does not allow for the full resolution of the Dispositive Motions prior to the commencement of trial work and trial. Trial and trial-related deadlines will be reset after the Dispositive Motions have been fully resolved.

DATED this 8th day of June, 2020.

BY THE COURT:

_Daphne A. Oberg_
Daphne A. Oberg
United States Magistrate Judge