BACZYNSKI LAW, PLLC
Daniel M. Baczynski, Bar No. 15530
12339 S. 800 E. Ste. 101
Draper UT 84020
(801) 255-5555 Phone
*dan@bskilaw.com*

LAW OFFICES OF TAD D. DRAPER P.C.
Tad D. Draper, Bar #4311
12339 South 800 East Ste. 101
Draper, Utah 84020
(801) 553-1700
(801) 255-5588 fax
*Legaljustice3@gmail.com*

**IN THE UNITED STATES DISTRICT COURT**
**STATE OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| SUSAN JOHNSON, et al.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>DAVIS COUNTY and SHERIFF TODD RICHARDSON,<br><br>　　　　Defendants. | **NOTICE OF APPEAL**<br><br>Case No: 2:18-cv-00080<br><br>Judge: David Barlow |

　　　Notice is hereby given that the Named Plaintiffs in the above-captioned matter hereby appeal to the United States Court of Appeals for the Tenth Circuit from the Memorandum Decision and Order Granting Defendant's Motion for Summary Judgment (a final order), entered by the District Court on February 17, 2021.

　　　Dated this 8th day of March, 2021.

　　　　　　　　　　　　　　　　　　　　　　　BACZYNSKI LAW, PLLC

　　　　　　　　　　　　　　　　　　　　　　　/s/ Daniel Baczynski_____

## CERTIFICATE OF SERVICE

I certify that on this 8th day of March, 2021, I caused a true and correct copy of this **NOTICE OF APPEAL** to be filed with the Court through the ECF filing system, with service provided to the following:

>Jesse C. Trentadue
>Noah M. Hoagland
>Mike Homer
>jesse32@sautah.com
>nhoagland@sautah.com
>mhomer@sautah.com
>SUITTER AXLAND, PLLC
>8 East Broadway, Suite 200
>Salt Lake City, Utah 84111
>Tel: (801) 532-7300
>Fax: (801) 532-7355

/s/    Daniel Baczynski